IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1] | Civil Action No. 04-593 GMS |
| Plaintiff, | Adversary Case No. 02-03960 (PJW) |
| v. | Bankruptcy Case No. 00-2426 (PJW) |
| INGRAM ENTERTAINMENT, INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS | |
| Defendants. | |

## NOTICE OF SERVICE OF PLAINTIFF'S
## SECOND SET OF DOCUMENT PRODUCTION REQUESTS

I, Sandra G. McLamb, hereby certify, that pursuant to the Proof of Service, attached hereto as Exhibit A, a true and correct copy of the *Plaintiff's Second Set of Document Production Requests* was served on February 25, 2005 on the individual(s) listed below in the manner indicated herein:

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

*First Class Mail*
Jonathan P. Hearsey
Bingham McCutchen LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626

Dated: March ____, 2005        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                               & WEINTRAUB P.C.

                               /s/ Sandra McLamb
                               _____
                               Laura Davis Jones (Bar No. 2436)
                               Sandra McLamb (Bar No. 4283)
                               919 North Market Street, 16th Floor
                               P.O. Box 8705
                               Wilmington, Delaware 19899-8705 (Courier 19801)
                               Telephone: (302) 652-4100
                               Facsimile: (302) 652-4400

                               Andrew W. Caine (CA Bar No. 110345)
                               Jeffrey P. Nolan (CA Bar No. 158923)
                               10100 Santa Monica Blvd., Suite 1100
                               Los Angeles, California 90067
                               Telephone: (310) 277-6910
                               Facsimile: (310) 201-0760

                               Counsel for the Plaintiffs/Debtors

# EXHIBIT A

## PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

    I, Penny Harms, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

    On February 25, 2005, I caused to be served the **PLAINTIFF'S SECOND SET OF DOCUMENT PRODUCTION REQUESTS** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

> *Jonathan P. Hersey*
> *Bingham McCutchen LLP*
> *600 Anton Boulevard, Suite 1800*
> *Costa Mesa, California 92626*

☑ **(BY U.S. MAIL AND EMAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FAX)** I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ **(BY PERSONAL SERVICE)** By causing to be delivered by hand to the offices of the addressee(s).

☐ **(BY OVERNIGHT DELIVERY)** By sending by        to the addressee(s) as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on February 25, 2005, at Los Angeles, California.

                                              */s/ Penny Harms*
                                                Penny Harms