## AFFIDAVIT OF SERVICE

STATE OF DELAWARE         )
                          )SS
COUNTY OF NEW CASTLE      )

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 9th day of March 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. **NOTICE OF SERVICE OF PLAINTIFF'S SECOND SET OF DOCUMENT PRODUCTION REQUESTS.**

Dated: March 9, 2005

_Patricia E Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 9th day of March, 2005

_Vanessa A. Preston_
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
**Notary** Public - State of Delaware
**My Comm.** Expires March 21, 2006

## SERVICE LIST

Inacom Civil Action No. 04-593 (GMS)
Ingram Entertainment Service List
March 9, 2005
Document # 106344
**01 – Hand Delivery**
**01 – First Class Mail**

*Hand Delivery*
Thomas G. Macauley, Esquire
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899

*First Class Mail*
Jonathan P. Hearsey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626