IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Civil Action No. 04-593 GMS |
| INACOM CORP, *et al.*, | |
| Debtors. | Adversary No. 02-03960 (PJW) |
| | Bankruptcy No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors, | |
| Plaintiffs, | |
| v. | |
| INGRAM ENTERTAINMENT, INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, | |
| Defendant. | |

## NOTICE OF SERVICE OF DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF DOCUMENT PRODUCTION REQUESTS

I, Jonathan P. Hersey, hereby certify, that pursuant to the Proof of Service, attached hereto as Exhibit A, a true and correct copy of the *Defendant's Responses and Objections to Plaintiff's Second Set of Document Production Requests* was served on March 30, 2005 on the individuals listed below in the manner indicated herein:

*First Class Mail:*

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

DC/210764.1

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weinbtraub P.C.
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067

DATED: March 30, 2005.

By: /s/ Jonathan Hersey
Jonathan P. Hersey
(CA Bar No. 189240 - not admitted in Delaware)
BINGHAM McCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, California 92626
Tel.: (714) 830-0600
Fax: (714) 830-0700

- and -

Thomas G. Macauley (ID No. 3411)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Tel.: (302) 427-0400
Fax: (302) 427-8242

Attorneys for Defendant
INGRAM ENTERTAINMENT INC., as
successor in interest to NASHVILLE
COMPUTER LIQUIDATORS, L.P.

# EXHIBIT A

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF ORANGE      )

I am over eighteen years of age, not a party in this action, and employed in Orange County, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax delivery, and they are deposited that same day in the ordinary course of business.

On **March 30, 2005**, I served the following document described as: **DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF DOCUMENT PRODUCTION REQUESTS** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope in the United States mail at Costa Mesa, California addressed as follows: SEE ATTACHED SERVICE LIST

☐ (BY TELEFAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Costa Mesa, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Federal Express in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 30, 2005**, at Costa Mesa, California.

/Elena D. Romero

OC/210762.2

## SERVICE LIST

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone No. 302-652-4100
Facsimile No. 302-652-4400

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weinbtraub P.C.
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
Telephone No. 310-277-6910
Facsimile No. 310-201-0760

OC\210762.2