IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| INACOM CORP, *et al.*, | ) | Bankruptcy No. 00-2426 (PJW) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INACOM CORP., on behalf of all affiliated Debtors, | ) | Civil Action No. 04-593 GMS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INGRAM ENTERTAINMENT, INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DEFENDANT INGRAM ENTERTAINMENT INC.'S EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

PLEASE TAKE NOTICE that the undersigned hereby certifies that on May 2, 2005, a true and correct copy of DEFENDANT INGRAM ENTERTAINMENT INC.'S EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26, was served by email and over night delivery on the persons listed below:

    Andrew W. Caine, Esq.
    Jeffrey P. Nolan, Esq.
    Pachulski, Stang, Ziehl, Young, Jones & Weinbtraub P.C.
    10100 Santa Monica Boulevard, Suite 1100
    Los Angeles, CA 90067
    Telephone No. 310-277-6910

    Laura Davis Jones, Esq.
    Sandra McLamb, Esq.
    Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
    919 North Market Street, 16th F
    Wilmington, Delaware 19899-8705 (Courier 19801)
    Telephone No. 302-652-4100

OC/211478.1

Earl M. Forte, Esq.
Blank Rome LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6998
Telephone No. 215-569-6618

Cecily A. Dumas, Esq.
Friedman, Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, CA 94111

DATED: May 2, 2005.

By: /s/ Jonathan Hersey
Jonathan P. Hersey
(CA Bar No. 189240 - not admitted in Delaware)
BINGHAM McCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, California 92626
Tel.: (714) 830-0600
Fax: (714) 830-0700

- and -

Thomas G. Macauley (ID No. 3411)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Tel.: (302) 427-0400
Fax: (302) 427-8242

Attorneys for Defendant
INGRAM ENTERTAINMENT INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, L.P.