## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this __4__ day of May 2005, I caused a true and correct copy of the following document to be served on the individual(s) on the attached service list(s) in the manner indicated:

        **NOTICE OF SERVICE OF PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE SECTION 25(A)(2)(a)**

_____
Sandra McLamb (Bar No. 4283)

**InaCom Adversary Service List for Six Largest**
Document No. 105422
14 – First Class Mail

**First Class Mail**
(Counsel for Tech Data Corp.)
James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 N. Market Street, Suite 400
Wilmington, DE  19899

**First Class Mail**
(Counsel to Dell Computer Corporation)
Patricia P. McGonigle, Esquire
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE  19899

**First Class Mail**
(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE  19801

**First Class Mail**
(Counsel to Sigma Data Inc.)
David L. Finger, Esquire
David L. Finger, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801-1155

**First Class Mail**
(Counsel for Statutory Committee Of Unsecured Creditors in action against Dell Corporation
William J. Burnett, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801-4226

**First Class Mail**
(Counsel for Compaq Computer Corp- third-party defendant in action against against Lexmark)
Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**First Class Mail**
(Counsel for Lexmark International as third-party plaintiff)
Thomas Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

**First Class Mail**
(Counsel for Lexmark International, defendant)
Joseph Grey, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

**First Class Mail**
(Counsel to Resilien Inc.f/k/a Logicare)
William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

**First Class Mail**
(Counsel for Tech Data Corp.)
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

**First Class Mail**
(Counsel to Dell Computer Corporation)
Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX  78701

**First Class Mail**
(Counsel to Lexmark International, Inc.)
Culver V. Halliday, Esquire
Stoll, Keenon, & Park, LLP
2650 AEGON Center
400 West Market
Louisville, KY  40202

**First Class Mail**
(Counsel to Resilien Inc. )
Ted A. Berkowitz, Esquire
Patrick T. Collins, Esquire
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY  11556-0120

**First Class Mail**
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626