IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| INACOM CORP, *et al.*, | ) | Chapter 11 |
|     Debtors. | ) | |
| | ) | Case No. 00-2426 (PJW) |
| | ) | |
| INACOM CORP., on behalf of all affiliated Debtors, | ) | Civil Action No. 04-593 (GMS) |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INGRAM ENTERTAINMENT, INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, | ) | |
| | ) | |
|     Defendant. | ) | |

### ORDER GRANTING DEFENDANT INGRAM ENTERTAINMENT INC.'S MOTION FOR JURY TRIAL

Upon the motion of Defendant Ingram Entertainment, Inc., as successor in interest to Nashville Computer Liquidators, L.P. ("Ingram Entertainment") for a trial by jury (the "Motion"); and the Court having jurisdiction to hear the Motion; and adequate notice of the Motion having been given; and after due deliberation; and finding cause for granting the relief requested by the Motion pursuant to Federal Rule of Civil Procedure 39(b); it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that trial of all of the above-captioned plaintiff's claims against Ingram Entertainment in this action shall occur by jury.

Dated: _____, 2005
Wilmington, Delaware

_____
The Honorable Gregory M. Sleet
United States District Judge