## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 3 day of June 2005, I caused a true and correct copy of the following document to be served on the individual(s) on the attached service list(s) in the manner indicated:

**PLAINTIFF'S RESPONSE TO MOTION OF INGRAM ENTERTAINMENT, INC. FOR A JURY TRIAL**

*[signature]*

Sandra McLamb (Bar No. 4283)

**InaCom Corp. v. Ingram Entertainment Inc. 04-593 GMS**
Document No. 108630
1 – Hand Delivery
2 – First Class Mail

**Hand Delivery**
(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE  19801

**First Class Mail**
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626

**First Class Mail**
(Counsel for Executive Sounding Board Associates, Inc.
as Plan Administrator)
Earl M. Forte, Esquire
Regina S. Kelbon, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103