IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**INACOM CORP.,** *et al.*,<br>　　　　　Debtors.<br><br>**INACOM CORP.,** on behalf of all affiliated Debtors,<br>　　　　　Plaintiffs,<br><br>v.<br><br>**INGRAM ENTERTAINMENT INC.,** as successor in interest to **NASHVILLE COMPUTER LIQUIDATORS,**<br>　　　　　Defendant. | Civil Action No. 04-593 (GMS) |

**DEFENDANT INGRAM ENTERTAINMENT INC.'S
SUBSTITUTION OF ATTORNEY**

1. The name of the party making this Substitution of Attorney is: Defendant Ingram Entertainment Inc.

2. The name, address and telephone number of the New Attorneys are:

   Jonathan P. Hersey, Esq.
   Scott B. Lieberman, Esq.
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   650 Town Center Drive, 4th Floor
   Costa Mesa, CA  92626
   Telephone:  (714) 513-5100
   Facsimile:  (714) 513-5130

3. The New Attorneys hereby appear in the above-captioned matter, Civil Action No. 04-593 (GMS).

-1-

4. The New Attorneys are substituted as attorneys of record in place and stead of the Present Attorneys:

> Bingham McCutchen LLP
> Three Embarcadero Center
> San Francisco, CA 94111
> Telephone: (415) 393-2000
> Facsimile: (415) 393-2286

5. Defendant Ingram Entertainment Inc. will also continue to be represented by:

> Thomas G. Macauley, Esq.
> ZUCKERMAN SPAEDER LLP
> 919 Market Street, Suite 1705
> P.O. Box 1028
> Wilmington, DE 19899
> Telephone: (302) 427-0400
> Facsimile: (302) 427-8242.

Dated: June 21, 2005

INGRAM ENTERTAINMENT INC.

*/s/ John Fletcher*
John Fletcher
General Counsel

We consent to the above substitution.

Dated: June 22, 2005

BINGHAM McCUTCHEN LLP

*/s/ John D. Pernick*
John D. Pernick

-2-

The above substitution is accepted.

DATED: June 23, 2005

By: _____
Thomas G. Macauley (ID No. 3411)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware 19899-1028
Tel.: (302) 427-0400
Fax: (302) 427-8242

-and-

Jonathan P. Hersey
(CA Bar No. 189240 - not admitted in Delaware)
Scott B. Lieberman, Esq.
(CA Bar No. 208764 - not admitted in Delaware)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

Attorneys for Defendant
INGRAM ENTERTAINMENT INC., as
successor in interest to NASHVILLE
COMPUTER LIQUIDATORS, L.P.

W02-OC:3JPH1\41395073.1