## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of June 2005, a copy of the foregoing was served by regular first-class mail, postage prepaid on:

Sandra McLamb, Esquire
Pachulski, Stang, Ziehl, Young,
　　Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19801

Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 Market Street, 7th Floor
Wilmington, DE 19801

Patricia P. McGonigle, Esquire
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

William J. Burnett, Esquire
Blank Rome LLP
1201 Market Street, suite 800
Wilmington, DE 19801

James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1300 Market Street, Suite 400
Wilmington, DE 19801

Andrew W. Caine, Esquire
Pachulski, Stang, Ziehl, Young,
　　Jones & Weintraub P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Culver V. Halliday, Esquire
Stoll, Keenon & Park, LLP
400 West Market Street
Suite 2650
Louisville, KY 40202

Sabrina L. Streusand, Esquire
Hughes & Luce, L.L.P.
111 Congress Avenue, Suite 900
Austin, TX 78701

Earl M. Forte, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Stephen Hunt, Esquire
Charles Tatelbaum, Esquire
Adorno & Yoss, P.A.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

_____
Thomas G. Macauley (ID No. 3411)