IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INACOM CORP., et al., <br>　　　　Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., et al., <br>　　　　Plaintiff, <br><br> v. <br><br> TECH DATA CORPORATION, <br>　　　　Defendant. | Civil Action No. 04-CV-148 (GMS) |
| INACOM CORP., et al., <br>　　　　Plaintiff, <br><br> v. <br><br> DELL COMPUTER CORPORATION, <br>　　　　Defendant. | Civil Action No. 04-CV-582 (GMS) |
| INACOM CORP., et al., <br>　　　　Plaintiff, <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br>　　　　Defendant. | Civil Action No. 04-CV-583 (GMS) |
| INACOM CORP., et al., <br>　　　　Plaintiff, <br><br> v. <br><br> INGRAM ENTERTAINMENT, INC., <br>　　　　Defendant. | Civil Action No. 04-CV-593 (GMS) |

**HEWLETT-PACKARD COMPANY'S MOTION FOR A
<u>SEPARATE TRIAL OF THE THIRD-PARTY CLAIMS</u>**

Third-Party Defendant Hewlett-Packard Company, as successor in interest to Compaq Computer Corporation ("HP"), moves this Court, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, for an order for a separate trial of the third-party claims brought by Lexmark International, Inc. and Tech Data Corporation on the grounds that a separate trial would be more convenient to the court and the parties, be more conducive to expedition and judicial economy, and would avoid unnecessary prejudice to HP. An opening brief in support of this motion is filed herewith.

## CERTIFICATION OF COUNSEL

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the undersigned hereby certifies that counsel for Hewlett-Packard Company have made a reasonable effort to reach agreement with counsel for Dell, Inc., Ingram Entertainment, Inc., Lexmark International, Inc., and Tech Data Corporation on the matters set forth in this motion, and have been unable to reach such agreement.

WHEREFORE, HP respectfully requests that this Court enter the order attached hereto granting its motion for a separate trial of the third-party claims brought by Lexmark International, Inc. and Tech Data Corporation, and such further and other relief as this court deems just and proper.

Dated: July 6, 2005
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200

- and -

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
One Maritime Plaza, Suite 2475
San Francisco, CA 94111
(415) 834-3800

Attorneys for Third-Party Defendant
Hewlett-Packard Company

472924