## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr. hereby certifies that on August 15, 2005 a true and correct copy of the *MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF STUART GOLLIN*, *OPENING MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF STUART GOLLIN* and the tendered *ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF STUART A. GOLLIN* was served upon the following counsel of record, each via regular United States first class mail:

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski, Stang, Ziehl, Young,
   Jones &Weintraub, P.C.
919 North Market St., 16th Floor
Wilmington, Delaware 19899
Tel.: (302)652-4100

and

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski, Stang, Ziehl, Young,
Jones &Weintraub, P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Tel.: (310) 277-6910

*Counsel for Plaintiff*
*InaCom Corp.*

Bonnie Glantz Fatell (DE No. 3809)
Elio Battista, Jr. (DE No. 3814)
Alisa E. Moen (DE No. 4088)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
Tel.:   (302) 425-6400

William H. Sudell, Jr. Esq.
Derek C. Abbott, Esq.
Morris, Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200

and

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111
Tel.: (415) 834-3800

*Counsel for Third-Party Defendant*
*Compaq Computer Corporation*

and

Earl M. Forte
Regina S. Kelbon
One Logan Square
Philadelphia, PA  19103
Tel.:   (215) 569-5500

*Counsel for Statutory Committee
of Unsecured Creditors of InaCom Corp.*

_____
Thomas G. Whalen, Jr.

13