CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 15th day of August 2005, a copy of the foregoing was served by FedEx on:

Andrew W. Caine, Esquire
Jeffrey P. Nolan, Esquire
Pachulski, Stang, Ziehl, Young,
   Jones & Weintraub P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

                                          /s/ Elle Wasilow
                                          Elle Wasilow