# EXHIBIT A

**Nashville Computer Liquidators LP**
Inacom Invoice Payment Detail

| Invoice # | Invoice Date | Check Date | Deposit Date | Deposit Aging | Pre-Preference | Preference |
|---|---|---|---|---|---|---|
| 3081-IN | 7/7/1999 | 8/10/1999 | 8/23/1999 | 47 | $6,375.00 | |
| 3090-IN | 7/7/1999 | 8/10/1999 | 8/23/1999 | 47 | $33,052.20 | |
| 3103-IN | 7/8/1999 | 8/10/1999 | 8/23/1999 | 46 | $3,600.00 | |
| 3130-IN | 7/9/1999 | 8/10/1999 | 8/23/1999 | 45 | $18,689.25 | |
| 3168-IN | 7/12/1999 | 8/10/1999 | 8/23/1999 | 42 | $3,400.00 | |
| 3169-IN | 7/12/1999 | 8/10/1999 | 8/23/1999 | 42 | $31,025.00 | |
| 3208-IN | 7/14/1999 | 8/12/1999 | 8/23/1999 | 40 | $86,662.00 | |
| 3313-IN | 7/21/1999 | 8/19/1999 | 8/23/1999 | 33 | $7,480.00 | |
| 3145-IN | 7/9/1999 | 8/5/1999 | 8/25/1999 | 47 | $19,680.00 | |
| 3312-IN | 7/21/1999 | 8/19/1999 | 8/30/1999 | 40 | $152,600.00 | |
| 3346-IN | 7/23/1999 | 8/19/1999 | 8/30/1999 | 38 | $57,400.00 | |
| 3118 | 7/9/1999 | 8/24/1999 | 9/2/1999 | 55 | $42,500.00 | |
| 3119 | 7/9/1999 | 8/24/1999 | 9/2/1999 | 55 | $42,500.00 | |
| 3136-IN | 7/9/1999 | 8/24/1999 | 9/2/1999 | 55 | $37,125.00 | |
| 3412-IN | 7/28/1999 | 8/26/1999 | 9/7/1999 | 41 | $67,500.00 | |
| 3424-IN | 7/29/1999 | 8/26/1999 | 9/7/1999 | 40 | $11,000.00 | |
| 3425-IN | 7/29/1999 | 8/26/1999 | 9/7/1999 | 40 | $22,500.00 | |
| 3434-IN | 7/29/1999 | 8/26/1999 | 9/7/1999 | 40 | $12,725.00 | |
| 3448-IN | 7/30/1999 | 8/26/1999 | 9/7/1999 | 39 | $23,200.00 | |
| 3449-IN | 7/30/1999 | 8/26/1999 | 9/7/1999 | 39 | $7,200.00 | |
| 3117-IN | 7/9/1999 | 9/9/1999 | 9/20/1999 | 73 | $41,650.00 | |
| 3539 | 8/9/1999 | 9/21/1999 | 10/5/1999 | 57 | $49,500.00 | |
| 3557 | 8/10/1999 | 9/23/1999 | 10/11/1999 | 62 | $33,000.00 | |
| 3596 | 8/12/1999 | 9/23/1999 | 10/11/1999 | 60 | $24,500.00 | |
| 3598 | 8/12/1999 | 9/23/1999 | 10/11/1999 | 60 | $24,500.00 | |
| 3599 | 8/12/1999 | 9/23/1999 | 10/11/1999 | 60 | $24,500.00 | |
| 3600 | 8/12/1999 | 9/23/1999 | 10/11/1999 | 60 | $24,500.00 | |
| 3610 | 8/12/1999 | 9/23/1999 | 10/11/1999 | 60 | $13,800.00 | |
| 3611 | 8/12/1999 | 9/23/1999 | 10/11/1999 | 60 | $14,535.00 | |
| 3614 | 8/12/1999 | 9/23/1999 | 10/11/1999 | 60 | $55,000.00 | |
| 3674 | 8/13/1999 | 9/23/1999 | 10/11/1999 | 59 | $2,100.00 | |
| 3636 | 8/16/1999 | 9/28/1999 | 10/12/1999 | 57 | $85,707.00 | |
| 3640 | 8/16/1999 | 9/28/1999 | 10/12/1999 | 57 | $33,520.00 | |
| 3662 | 8/17/1999 | 9/30/1999 | 10/12/1999 | 56 | $5,075.00 | |
| 3663 | 8/17/1999 | 9/30/1999 | 10/12/1999 | 56 | $20,300.00 | |
| 3678 | 8/18/1999 | 9/30/1999 | 10/12/1999 | 55 | $100,800.00 | |
| 3683 | 8/18/1999 | 9/30/1999 | 10/12/1999 | 55 | $11,500.00 | |
| 3687 | 8/18/1999 | 9/30/1999 | 10/12/1999 | 55 | $83,393.00 | |
| 3688 | 8/18/1999 | 9/30/1999 | 10/12/1999 | 55 | $53,000.00 | |
| 3702 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $103,125.00 | |
| 3704 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $103,125.00 | |
| 3705 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $103,125.00 | |
| 3706 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $103,125.00 | |
| 3707 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $36,840.00 | |
| 3708 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $101,010.00 | |
| 3710 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $7,650.00 | |
| 3711 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $12,750.00 | |
| 3712 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $4,209.00 | |
| 3713 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $2,246.00 | |
| 3714 | 8/19/1999 | 9/30/1999 | 10/12/1999 | 54 | $3,929.00 | |
| 4047-IN | 9/13/1999 | 10/12/1999 | 10/21/1999 | 38 | $9,900.00 | |
| 4061-IN | 9/14/1999 | 10/12/1999 | 10/21/1999 | 37 | $85,575.00 | |
| 4063-IN | 9/14/1999 | 10/12/1999 | 10/21/1999 | 37 | $57,050.00 | |
| 4065-IN | 9/14/1999 | 10/12/1999 | 10/21/1999 | 37 | $63,000.00 | |
| 4068-IN | 9/14/1999 | 10/12/1999 | 10/21/1999 | 37 | $17,115.00 | |
| 4117-IN | 9/14/1999 | 10/12/1999 | 10/21/1999 | 37 | $7,987.00 | |
| 3969-IN | 9/8/1999 | 10/7/1999 | 10/25/1999 | 47 | $27,375.00 | |
| 3970-IN | 9/8/1999 | 10/7/1999 | 10/25/1999 | 47 | $24,400.00 | |
| 3971-IN | 9/8/1999 | 10/7/1999 | 10/25/1999 | 47 | $108,050.00 | |
| 3972-IN | 9/8/1999 | 10/7/1999 | 10/25/1999 | 47 | $9,800.00 | |
| 3973-IN | 9/8/1999 | 10/7/1999 | 10/25/1999 | 47 | $2,450.00 | |
| 3993-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $20,625.00 | |
| 3994-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $20,625.00 | |
| 3995-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $12,516.00 | |
| 3999-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $63,500.00 | |
| 4000-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $63,500.00 | |
| 4001-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $63,500.00 | |
| 4004-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $143,950.00 | |
| 4005-IN | 9/9/1999 | 10/7/1999 | 10/25/1999 | 46 | $321,630.00 | |
| 4022-IN | 9/10/1999 | 10/7/1999 | 10/25/1999 | 45 | $10,800.00 | |
| 4023-IN | 9/10/1999 | 10/7/1999 | 10/25/1999 | 45 | $22,000.00 | |
| 4097-IN | 9/15/1999 | 10/14/1999 | 10/25/1999 | 40 | $125,226.00 | |

