# TAB 2

## TAB 2

## PLAINTIFF'S LIST OF EXHIBITS

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 1. | | Pre-Trial Order | |
| 2. | May 20, 2002 | Complaint for Avoidance and Recovery of Preferential Transfers | |
| 3. | July 5, 2002 | Ingram Entertainment Inc.'s Answer to Complaint | |
| 4. | February 03, 2000 | Check #708215 for $243,760.00 with corresponding invoices in the preference period | |
| 5. | February 08, 2000 | Check #709379 for $460,445.00 with corresponding invoices in the preference period | |
| 6. | February 10, 2000 | Check # 710368 for $392,616.00 with corresponding invoices in the preference period | |
| 7. | February 13, 2003 | Ordinary Course Analysis Data prepared by M. Newsom | **Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine.** |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 8. | February 13, 2003 | Percent Completion Table of Dollars Paid prepared by M. Newsom | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine. |
| 9. | February 13, 2003 | Scatter Distribution Table of Dollars Paid prepared by M. Newsom | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine. |
| 10. | February 13, 2003 | Scatter Distribution Chart of Dollars Paid prepared by M. Newsom | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 11. | February 13, 2003 | Average Age of Invoices Paid by Month prepared by M. Newsom | **Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine.** |
| 12. | | Nashville NM New Value Reports prepared by M. Newsom | **Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine.** |
| 13. | | Nashville graphs reflecting Dollars paid, invoice amounts, percent completion prepared by M. Newsom | **Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine.** |
| 14. | February 16, 2000 | Nancy Pearson letter | |
| 15. | | Demonstrative-Chart of payments to major vendors | **Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901.** |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 16. | | Bridge demonstrative charts/graphs | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine. |
| 17. | | Demonstrative-OCB charts & graphs for Ingram | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine. |
| 18. | May 10, 2000 | Treasury Released Checks by Date | Document is not sufficiently identified to permit inspection and objection. Hearsay. FRE 802. Authenticity. FRE 901. |
| 19. | | Liquidation analysis (Exhibit H to Disclosure Statement) | |
| 20. | | Updated liquidation analysis from Gilmour | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 21. | | Demonstrative- make-up of outstanding unsecured creditors | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Irrelevant; unfairly prejudicial. FRE 420, 403. Authenticity. FRE 901. Unqualified expert opinion based on unreliable principles and methods. FRE 403, 702, motion in limine. |
| 22. | April 27, 2000 | Bank presentation | |
| 23. | May, 2000 | Blackstone Confidential Information Memorandum | Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 24. | February 28, 2000-July 25, 2000 | Inacom Board of Directors Minutes | |
| 25. | May 24, 2000 | E-mail from Al Karsnia to Ben Wells | Hearsay. FRE 802. Authenticity. FRE 901. |
| 26. | | Compaq/CTY Asset Purchase Agreement | |
| 27. | March 15, 2000 | Accounts Payable Schedule as of 2/12/00 and attached AP register | Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Authenticity. FRE 901. |
| 28. | February 16, 2000 | Compaq Computer Corp Revolving Credit Facility Commitment Letter | |
| 29. | February 16, 2000 | Services, Supply and Sales Agreement | |
| 30. | February 16, 2000 | Separation and Sharing Agreement | |
| 31. | February 16, 2000 | Service Level Agreement | |
| 32. | February 16, 2000 | Intercreditor Agreement among Deutsche Bank, Compaq and IBM Credit | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 33. | January 11, 2000 | 3rd Amendment/Waiver among Inacom, Banks, IBM Credit | |
| 34. | February 23, 2000 | 4th Amendment/Waiver among Inacom, Banks, IBM Credit | |
| 35. | March 31, 2000 | 5th Amendment/Waiver among Inacom, Banks, IBM Credit | |
| 36. | April 14, 2000 | 6th Amendment/Waiver among Inacom, Banks, IBM Credit | |
| 37. | March 24, 2000 | Oshlo memo to Fitzpatrick re accessing Compaq credit facility | **Hearsay. FRE 802. Authenticity. FRE 901.** |
| 38. | April 4, 2000 | Oshlo memo to Fitzpatrick re status of held checks and revolver | **Hearsay. FRE 802. Authenticity. FRE 901.** |
| 39. | April 27, 2000 | Anderson/Wavro letter to Fitzpatrick re collections on receivables owned by Compaq | **Hearsay. FRE 802. Authenticity. FRE 901.** |
| 40. | April 28, 2000 | Notice of Borrowing from Inacom to Deutsche Bank | |
| 41. | May 16, 2000 | Wavro letter to Fitzpatrick waiving a portion of the Compaq commitment letter | **Hearsay. FRE 802. Authenticity. FRE 901.** |
| 42. | May 26, 2000 | Letter from Wood and Cheever to Anderson re misdirected funds | **Hearsay. FRE 802. Authenticity. FRE 901.** |
| 43. | | Debtors' Disclosure Statement | |
