# TAB 4

## **TAB 4**

## **PLAINTIFF'S LIST OF PERCIPIENT WITNESSES**

| | |
|---|---|
| Elaine Agee (WILL CALL) | |
| Michael Newsom (WILL CALL) | Irrelevant. Fed. R. Evid. 402.<br><br>Undue delay, waste of time, and needless presentation of cumulative evidence. Fed. R. Evid. 403.<br><br>Lacks foundation and personal knowledge. Fed. R. Evid. 602<br><br>Inadmissible opinion by lay witness. Fed. R. Evid. 701. |
| Tom Fitzpatrick (WILL CALL) | |
| Richard Oshlo (MAY CALL) | |
| Laz Krikorian (WILL CALL) | |
| Jay Samuelson (MAY CALL) | |
| John Frasca (MAY CALL) | |
| Leon Kerkman (MAY CALL) | |
| Scott Similink (MAY CALL) | |
| Gerald Gagliardi (MAY CALL) | |
| John Dugan (MAY CALL) | |
| William Francis (MAY CALL) | |
| Robert Wood (MAY CALL) | |
| Nancy Pearson (MAY CALL) | |
| Susan Willets (MAY CALL) | |
| Ben Wells (MAY CALL) | |

| | |
|---|---|
| Steve Gadsey (MAY CALL) | |
| Dave Lemon (MAY CALL) | |
| Neil Gilmour (MAY CALL) | Previously undisclosed witness not identified in Plaintiff's initial disclosures or responses to discovery requests. Fed. R. Civ. P. 26 & 33.<br><br>Irrelevant. Fed. R. Evid. 402.<br><br>Undue delay, waste of time, and needless presentation of cumulative evidence. Fed. R. Evid. 403.<br><br>Lacks foundation and personal knowledge. Fed. R. Evid. 602<br><br>Inadmissible opinion by lay witness. Fed. R. Evid. 701. |
| Phil Garzolie (MAY CALL) | |
| Jason Willets (MAY CALL) | |
| Brenda Hubble (MAY CALL) | |