# TAB 5

## TAB 5

## DEFENDANT'S LIST OF PERCIPIENT WITNESSES

| | |
|---|---|
| Steven Gadsey (Will Call) | |
| Michael Keller (May Call) | Objection – the witness, a Dell employee, lacks personal knowledge as to any fact that is of consequence to the determination of this actions (F.R.E. 401, 402, 602), and was never identified by Defendant as a potential witness in disclosures or discovery. (Fed. R. Civ. P. 26 & 33.) See Motion in Limine. |
| Major Horton (May Call) | Objection – the witness, a Dell employee, lacks personal knowledge as to any fact that is of consequence to the determination of this actions (F.R.E. 401, 402, 602), and was never identified by Defendant as a potential witness in disclosures or discovery. (Fed. R. Civ. P. 26 & 33.) See Motion in Limine. |
| Steve Thomas (May Call) | Objection – the witness, an expert witness disclosed in the Dell action, lacks personal knowledge as to any fact that is of consequence to the determination of this actions (F.R.E. 401, 402, 602), is not qualified to provide expert testimony on any issue of consequence to the determination of this action (F.R.E. 702), and was never identified by Defendant as a potential witness in disclosures or discovery or designated by Defendant as an expert witness. (Fed. R. Civ. P. 26 & 33.) See Motion in Limine. |
| John LaRocca (May Call) | Objection – the witness, an expert witness disclosed in the Dell action, lacks personal knowledge as to any fact that is of consequence to the determination of this actions (F.R.E. 401, 402, 602), is not qualified to provide expert testimony on any issue of consequence to the determination of this action (F.R.E. 702), and was never identified by Defendant as a potential witness in disclosures or discovery or designated by Defendant as an expert witness. ( Fed. R. Civ. P. 26 & 33.) See |

|  | **Motion in Limine.** |
|---|---|
| Kevin Sarkesian (May Call) | **Objection – the witness, a Lexmark employee, lacks personal knowledge as to any fact that is of consequence to the determination of this actions (F.R.E. 401, 402, 602), and was never identified by Defendant as a potential witness in disclosures or discovery. (Fed. R. Civ. P. 26 & 33.)   See Motion in Limine.** |
| Any percipient witness who appears at trial on Plaintiff's behalf (May Call) |  |