# TAB 6

Case 1:04-cv-00593-GMS   Document 53-7   Filed 08/15/2005   Page 1 of 2

## TAB 6 - PLAINTIFF'S EXPERT WITNESSES

| | |
|---|---|
| Dean Vomero | Objection to this witness's opinion and report offered in rebuttal to Defendant's expert report on the solvency issue because the rebuttal opinion and report are based on documents and other evidence not previously disclosed by Plaintiff in discovery. *See* Defendant's Motion *in Limine* to Exclude Previously Undisclosed Evidence filed concurrently with Pretrial Order.(See Motion in Limine) |
| Francis X. Devine | |
| Stuart A. Gollin | Unqualified by knowledge, skill, experience, training, or education; the proffered opinions are not based on sufficient facts or data, reliable principles and methods, and the principles and methods have not been reliably applied to the facts of the case. Fed. R. Evid. 702.<br><br>The probative value of the testimony would also be substantially outweighed by unfair prejudice and confusion of the issues. Fed. R. Evid. 403.<br><br>*See* Defendant's Motion *in Limine* to Exclude Expert Testimony (*Daubert* Motion) filed concurrently with Pretrial Order. |
| Any expert designated by Defendant | |