# TAB 7

## TAB 7

## DEFENDANT'S EXPERT WITNESSES

| | |
|---|---|
| Jason F. Fensterstock (Sasco Hill Advisers) | |
| Richard A. Whalen (Duff & Phelps, LLC) | **Objection** – the witness, identified on the issue of insolvency, has no opinions to offer that are different or additional to those of Jason Fensterstock, designated as an expert on the same issue (F.R.E. 403). See Motion in Limine. |
| Steven Gadsey (Ingram Entertainment) | **Objection** – the witness is not qualified to provide expert testimony on any issue of consequence to the determination of this action (F.R.E. 702). See Motion in Limine. |
| John LaRocca | **Objection** – the witness, an expert witness disclosed in the Dell action, is not qualified to provide expert testimony on any issue of consequence to the determination of this action (F.R.E. 702), and was never identified by Defendant as a potential witness in disclosures or discovery or designated by Defendant as an expert witness. (Fed. R. Civ. P. 26 & 33.) See Motion in Limine. |
| Any expert designated by Plaintiff or other defendant in a consolidated trial | |