# TAB 8

# TAB 8

## PLAINTIFF'S DESIGNATION OF DEPOSITIONS TO BE READ INTO EVIDENCE

Plaintiff makes the following deposition transcript designations. Plaintiff reserves the right to make additional designations for witnesses identified by Defendant as "Will Call" who do not appear for live testimony at trial. Plaintiff reserves the right to make counter-designations to Defendant's designations, and also reserves the right to use any transcript for rebuttal, impeachment or other purposes permitted by the Federal Rules of Civil Procedure.

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** **Robert Wood**

| Page No. | Line No. |
|---|---|
| 148 | 9-25 |
| 150 | 18 |
| 153 | 13 |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** <u>Jay Samuelson</u>
**Deposition Taken:** <u>March 25, 2005</u>

| Page No. | Line No. |
|---|---|
| 7 | 8-10 |
| 8-17 | 21-22 |
| 17-19 | 23-13 |
| 20-21 | 2-1 |
| 21 | 2-14 |
| 22-28 | 3-21 |
| 29-30 | 17-21 |
| 31 | 12-24 |
| 32-34 | 9-24 |
| 35-38 | 9-20 |
| 38-42 | 21-15 |
| 43-44 | 1-22 |
| 54 | 9-13 |
| 58 | 8-18 |
| 58-59 | 19-14 |
| 60-61 | 24-10 |
| 61-62 | 23-14 |
| 63-64 | 16-9 |
| 67-68 | 12-11 |
| 71 | 10-21 |
| 74-75 | 21-23 |
| 84 | 4-9 |

| Page No. | Line No. |
|---|---|
| 97-98 | 11-24 |
| 106-107 | 21-23 |
| 109-112 | 12-6 |
| 113-115 | 20-3 |
| 115-116 | 13-2 |
| 117-119 | 5-12 |
| 119-121 | 21-9 |
| 121-122 | 20-6 |
| 122-123 | 10-24 |
| 123-124 | 25-15 |
| 125-128 | 18-3 |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** <u>Nancy R. Pearson</u>
**Deposition Taken:** <u>March 25, 2005</u>

| Page No. | Line No. |
|---|---|
| 1-8 | (case caption)-22 |
| 10-12 | 19-15 |
| 14 | 4-9 |
| 17 | 6-8 |
| 19-22 | 12-11 |
| 25-26 | 14-8 |
| 27-28 | 23-19 |
| 30-35 | 15-4 |
| 36 | 11-22 |

| Page No. | Line No. |
|---|---|
| 38-39 | 1-9 |
| 40-41 | 21-8 |
| 43 | 3-17 |
| 47-48 | 20-6 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

Witness: **William Francis**
Deposition Taken: **March 2, 2005**

| Page No. | Line No. |
|----------|----------|
| 15-16    | 6-9      |
| 16-18    | 25-6     |
| 19       | 6-13     |
| 25       | 8-21     |
| 29-31    | 23-4     |
| 59-60    | 18-5     |
| 63       | 7-17     |
| 69       | 5-17     |
| 70-71    | 21-3     |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** Gerald Gagliardi
**Deposition Taken:** April 6, 2005

| Page No. | Line No. | Page No. | Line No. |
| --- | --- | --- | --- |
| 1 | All | 106-107 | 15-14 |
| 9-11 | 7-11 | 109-112 | 22-4 |
| 12-13 | 13-2 | 112 | 5-14 |
| 13 | 8-16 | 119-123 | 11-21 |
| 14-15 | 21-1 | 143-146 | 4-2 |
| 16-17 | 8-8 | 146-147 | 3-11 |
| 18-19 | 24-21 | 147-148 | 12-18 |
| 23-24 | 1-18 | 149-153 | 24-17 |
| 37-38 | 5-20 | 155-159 | 3-2 |
| 47-48 | 17-20 | 159-161 | 3-8 |
| 61 | 16-24 | 162-167 | 15-7 |
| 64-65 | 18-4 | 167 | 8-24 |
| 67-68 | 17-23 | 168-172 | 7-12 |
| 69 | 4-22 | 172-174 | 13-24 |
| 71-72 | 19-16 | 175 | 1-6 |
| 79 | 2-23 | 175-176 | 7-18 |
| 81 | 14-24 | 177-179 | 3-9 |
| 84-86 | 21-10 | 179-184 | 10-22 |
| 91-100 | 19-15 | 185-186 | 6-3 |
| 100-102 | 21-9 | 188-189 | 4-1 |
| 102-104 | 15-2 | 203-204 | 3-18 |
| 104-105 | 20-23 | 207-209 | 20-4 |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** <u>Karen Wallingford</u>
**Deposition Taken:** <u>March 22, 2005</u>

| Page No. | Line No. |
|---|---|
| 1-8 | Case caption - 6 |
| 11-13 | 12-11 |
| 15 | 7-16 |
| 20-23 | 20-15 |
| 24-25 | 23-11 |
| 26 | 9-23 |
| 27-28 | 21-2 |
| 28 | 19-25 |
| 31-32 | 3-3 |

| Page No. | Line No. |
|---|---|
| 32-33 | 6-7 |
| 33-37 | 22-2 |
| 38 | 22-25 |
| 39 | 7-18 |
| 40 | 10-18 |
| 42-43 | 10-4 |
| | |
| | |
| | |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:**              Noni Vitols
**Deposition Taken:**     March 23, 2005