CONFIDENTIAL
IE 0512

**Nashville Computer Liquidators LP**
Inacom Invoice Payment Detail

| Invoice # | Invoice Date | Check Date | Deposit Date | Deposit Aging | Pre-Preference | Preference |
|---|---|---|---|---|---|---|
| 4098-IN | 9/15/1999 | 10/14/1999 | 10/25/1999 | 40 | $26,700.00 | |
| 4105-IN | 9/15/1999 | 10/14/1999 | 10/25/1999 | 40 | $33,375.00 | |
| 4111-IN | 9/16/1999 | 10/14/1999 | 10/25/1999 | 39 | $27,072.00 | |
| 4112-IN | 9/16/1999 | 10/14/1999 | 10/25/1999 | 39 | $4,480.00 | |
| 4114-IN | 9/16/1999 | 10/14/1999 | 10/25/1999 | 39 | $68,530.00 | |
| 4130-IN | 9/17/1999 | 10/14/1999 | 10/25/1999 | 38 | $20,625.00 | |
| 4131-IN | 9/17/1999 | 10/14/1999 | 10/25/1999 | 38 | $7,425.00 | |
| 3747-IN | 8/23/1999 | 10/26/1999 | 11/8/1999 | 77 | $13,000.00 | |
| 3794-IN | 8/26/1999 | 10/26/1999 | 11/8/1999 | 74 | $13,200.00 | |
| 3796-IN | 8/26/1999 | 10/26/1999 | 11/8/1999 | 74 | $45,675.00 | |
| 3814-IN | 8/27/1999 | 10/26/1999 | 11/8/1999 | 73 | $600.00 | |
| 4118 | 9/15/1999 | 10/28/1999 | 11/17/1999 | 63 | $10,269.00 | |
| 3815-IN | 8/27/1999 | 10/28/1999 | 11/17/1999 | 82 | $800.00 | |
| 3816-IN | 8/27/1999 | 10/28/1999 | 11/17/1999 | 82 | $200.00 | |
| 3832-IN | 8/30/1999 | 10/28/1999 | 11/17/1999 | 79 | $9,600.00 | |
| 3837-IN | 8/30/1999 | 10/28/1999 | 11/17/1999 | 79 | $35,840.00 | |
| 3849-IN | 8/25/1999 | 10/28/1999 | 11/17/1999 | 84 | $111,792.00 | |
| 3884-IN | 9/2/1999 | 10/28/1999 | 11/17/1999 | 76 | $2,700.00 | |
| 3894-IN | 9/2/1999 | 10/28/1999 | 11/17/1999 | 76 | $5,050.00 | |
| 3895-IN | 9/2/1999 | 10/28/1999 | 11/17/1999 | 76 | $5,050.00 | |
| 3919-IN | 9/3/1999 | 10/28/1999 | 11/17/1999 | 75 | $25,415.00 | |
| 3937-IN | 9/7/1999 | 10/28/1999 | 11/17/1999 | 71 | $9,500.00 | |
| 3940-IN | 9/7/1999 | 10/28/1999 | 11/17/1999 | 71 | $25,415.00 | |
| 3941-IN | 9/7/1999 | 10/28/1999 | 11/17/1999 | 71 | $16,500.00 | |
| 3942-IN | 9/7/1999 | 10/28/1999 | 11/17/1999 | 71 | $25,415.00 | |
| 3943-IN | 9/7/1999 | 10/28/1999 | 11/17/1999 | 71 | $8,344.00 | |
| 4118-IN | 9/15/1999 | 10/28/1999 | 11/17/1999 | 63 | $27,384.00 | |
| 4145-IN | 9/20/1999 | 10/28/1999 | 11/17/1999 | 58 | $13,200.00 | |
| 4146-IN | 9/20/1999 | 10/28/1999 | 11/17/1999 | 58 | $69,750.00 | |
| 4149-IN | 9/20/1999 | 10/28/1999 | 11/17/1999 | 58 | $53,627.00 | |
| 4151-IN | 9/20/1999 | 10/28/1999 | 11/17/1999 | 58 | $15,974.00 | |
| 4152-IN | 9/20/1999 | 10/28/1999 | 11/17/1999 | 58 | $28,525.00 | |
| 4153-IN | 9/20/1999 | 10/28/1999 | 11/17/1999 | 58 | $145,000.00 | |
| 4164-IN | 9/21/1999 | 10/28/1999 | 11/17/1999 | 57 | $4,492.00 | |
| 4166-IN | 9/21/1999 | 10/28/1999 | 11/17/1999 | 57 | $12,570.00 | |
| 4167-IN | 9/21/1999 | 10/28/1999 | 11/17/1999 | 57 | $6,285.00 | |
| 4168-IN | 9/21/1999 | 10/28/1999 | 11/17/1999 | 57 | $18,855.00 | |
| 4169-IN | 9/21/1999 | 10/28/1999 | 11/17/1999 | 57 | $2,095.00 | |
| 4191-IN | 9/22/1999 | 10/28/1999 | 11/17/1999 | 56 | $11,300.00 | |
| 4192-IN | 9/22/1999 | 10/28/1999 | 11/17/1999 | 56 | $33,900.00 | |
| 4193-IN | 9/22/1999 | 10/28/1999 | 11/17/1999 | 56 | $33,900.00 | |
| 4194-IN | 9/22/1999 | 10/28/1999 | 11/17/1999 | 56 | $33,900.00 | |
| 4203-IN | 9/23/1999 | 10/28/1999 | 11/17/1999 | 55 | $6,200.00 | |
| 4236-IN | 9/24/1999 | 10/28/1999 | 11/17/1999 | 54 | $30,600.00 | |
| 4246-IN | 9/27/1999 | 10/28/1999 | 11/17/1999 | 51 | $63,500.00 | |
| 4248-IN | 9/27/1999 | 10/28/1999 | 11/17/1999 | 51 | $127,000.00 | |
| 4251-IN | 9/27/1999 | 10/28/1999 | 11/17/1999 | 51 | $105,000.00 | |
| 4263-IN | 9/28/1999 | 10/28/1999 | 11/17/1999 | 50 | $42,000.00 | |
| 4264-IN | 9/28/1999 | 10/28/1999 | 11/17/1999 | 50 | $42,000.00 | |
| 4302-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $14,000.00 | |
| 4303-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $28,000.00 | |
| 4304-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $126,000.00 | |
| 4310-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $16,560.00 | |
| 4311-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $1,920.00 | |
| 4318-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $229,400.00 | |
| 4319-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $59,655.00 | |
| 4320-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $122,130.00 | |
| 4321-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $169,290.00 | |
| 4326-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $62,475.00 | |
| 4327-IN | 9/30/1999 | 10/28/1999 | 11/17/1999 | 48 | $180,600.00 | |
| 4345-IN | 10/1/1999 | 10/28/1999 | 11/17/1999 | 47 | $450.00 | |
| 4346-IN | 10/1/1999 | 10/28/1999 | 11/17/1999 | 47 | $4,950.00 | |
| 4359-IN | 10/4/1999 | 11/2/1999 | 11/18/1999 | 45 | $11,400.00 | |
| 4360-IN | 10/4/1999 | 11/2/1999 | 11/18/1999 | 45 | $11,400.00 | |
| 4362-IN | 10/4/1999 | 11/2/1999 | 11/18/1999 | 45 | $42,750.00 | |
| 4377-IN | 10/5/1999 | 11/2/1999 | 11/18/1999 | 44 | $5,000.00 | |
| 4380-IN | 10/5/1999 | 11/2/1999 | 11/18/1999 | 44 | $137,640.00 | |
| 4392-IN | 10/6/1999 | 11/4/1999 | 11/18/1999 | 43 | $67,200.00 | |
| 4393-IN | 10/6/1999 | 11/4/1999 | 11/18/1999 | 43 | $67,200.00 | |
| 4394-IN | 10/6/1999 | 11/4/1999 | 11/18/1999 | 43 | $58,800.00 | |
| 4395-IN | 10/6/1999 | 11/4/1999 | 11/18/1999 | 43 | $42,000.00 | |
| 4413-IN | 10/7/1999 | 11/4/1999 | 11/18/1999 | 42 | $62,230.00 | |