| 44. | March 14, 2000 | Gagliardi e-mail to Winkler complaining about no incremental service revenue | **Hearsay. FRE 802. Authenticity. FRE 901.** |
| 45. | | Complaint-Custom Edge v. Inacom, et al | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 46. | April 18, 2000 | Hansen e-mail to Oshlo et al re split of AR receipts | Hearsay. FRE 802. Authenticity. FRE 901. |
| 47. | May 17, 2000 | Inacom press release | Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 48. | May 17, 2000 | Moody's press release | Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 49. | May 9, 2000 | Fax to Gagliardi from Robert M. Wood, Jr. Leverage Finance Group | Hearsay. FRE 802. Authenticity. FRE 901. |
| 50. | | Demonstrative-supporting Fitz narrative | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. |
| 51. | | First Amendment to Asset Purchase Agreement | |
| 52. | June 2, 2000 | Asset Purchase Agreement (unexecuted) by and between Compucom and Marlin | Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 53. | June 19, 2000 | Affidavit of Thomas J. Fitzpatrick in Support of First Day Orders | |
| 54. | February 3, 2000 | Summary Act vs. Bud | Document is not sufficiently identified to permit inspection and objection. Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 55. | March 27, 2000 | Inacom Press release | Hearsay. FRE 802. Authenticity. FRE 901. |
| 56. | May 2000 | Blackstone Project Adams Debtor in Possession Model report | Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 57. | March 24, 2000 | A/P Weekly Balancing to A/P Aging Report | Failure to disclose. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. Hearsay. FRE 802. Authenticity. FRE 901. |
| 58. | January 1, 2000 | Jay Samuelson e-mail to Chris Anderson | Hearsay. FRE 802. Authenticity. FRE 901. |
| 59. | May 27, 2000 | Kevin Edwards e-mail to Mike Hall | Hearsay. FRE 802. Authenticity. FRE 901. |
| 60. | April 28, 2000 | Paul Hatfield memorandum to mailing list | Hearsay. FRE 802. Authenticity. FRE 901. |
| 61. | December 9, 1999 | Roberta Conklin email re Inacom Update | Hearsay. FRE 802. Authenticity. FRE 901. |
| 62. | April 26, 2000 | Minutes of Inacom Board of Directors Meeting | |
| 63. | June 14, 2000 | Bill Wavro letter to Fitzpatrick and attached statement | Hearsay. FRE 802. Authenticity. FRE 901. |
| 64. | | Tom Molchan Memo to Board re materials for 6/1/00 meeting | Hearsay. FRE 802. Authenticity. FRE 901. |
| 65. | February 16, 2000 | Davis Polk & Wardwell memo re Funds Flow for Compq-Inacom closing | Hearsay. FRE 802. Authenticity. FRE 901. |
| 66. | May 2000 | Blackstone Project Addams Reorganization Model | Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 67. | | Blackstone Group Jan Actual-April Actual | Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 68. | | Blackstone Group Q2-Q3 Consolidated Summary and backup | Hearsay. FRE 802. Authenticity. FRE 901. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 69. | April 19, 2005 | Bridge Associates Expert Report | Hearsay. FRE 802. |
| 70. | April 29, 2005 | Weiser LLP expert report | Hearsay. FRE 802. Unqualified expert opinion based on unreliable principles and methods. FRE 702; motion in limine. Irrelevant; unfairly prejudicial. FRE 402, 403. |
| 71. | May 27, 2005 | Bridge Associates Rebuttal Expert Report | Hearsay. FRE 802. Unfairly prejudicial based on failure to disclose supporting documents. FRCP 26, 33, 34 & 37(c); FRE 403; motion in limine. |
| 72. | | Murray Devine expert report | Hearsay. FRE 802. |
| 73. | | First Set of Interrogatories propounded by Plaintiff | |
| 74. | | Responses to First Set of Interrogatories propounded by Plaintiff | All objections raised in Defendant's responses. |
| 75. | | Plaintiff's Initial Disclosures pursuant to Fed. R. Bankr. P. 7026(a)(1) | |
| 76. | | Defendant's Initial Disclosures pursuant to Fed. R. Bankr. P. 7026(a)(1) | |
| 77. | | First Set of Request for Production of Documents propounded by Plaintiff | Irrelevant; prejudicial; confusing. FRE 401-403. |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 78. | | Response to Plaintiff's First Set of Request for Production of Documents | All objections raised in Defendant's responses. Irrelevant; prejudicial; confusing. FRE 401-403. |
| 79. | | Plaintiff's Second Request for Production of Documents | Irrelevant; prejudicial; confusing. FRE 401-403. |
| 80. | | Defendant's Responses to Defendant's Second Request for Production of Documents | All objections raised in Defendant's responses. Irrelevant; prejudicial; confusing. FRE 401-403. |
| 81. | | Documents produced by Ingram in response to request to Produce | Introduction of the entire set of documents would be prejudicial and confusing. FRE 403. This "group" exhibit is not sufficiently identified to permit specific objections. Examples of specific objections include: (1) inadmissible settlement offers contained in correspondence between the parties. FRE 402, 403 & 408. (2) Documents prepared by Inacom or its agents which have not been authenticated, or contain hearsay, or inadmissible expert testimony. FRE 702, 802, 901. |