| Page No. | Line No. |
|----------|----------|
| 1-6      | Caption to 15 |
| 7-10     | 10-25    |
| 14-16    | 23-2     |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** <u>**John Frasca**</u>
**Deposition Taken:** <u>**March 30, 2005**</u>

| Page No. | Line No. |
|---|---|
| 1-7 | Caption to 4 |
| 11 | 15-25 |
| 15 | 2-12 |
| 15-16 | 23-21 |
| 18-19 | 4-25 |
| 20 | 2-14 |
| 21-22 | 20-12 |
| 26-27 | 13-4 |
| 28-29 | 1-21 |

| Page No. | Line No. |
|---|---|
| 41-44; | 15-5 |
| 59-60 | 1-17 |
| 73 | 16-23 |
| | |
| | |
| | |
| | |
| | |
| | |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

Witness:              **Leon Kerkman**
Deposition Taken:     **March 25, 2005**

| Page No. | Line No. |
|---|---|
| 1-6 | Caption to 11 |
| 13 | 15-21 |
| 19 | 5-15 |
| 30-31 | 25-11 |
| 31-33 | 25-18 |
| 41-42 | 21-7 |
| 44 | 16-18 |
|  |  |
|  |  |

**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**

**Witness:** **John Alan Dugan**
**Deposition Taken:** **March 23, 2005**

| Page No. | Line No. |
|---|---|
| 1-6 | Case Caption to 4 |
| 17-22 | 21-25 |
| 27 | 4-16 |
| 33-34 | 25-16 |
| 48-49 | 11-6 |
| 50-51 | 1-11 |
| 56 | 10-18 |
| 89 | 10-20 |
| 98 | 22-25 |
| 99 | 1-14 |
| 99-100 | 17-7 |
| 103 | 14-17 |
| 103-104 | 20-1 |

| Page No. | Line No. |
|---|---|
| 115 | 4-16 |
| 116-119 | 12-25 |
| 120-122 | 15-9 |
| 122-123 | 20-3 |
| 123-124 | 9-10 |
| 129-130 | 6-6 |
| 140-141 | 22-1 |
| 133-134 | 13-9 |
| 134-136 | 10-14 |
| 140-141 | 22-13 |
| 141-142 | 15-5 |
| 142 | 7-10 |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:**            **Richard Oshlo**
**Deposition Taken:**   **March 20, 2005**

| Page No. | Line No. |
|---|---|
| 1-6 | Case Caption to 20 |
| 14-35 | 15-2 |
| 41-42 | 17-16 |
| 44-46 | 21-19 |
| 57-58 | 2-1 |
| 61-62 | 17-11 |
| 63-64 | 16-3 |
| 65-68 | 11-2 |
| 72 | 12-23 |
| 74-80 | 2-21 |
| 83 | 2-9 |
| 84-86 | 21-12 |
| 88 | 2-15 |
| 88-91 | 23-8 |
| 95-96 | 16-6 |
| 98-100 | 13-2 |
| 107-108 | 8-17 |
| 110-111 | 22-25 |
| 112 | 6-23 |
| 115-116 | 14-11 |
| 120-121 | 13-22 |

| Page No. | Line No. |
|---|---|
| 121-124 | 23-8 |
| 126 | 22-25 |
| 130 | 2-20 |
| 133-135 | 20-5 |
| 136-137 | 15-12 |
| 139-140 | 17-4 |
| 141-142 | 20-1 |
| 143-145 | 3-6 |
| 149 | 18-25 |
| 153-154 | 23-2 |
| 156-157 | 4-19 |
| 157-160 | 24-3 |
| 162 | 1-13 |
| 163-164 | 19-19 |
| 165-167 | 1-14 |
| 173-210 | 16-3 |
| 213-217 | 7-25 |
| 218-226 | 14-11 |
| 226-231 | 12-11 |
| 231-236 | 23-18 |
| 248 | 14-24 |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:**          <u>Susan Willetts</u>

| Page No. | Line No. |
|----------|----------|
| 39       | 2-8      |
| 42       | 5-7      |
| 50-51    | 22-3     |
| 52       | 5-8      |
| 65       | 7-14     |
| 69-71    | 22-24    |
| 79-85    | 18-18    |

## INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL

**Witness:** **Scott Simmilink**

| Page No. | Line No. |
|---|---|
| 1 | Caption |
| 6 | 8-10 |
| 37-38 | 18-23 |
| 39-40 | 18-1 |
| 41 | 6-12 |
| 45 | 9-25 |
| 49 | 4-6 |

<u>**INACOM : DEPOSITION TESTIMONY TO BE READ AT TRIAL**</u>

**Witness:**             <u>**Steven Gadsey**</u>
**Deposition Taken:**    <u>**August 3, 2005**</u>


**SUPPLEMENTAL DESIGNATION WILL BE SUBMITTED WHEN TRANSCRIPT IS FINALIZED.**

1. Counter Designations to any designation made by Ingram.

2. Inacom reserves the right to offer deposition testimony to rebut the testimony offered at trial by any witness called by Lexmark.

3. Inacom reserves the right to designate deposition testimony for any witness identified by Ingram herein that Ingram does not call for live testimony at trial. Plaintiff reserves the right to object to any transcript testimony under FRCP 32.