CONFIDENTIAL
IE 0513

**Nashville Computer Liquidators LP**
Inacom Invoice Payment Detail

| Invoice # | Invoice Date | Check Date | Deposit Date | Deposit Aging | Pre-Preference | Preference |
|---|---|---|---|---|---|---|
| 4416-IN | 10/7/1999 | 11/4/1999 | 11/18/1999 | 42 | $2,406.00 | |
| 4417-IN | 10/7/1999 | 11/4/1999 | 11/18/1999 | 42 | $14,000.00 | |
| 4419-IN | 10/7/1999 | 11/4/1999 | 11/18/1999 | 42 | $13,200.00 | |
| 4431-IN | 10/8/1999 | 11/4/1999 | 11/18/1999 | 41 | $56,000.00 | |
| 4432-IN | 10/8/1999 | 11/4/1999 | 11/18/1999 | 41 | $14,000.00 | |
| 4433-IN | 10/8/1999 | 11/4/1999 | 11/18/1999 | 41 | $28,000.00 | |
| 4436-IN | 10/8/1999 | 11/4/1999 | 11/18/1999 | 41 | $14,000.00 | |
| 4438-IN | 10/8/1999 | 11/4/1999 | 11/18/1999 | 41 | $13,164.00 | |
| 4440-IN | 10/8/1999 | 11/4/1999 | 11/18/1999 | 41 | $34,200.00 | |
| 4448-IN | 10/8/1999 | 11/4/1999 | 11/18/1999 | 41 | $10,720.00 | |
| 4492-IN | 10/13/1999 | 11/11/1999 | 11/22/1999 | 40 | $88,200.00 | |
| 4502-IN | 10/14/1999 | 11/11/1999 | 11/22/1999 | 39 | $21,000.00 | |
| 4514-IN | 10/14/1999 | 11/11/1999 | 11/22/1999 | 39 | $142,228.00 | |
| 0004536-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $10,000.00 | |
| 0004537-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $7,800.00 | |
| 0004565-IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $84,675.00 | |
| 0004567-IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $84,675.00 | |
| 0004568-IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $54,750.00 | |
| 0004569-IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $54,750.00 | |
| 4538-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $21,480.00 | |
| 4539-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $35,510.00 | |
| 4540-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $132,100.00 | |
| 4546-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $28,475.00 | |
| 4547-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $28,475.00 | |
| 4548-IN | 10/18/1999 | 11/16/1999 | 11/30/1999 | 43 | $28,475.00 | |
| 4560-IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $5,195.00 | |
| 4562-IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $16,800.00 | |
| 456--IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $84,675.00 | |
| 4570-IN | 10/19/1999 | 11/16/1999 | 11/30/1999 | 42 | $84,675.00 | |
| 4617 | 10/21/1999 | 11/18/1999 | 12/10/1999 | 50 | $16,110.00 | |
| 4623 | 10/22/1999 | 11/18/1999 | 12/10/1999 | 49 | $10,740.00 | |
| 0004576-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $120,905.00 | |
| 0004577-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $121,350.00 | |
| 0004578-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $108,000.00 | |
| 0004582-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $7,500.00 | |
| 0004589-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $7,000.00 | |
| 0004590-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $26,775.00 | |
| 0004592-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $71,600.00 | |
| 0004594-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $40,424.00 | |
| 0004595-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $5,500.00 | |
| 4579-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $120,905.00 | |
| 4588-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $28,305.00 | |
| 45961-IN | 10/20/1999 | 11/18/1999 | 12/10/1999 | 51 | $71,600.00 | |
| 4765 | 11/1/1999 | 11/30/1999 | 12/13/1999 | 42 | $46,000.00 | |
| 4766 | 11/1/1999 | 11/30/1999 | 12/13/1999 | 42 | $46,000.00 | |
| 4776 | 11/2/1999 | 11/30/1999 | 12/13/1999 | 41 | $80,500.00 | |
| 4778 | 11/2/1999 | 11/30/1999 | 12/13/1999 | 41 | $3,380.00 | |
| 4779 | 11/2/1999 | 11/30/1999 | 12/13/1999 | 41 | $9,200.00 | |
| 4780 | 11/2/1999 | 11/30/1999 | 12/13/1999 | 41 | $5,980.00 | |
| 4363 | 10/25/1999 | 11/23/1999 | 12/22/1999 | 58 | $1,580.00 | |
| 4634 | 10/25/1999 | 11/23/1999 | 12/22/1999 | 58 | $7,742.00 | |
| 4635 | 10/25/1999 | 11/23/1999 | 12/22/1999 | 58 | $17,900.00 | |
| 4642 | 10/26/1999 | 11/23/1999 | 12/22/1999 | 57 | $756.00 | |
| 4645 | 10/26/1999 | 11/23/1999 | 12/22/1999 | 57 | $51,000.00 | |
| 4646 | 10/26/1999 | 11/23/1999 | 12/22/1999 | 57 | $30,600.00 | |
| 4647 | 10/26/1999 | 11/23/1999 | 12/22/1999 | 57 | $25,500.00 | |
| 4648 | 10/26/1999 | 11/23/1999 | 12/22/1999 | 57 | $25,500.00 | |
| 4650 | 10/26/1999 | 11/23/1999 | 12/22/1999 | 57 | $22,960.00 | |
| 4673 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $34,500.00 | |
| 4675 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $29,356.00 | |
| 4679 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $106,000.00 | |
| 4681 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $23,000.00 | |
| 4682 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $9,345.00 | |
| 4683 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $23,000.00 | |
| 4686 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $9,345.00 | |
| 4687 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $8,900.00 | |
| 4688 | 10/27/1999 | 11/23/1999 | 12/22/1999 | 56 | $8,900.00 | |
| 4709 | 10/28/1999 | 11/23/1999 | 12/22/1999 | 55 | $46,000.00 | |
| 4712 | 10/28/1999 | 11/23/1999 | 12/22/1999 | 55 | $4,600.00 | |
| 4721 | 10/29/1999 | 11/23/1999 | 12/22/1999 | 54 | $11,500.00 | |
| 4723 | 10/29/1999 | 11/23/1999 | 12/22/1999 | 54 | $40,000.00 | |
| 4728 | 10/29/1999 | 11/23/1999 | 12/22/1999 | 54 | $10,140.00 | |

CONFIDENTIAL
IE 0514

**Nashville Computer Liquidators LP**
Inacom Invoice Payment Detail

| Invoice # | Invoice Date | Check Date | Deposit Date | Deposit Aging | Pre-Preference | Preference |
|---|---|---|---|---|---|---|
| 4732 | 10/29/1999 | 11/23/1999 | 12/22/1999 | 54 | $13,520.00 | |
| 4877 | 11/8/1999 | 12/7/1999 | 12/22/1999 | 44 | $10,140.00 | |
| 4879 | 11/8/1999 | 12/7/1999 | 12/22/1999 | 44 | $7,300.00 | |
| 4882 | 11/8/1999 | 12/7/1999 | 12/22/1999 | 44 | $12,600.00 | |
| 4883 | 11/8/1999 | 12/7/1999 | 12/22/1999 | 44 | $12,600.00 | |
| 4885 | 11/8/1999 | 12/7/1999 | 12/22/1999 | 44 | $20,925.00 | |
| 4903 | 11/9/1999 | 12/7/1999 | 12/22/1999 | 43 | $20,400.00 | |
| 4906 | 11/9/1999 | 12/7/1999 | 12/22/1999 | 43 | $117,150.00 | |
| 4909 | 11/9/1999 | 12/7/1999 | 12/22/1999 | 43 | $36,550.00 | |
| 4910 | 11/9/1999 | 12/7/1999 | 12/22/1999 | 43 | $174,598.00 | |
| 4271-IN | 9/28/1999 | 11/23/1999 | 12/22/1999 | 85 | $14,250.00 | |
| 4272-IN | 9/28/1999 | 11/23/1999 | 12/22/1999 | 85 | $64,800.00 | |
| 4792 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $23,500.00 | |
| 4793 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $47,000.00 | |
| 4794 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $47,000.00 | |
| 4795 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $47,000.00 | |
| 4801 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $14,600.00 | |
| 4803 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $7,300.00 | |
| 4817 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $5,012.00 | |
| 4819 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $2,000.00 | |
| 4829 | 11/4/1999 | 12/2/1999 | 12/23/1999 | 49 | $169,050.00 | |
| 4831 | 11/4/1999 | 12/2/1999 | 12/23/1999 | 49 | $53,000.00 | |
| 4832 | 11/4/1999 | 12/2/1999 | 12/23/1999 | 49 | $93,280.00 | |
| 4836 | 11/4/1999 | 12/2/1999 | 12/23/1999 | 49 | $11,500.00 | |
| 4859 | 11/5/1999 | 12/2/1999 | 12/23/1999 | 48 | $5,750.00 | |
| 4860 | 11/5/1999 | 12/2/1999 | 12/23/1999 | 48 | $5,750.00 | |
| 4875 | 11/3/1999 | 12/2/1999 | 12/23/1999 | 50 | $42,500.00 | |
| 4923 | 11/10/1999 | 12/9/1999 | 12/30/1999 | 50 | $84,000.00 | |
| 4924 | 11/10/1999 | 12/9/1999 | 12/30/1999 | 50 | $189,000.00 | |
| 4940 | 11/11/1999 | 12/9/1999 | 12/30/1999 | 49 | $7,100.00 | |
| 4944 | 11/11/1999 | 12/9/1999 | 12/30/1999 | 49 | $7,100.00 | |
| 4945 | 11/11/1999 | 12/9/1999 | 12/30/1999 | 49 | $3,550.00 | |
| 4947 | 11/11/1999 | 12/9/1999 | 12/30/1999 | 49 | $305,900.00 | |
| 4960 | 11/12/1999 | 12/9/1999 | 12/30/1999 | 48 | $28,275.00 | |
| 4971 | 11/12/1999 | 12/9/1999 | 12/30/1999 | 48 | $159,540.00 | |
| 4972 | 11/12/1999 | 12/9/1999 | 12/30/1999 | 48 | $188,280.00 | |
| 4973 | 11/12/1999 | 12/9/1999 | 12/30/1999 | 48 | $57,480.00 | |
| 4974 | 11/12/1999 | 12/9/1999 | 12/30/1999 | 48 | $14,900.00 | |
| 4975 | 11/12/1999 | 12/9/1999 | 12/30/1999 | 48 | $20,000.00 | |
| 5029 | 11/17/1999 | 12/16/1999 | 12/30/1999 | 43 | $27,370.00 | |
| 5031 | 11/17/1999 | 12/16/1999 | 12/30/1999 | 43 | $10,500.00 | |
| 5036 | 11/18/1999 | 12/16/1999 | 12/30/1999 | 42 | $55,000.00 | |
| 5037 | 11/18/1999 | 12/16/1999 | 12/30/1999 | 42 | $4,700.00 | |
| 5046 | 11/18/1999 | 12/16/1999 | 12/30/1999 | 42 | $59,400.00 | |
| 5048 | 11/18/1999 | 12/16/1999 | 12/30/1999 | 42 | $31,500.00 | |
| 5050 | 11/18/1999 | 12/16/1999 | 12/30/1999 | 42 | $7,616.00 | |
| 5051 | 11/18/1999 | 12/16/1999 | 12/30/1999 | 42 | $90,250.00 | |
| 5056 | 11/19/1999 | 12/16/1999 | 12/30/1999 | 41 | $21,120.00 | |
| 4680-IN | 10/27/1999 | 12/16/1999 | 12/30/1999 | 64 | $65,900.00 | |
| 4729-IN | 10/29/1999 | 12/16/1999 | 12/30/1999 | 62 | $13,520.00 | |
| 4738-IN | 10/29/1999 | 12/16/1999 | 12/30/1999 | 62 | $58,350.00 | |
| 4739-IN | 10/29/1999 | 12/16/1999 | 12/30/1999 | 62 | $58,350.00 | |
| 4740-IN | 10/29/1999 | 12/16/1999 | 12/30/1999 | 62 | $58,350.00 | |
| 4741-IN | 10/29/1999 | 12/16/1999 | 12/30/1999 | 62 | $58,350.00 | |
| 4922-IN | 11/10/1999 | 12/16/1999 | 12/30/1999 | 50 | $169,100.00 | |
| 5049-IN | 11/18/1999 | 12/16/1999 | 12/30/1999 | 42 | $27,200.00 | |
| 4984 | 11/15/1999 | 12/14/1999 | 1/3/2000 | 49 | $22,540.00 | |
| 4994 | 11/15/1999 | 12/14/1999 | 1/3/2000 | 49 | $53,300.00 | |
| 4996 | 11/15/1999 | 12/14/1999 | 1/3/2000 | 49 | $53,300.00 | |
| 4997 | 11/15/1999 | 12/14/1999 | 1/3/2000 | 49 | $74,620.00 | |
| 4998 | 11/15/1999 | 12/14/1999 | 1/3/2000 | 49 | $53,300.00 | |
| 5081 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $40,500.00 | |
| 5082 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $189,000.00 | |
| 5083 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $27,000.00 | |
| 5084 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $118,275.00 | |
| 5085 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $10,500.00 | |
| 5086 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $109,480.00 | |
| 5088 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $55,600.00 | |
| 5090 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $31,500.00 | |
| 5092 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $4,600.00 | |
| 5094 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $611,000.00 | |
| 5095 | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $45,000.00 | |

CONFIDENTIAL
IE 0515

**Nashville Computer Liquidators LP**
Inacom Invoice Payment Detail

| Invoice # | Invoice Date | Check Date | Deposit Date | Deposit Aging | Pre-Preference | Preference |
|---|---|---|---|---|---|---|
| 5116 | 11/23/1999 | 12/21/1999 | 1/4/2000 | 42 | $27,800.00 | |
| 5117 | 11/23/1999 | 12/21/1999 | 1/4/2000 | 42 | $42,000.00 | |
| 5118 | 11/23/1999 | 12/21/1999 | 1/4/2000 | 42 | $27,800.00 | |
| 4921-IN | 11/10/1999 | 12/21/1999 | 1/4/2000 | 55 | $31,200.00 | |
| 5076-IN | 11/22/1999 | 12/21/1999 | 1/4/2000 | 43 | $48,320.00 | |
| 5108-IN | 11/23/1999 | 12/21/1999 | 1/4/2000 | 42 | $21,560.00 | |
| 5113-IN | 11/23/1999 | 12/21/1999 | 1/4/2000 | 42 | $36,300.00 | |
| 5124-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $20,000.00 | |
| 5125-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $20,000.00 | |
| 5126-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $20,800.00 | |
| 5134-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $42,000.00 | |
| 5135-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $10,500.00 | |
| 5136-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $19,460.00 | |
| 5142-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $9,450.00 | |
| 5144--IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $22,000.00 | |
| 5147-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $23,600.00 | |
| 5148-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $93,722.00 | |
| 5149-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $23,600.00 | |
| 5150-IN | 11/24/1999 | 12/21/1999 | 1/4/2000 | 41 | $23,600.00 | |
| 5166 | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $7,980.00 | |
| 5168 | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $41,700.00 | |
| 5456 | 12/20/1999 | 12/29/1999 | 1/13/2000 | 24 | $16,268.00 | |
| 4554-IN | 10/19/1999 | 12/28/1999 | 1/13/2000 | 86 | $26,950.00 | |
| 5160-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $2,788.00 | |
| 5161-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $1,760.00 | |
| 5162-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $1,760.00 | |
| 5163-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $1,760.00 | |
| 5164-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $51,000.00 | |
| 5165-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $25,500.00 | |
| 5167-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $119,700.00 | |
| 5169-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $14,034.20 | |
| 5170-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $12,550.00 | |
| 5171-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $22,590.00 | |
| 5172-IN | 11/29/1999 | 12/28/1999 | 1/13/2000 | 45 | $12,550.00 | |
| 5178-IN | 11/30/1999 | 12/28/1999 | 1/13/2000 | 44 | $10,400.00 | |
| 5185-IN | 11/30/1999 | 12/28/1999 | 1/13/2000 | 44 | $525.00 | |
| 52005-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $160,500.00 | |
| 5206-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $48,380.00 | |
| 5207-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $107,000.00 | |
| 5209-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $32,800.00 | |
| 5210-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $71,820.00 | |
| 5211-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $22,960.00 | |
| 5212-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $17,000.00 | |
| 5213-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $7,900.00 | |
| 5214-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $840.00 | |
| 5215-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $19,950.00 | |
| 5216-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $8,200.00 | |
| 5220-IN | 12/1/1999 | 12/28/1999 | 1/13/2000 | 43 | $101,526.00 | |
| 5232-IN | 12/2/1999 | 12/28/1999 | 1/13/2000 | 42 | $20,592.00 | |
| 5235-IN | 12/2/1999 | 12/28/1999 | 1/13/2000 | 42 | $41,400.00 | |
| 5248-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $197,450.00 | |
| 5249-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $18,168.00 | |
| 5250-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $66,600.00 | |
| 5251-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $37,850.00 | |
| 5252-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $16,800.00 | |
| 5253-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $83,400.00 | |
| 5257-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $43,472.00 | |
| 5258-IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $115,200.00 | |
| 5259IN | 12/3/1999 | 12/28/1999 | 1/13/2000 | 41 | $172,800.00 | |
| 5268-IN | 12/6/1999 | 12/29/1999 | 1/13/2000 | 38 | $12,090.00 | |
| 52701-IN | 12/6/1999 | 12/29/1999 | 1/13/2000 | 38 | $119,700.00 | |
| 5271-IN | 12/6/1999 | 12/29/1999 | 1/13/2000 | 38 | $17,000.00 | |
| 5281-IN | 12/7/1999 | 12/29/1999 | 1/13/2000 | 37 | $15,750.00 | |
| 5285-IN | 12/7/1999 | 12/29/1999 | 1/13/2000 | 37 | $2,496.00 | |
| 5289-IN | 12/7/1999 | 12/29/1999 | 1/13/2000 | 37 | $9,400.00 | |
| 5349 | 12/13/1999 | 12/29/1999 | 1/31/2000 | 49 | $6,720.00 | |
| 5351 | 12/13/1999 | 12/29/1999 | 1/31/2000 | 49 | $9,150.00 | |
| 5353 | 12/13/1999 | 12/29/1999 | 1/31/2000 | 49 | $9,660.00 | |
| 5354 | 12/13/1999 | 12/29/1999 | 1/31/2000 | 49 | $50,500.00 | |
| 5359 | 12/13/1999 | 12/29/1999 | 1/31/2000 | 49 | $8,736.00 | |
| 5360 | 12/13/1999 | 12/29/1999 | 1/31/2000 | 49 | $2,439.00 | |
| 5367 | 12/14/1999 | 12/29/1999 | 1/31/2000 | 48 | $7,020.00 | |

CONFIDENTIAL
IE 0516

**Nashville Computer Liquidators LP**
Inacom Invoice Payment Detail

| Invoice # | Invoice Date | Check Date | Deposit Date | Deposit Aging | Pre-Preference | Preference |
|---|---|---|---|---|---|---|
| 5369 | 12/14/1999 | 12/29/1999 | 1/31/2000 | 48 | $133,650.00 | |
| 5457 | 12/20/1999 | 12/29/1999 | 2/23/2000 | 65 | $8,134.00 | |
| 5477 | 12/21/1999 | 12/29/1999 | 2/23/2000 | 64 | $1,162.00 | |
| 5478 | 12/21/1999 | 12/29/1999 | 2/23/2000 | 64 | $5,810.00 | |
| 5394 | 12/15/1999 | 12/29/1999 | 2/24/2000 | 71 | $4,000.00 | |
| 5395 | 12/15/1999 | 12/29/1999 | 2/24/2000 | 71 | $2,000.00 | |
| 5396 | 12/15/1999 | 12/29/1999 | 2/24/2000 | 71 | $2,000.00 | |
| 5397 | 12/15/1999 | 12/29/1999 | 2/24/2000 | 71 | $5,100.00 | |
| 5398 | 12/15/1999 | 12/29/1999 | 2/24/2000 | 71 | $1,700.00 | |
| 5399 | 12/15/1999 | 12/29/1999 | 2/24/2000 | 71 | $3,400.00 | |
| 5400 | 12/15/1999 | 12/29/1999 | 2/24/2000 | 71 | $1,700.00 | |
| 5417 | 12/16/1999 | 12/29/1999 | 2/24/2000 | 70 | $6,750.00 | |
| 5420 | 12/16/1999 | 12/29/1999 | 2/24/2000 | 70 | $58,600.00 | |
| 5421 | 12/16/1999 | 12/29/1999 | 2/24/2000 | 70 | $7,325.00 | |
| 5422 | 12/16/1999 | 12/29/1999 | 2/24/2000 | 70 | $7,325.00 | |
| 5423 | 12/16/1999 | 12/29/1999 | 2/24/2000 | 70 | $59,136.00 | |
| 5424 | 12/16/1999 | 12/29/1999 | 2/24/2000 | 70 | $143,616.00 | |
| 5428 | 12/16/1999 | 12/29/1999 | 2/24/2000 | 70 | $8,448.00 | |
| 5309-IN | 12/8/1999 | 12/29/1999 | 2/24/2000 | 78 | $49,910.00 | |
| 5313-IN | 12/8/1999 | 12/29/1999 | 2/24/2000 | 78 | $10,400.00 | |
| 5316-IN | 12/8/1999 | 12/29/1999 | 2/24/2000 | 78 | $100,800.00 | |
| 5317-IN | 12/8/1999 | 12/29/1999 | 2/24/2000 | 78 | $100,800.00 | |
| 5318-IN | 12/8/1999 | 12/29/1999 | 2/24/2000 | 78 | $100,800.00 | |
| 5323-IN | 12/9/1999 | 12/29/1999 | 2/24/2000 | 77 | $8,200.00 | |
| 5337-IN | 12/10/1999 | 12/29/1999 | 2/24/2000 | 76 | $84,480.00 | |
| 5338-IN | 12/10/1999 | 12/29/1999 | 2/24/2000 | 76 | $40,650.00 | |
| 5348-IN | 12/13/1999 | 2/1/2000 | 2/24/2000 | 73 | $3,660.00 | |
| 5624-IN | 1/4/2000 | 2/1/2000 | 2/24/2000 | 51 | $6,900.00 | |
| 5625-IN | 1/4/2000 | 2/1/2000 | 2/24/2000 | 51 | $37,810.00 | |
| 5627-IN | 1/4/2000 | 2/1/2000 | 2/24/2000 | 51 | $72,000.00 | |
| 5633-IN | 1/4/2000 | 2/1/2000 | 2/24/2000 | 51 | $49,000.00 | |
| 5634-IN | 1/4/2000 | 2/1/2000 | 2/24/2000 | 51 | $161,000.00 | |
| 5635-IN | 1/4/2000 | 2/1/2000 | 2/24/2000 | 51 | $1,500.00 | |
| 5208-IN | 12/1/1999 | 1/25/2000 | 2/28/2000 | 89 | $32,800.00 | |
| 5350-IN | 12/13/1999 | 1/25/2000 | 2/28/2000 | 77 | $6,720.00 | |
| 5366-IN | 12/14/1999 | 1/25/2000 | 2/28/2000 | 76 | $4,680.00 | |
| 5405-IN | 12/15/1999 | 1/25/2000 | 2/28/2000 | 75 | $4,500.00 | |
| 5418-IN | 12/16/1999 | 1/25/2000 | 2/28/2000 | 74 | $9,880.00 | |
| 5426-IN | 12/16/1999 | 1/25/2000 | 2/28/2000 | 74 | $14,625.00 | |
| 5438-IN | 12/17/1999 | 1/25/2000 | 2/28/2000 | 73 | $32,400.00 | |
| 5483-IN | 12/22/1999 | 1/20/2000 | 2/28/2000 | 68 | $41,000.00 | |
| 5485-IN | 12/22/1999 | 1/20/2000 | 2/28/2000 | 68 | $33,620.00 | |
| 5490-IN | 12/22/1999 | 1/20/2000 | 2/28/2000 | 68 | $41,000.00 | |
| 5493-IN | 12/22/1999 | 1/20/2000 | 2/28/2000 | 68 | $8,050.00 | |
| 5495-IN | 12/22/1999 | 1/20/2000 | 2/28/2000 | 68 | $40,250.00 | |
| 5526-IN | 12/23/1999 | 1/20/2000 | 2/28/2000 | 67 | $9,700.00 | |
| 5527-IN | 12/23/1999 | 1/20/2000 | 2/28/2000 | 67 | $9,700.00 | |
| 5528-IN | 12/23/1999 | 1/20/2000 | 2/28/2000 | 67 | $67,584.00 | |
| 5530-IN | 12/23/1999 | 1/20/2000 | 2/28/2000 | 67 | $101,376.00 | |
| 5553-IN | 12/28/1999 | 1/25/2000 | 2/28/2000 | 62 | $120,750.00 | |
| 5759-IN | 1/11/2000 | 1/25/2000 | 2/28/2000 | 48 | $19,360.00 | |
| 5203-IN | 12/1/1999 | 1/27/2000 | 3/8/2000 | 98 | $7,203.00 | |
| 5580-IN | 12/29/1999 | 1/27/2000 | 3/8/2000 | 70 | $100,800.00 | |
| 5592-IN | 12/30/1999 | 1/27/2000 | 3/8/2000 | 69 | $43,200.00 | |
| 5593-IN | 12/30/1999 | 1/27/2000 | 3/8/2000 | 69 | $54,000.00 | |
| 5594-IN | 12/30/1999 | 1/27/2000 | 3/8/2000 | 69 | $39,600.00 | |
| 5667-IN | 1/5/2000 | 2/3/2000 | 3/23/2000 | 78 | | $7,200 |
| 5687-IN | 1/7/2000 | 2/3/2000 | 3/23/2000 | 76 | | $14,000 |
| 5688-IN | 1/7/2000 | 2/3/2000 | 3/23/2000 | 76 | | $24,000 |
| 5690-IN | 1/7/2000 | 2/3/2000 | 3/23/2000 | 76 | | $10,000 |
| 5695-IN | 1/7/2000 | 2/3/2000 | 3/23/2000 | 76 | | $161,000 |
| 5697-IN | 1/7/2000 | 2/3/2000 | 3/23/2000 | 76 | | $12,935 |
| 5701-IN | 1/7/2000 | 2/3/2000 | 3/23/2000 | 76 | | $14,625 |
| 4812-IN | 11/3/1999 | 2/8/2000 | 3/24/2000 | 142 | | $3,400 |
| 4961-IN | 11/12/1999 | 2/8/2000 | 3/24/2000 | 133 | | $28,275 |
| 5114-IN | 11/23/1999 | 2/8/2000 | 3/24/2000 | 122 | | $52,815 |
| 5699-IN | 1/7/2000 | 2/8/2000 | 3/24/2000 | 77 | | $161,000 |
| 5722-IN | 1/10/2000 | 2/8/2000 | 3/24/2000 | 74 | | $10,350 |
| 5723-IN | 1/10/2000 | 2/8/2000 | 3/24/2000 | 74 | | $193,200 |
| 5724-IN | 1/10/2000 | 2/8/2000 | 3/24/2000 | 74 | | $10,350 |
| 5752-IN | 1/11/2000 | 2/8/2000 | 3/24/2000 | 73 | | $11,310 |
| 5404 | 12/15/1999 | 2/10/2000 | 4/4/2000 | 111 | | $5,175 |

CONFIDENTIAL
IE 0517

**Nashville Computer Liquidators LP**
Inacom Invoice Payment Detail

| Invoice # | Invoice Date | Check Date | Deposit Date | Deposit Aging | Pre-Preference | Preference |
|---|---|---|---|---|---|---|
| 4722-IN | 10/29/1999 | 2/10/2000 | 4/4/2000 | 158 | | $16,100 |
| 5115-IN | 11/23/1999 | 2/10/2000 | 4/4/2000 | 133 | | $78,485 |
| 5767-IN | 1/12/2000 | 2/10/2000 | 4/4/2000 | 83 | | $42,000 |
| 5770-IN | 1/12/2000 | 2/10/2000 | 4/4/2000 | 83 | | $20,000 |
| 5771-IN | 1/12/2000 | 2/10/2000 | 4/4/2000 | 83 | | $20,000 |
| 5772-IN | 1/12/2000 | 2/10/2000 | 4/4/2000 | 83 | | $2,400 |
| 5775-IN | 1/12/2000 | 2/10/2000 | 4/4/2000 | 83 | | $84,575 |
| 5779-IN | 1/12/2000 | 2/10/2000 | 4/4/2000 | 83 | | $13,386 |
| 5781-IN | 1/12/2000 | 2/10/2000 | 4/4/2000 | 83 | | $47,760 |
| 5793-IN | 1/13/2000 | 2/10/2000 | 4/4/2000 | 82 | | $13,800 |
| 5795-IN | 1/13/2000 | 2/10/2000 | 4/4/2000 | 82 | | $6,900 |
| 5796-IN | 1/13/2000 | 2/10/2000 | 4/4/2000 | 82 | | $13,800 |
| 5828-IN | 1/14/2000 | 2/10/2000 | 4/4/2000 | 81 | | $3,600 |
| 5836-IN | 1/14/2000 | 2/10/2000 | 4/4/2000 | 81 | | $25,200 |

Total                                                                 $18,166,657.65  $1,107,641

CONFIDENTIAL
IE 0518