# TAB 9

## TAB 9

## DEFENDANT'S DEPOSITION TRANSCRIPT DESIGNATIONS

## AND OBJECTIONS TO PLAINTIFF'S TRANSCRIPT DESIGNATIONS

Defendant makes the following deposition transcript designations.  Defendant reserves the right to make additional designations for witnesses identified by Plaintiff as "Will Call" who do not appear for live testimony at trial.  Defendant reserves the right to make counter-designations to Plaintiff's designations, and also reserves the right to use any transcript for rebuttal, impeachment or other purposes permitted by the Federal Rules of Civil Procedure.

**JOHN ALAN DUGAN:**

| Page:Line | Page:Line |
|---|---|
| 6:7 – 10 | 76:18 – 76:19 |
| 11:22 – 12:10 | 76:22 |
| 17:21 – 21:10 | 76:24 – 78:16 |
| 22:19 – 25 | 79:5 – 8 |
| 25:22 – 26:10 | 79:10 – 11 |
| 28:14 – 29:24 | 79:13 – 16 |
| 35:16 – 36:11 | 80:15 – 22 |
| 36:23 – 24 | 81:6 – 8 |
| 37:3 – 6 | 83:2 – 84:14 |
| 38:5 – 13 | 87:11 – 20 |
| 39:2 – 40:2 | 88:5 |
| 46:20 – 48:7 | 91:22 – 25 |
| 48:11 – 18 | 92:2 – 93:9 |
| 48:24 – 49:6 | 95:9 – 96:24 |
| 57:7 – 58:1 | 105:17 – 107.16 |
| 72:3 – 20 | 115:12 – 16 |
| 73:4 – 74:21 | 118:15 – 19 |
| 75:4 – 75:13 | 118:24 – 119:20 |
| 75:16 | |

**LEON KERKMAN:**

| Page:Line | Page:Line |
|---|---|
| 6:8 – 9 | 56:5 – 19 |
| 11:7 – 18 | 57:11 – 58:8 |

| | |
|---|---|
| 12:6 – 13:21 | 60:24 – 61:3 |
| 14:16 – 16:8 | 63:25 – 64.4 |
| 30:25 – 31:16 | 64:5 – 13 |
| 48:24 – 49:9 | |

## JOHN T. FRASCA:

| Page:Line | Page:Line |
|---|---|
| 8:9 – 11 | 48:15 – 16 |
| 8:19 – 9:17 | 49:14 – 17 |
| 11:15 – 12:21 | 49:19 – 50:1 |
| 14:12 – 14 | 50:5 – 22 |
| 15:2 – 12 | 53:2 – 53:14 |
| 16:1 – 21 | 53:20 – 54:22 |
| 26:25 – 27:4 | 55:23 – 56:2 |
| 29:18 – 30:2 | 57:3 – 7 |
| 31:21 – 32:1 | 57:9 – 58:16 |
| 32:25 – 33:11 | 59:5 – 20 |
| 33:17 – 21 | 59:23 – 60:13 |
| 35:9 – 11 | 66:20 – 68:17 |
| 39:5 – 40:4 | 69:5 – 70:22 |
| 41:15 – 42:3 | 70:10 – 22 |
| 42:10 – 21 | 71:2 – 6 |
| 43:22 – 44:5 | 71:9 – 10 |
| 46:9 – 14 | 71:12 – 72:4 |
| 47:2 – 48:12 | 72:23 – 73:8 |

## NANCY PEARSON:

| Page:Line | Page:Line |
|---|---|
| 6:8 – 10 | 25:14 – 17 |
| 7:12 – 8:10 | 25:20 – 22 |
| 10:10 – 11:1 | 26:20 – 27:17 |
| 11:5 – 19 | 27:23 – 28:19 |
| 12:8 – 22 | 30:3 – 11 |
| 13:1 – 24 | 32:17 – 21 |
| 16:16 – 19:1 | 34:10 – 25 |
| 19:7 – 24 | 40:12 – 20 |
| 20:3 – 21:1 | 47:1 – 6 |
| 21:9 – 18 | 49:15 – 52:7 |
| 24:15 – 20 | 54:19 – 55:3 |
| 25:1 – 3 | |

## KAREN WALLINGFORD:

| Page:Line | Page:Line |
|---|---|
| 6:17 – 19 | 21:24 |
| 14:2 – 15:18 | 24:23 – 25:4 |
| 16:3 – 9 | 25:7 – 11 |
| 21:1 – 5 | 25:21 – 26:6 |
| 21:15 – 16 | 48:14 – 23 |
| 21:18 – 20 | |

## JAY SAMUELSON:

| Page:Line | Page:Line |
|---|---|
| 7:8 – 10 | 54:9 – 13 |
| 15:5 – 12 | 58:19 – 25 |
| 15:24 – 16:10 | 59:3 – 19 |
| 17:23 – 18:24 | 59:21 – 24 |
| 19:7 – 13 | 60:24 – 61:5 |
| 20:1 – 6 | 61:23 – 62:14 |
| 20:14 – 21 | 63:16 – 64:5 |
| 22:3 – 24:21 | 65:22 – 67:7 |
| 25:3 | 74:12 – 16 |
| 25:5 – 6 | 77:13 – 78:1 |
| 25:11 – 15 | 78:5 |
| 26:11 – 27:4 | 78:7 – 9 |
| 29:8 – 11 | 78:12 – 13 |
| 29:15 | 78:18 – 22 |
| 29:17 – 21 | 79:9 – 18 |
| 30:4 – 21 | 79:23 – 80:18 |
| 32:9 – 33:11 | 80:21 – 81:8 |
| 33:14 – 34:5 | 81:11 – 83:11 |
| 34:12 – 24 | 83:18 – 21 |
| 35:9 – 36:3 | 84:1 – 2 |
| 36:7 – 17 | 96:12 – 14 |
| 36:20 – 38:23 | 96:22 – 97:3 |
| 39:1 – 40:4 | 98:5 – 24 |
| 41:12 – 42:11 | 99:4 – 100:3 |
| 43:1 – 44:22 | 100:18 – 103:5 |
| 44:9 – 45:3 | 104:20 – 105:2 |
| 45:15 – 23 | 113:2 – 15 |
| 45:25 – 46:7 | |

## BEN K. WELLS:

| Page:Line | Page:Line |
|---|---|
| 8:3 – 6 | 61:6 – 8 |
| 11:3 – 7 | 61:14 – 22 |

| | |
|---|---|
| 11:11 – 13 | 63:4 – 13 |
| 11:18 – 13:6 | 61:14 – 22 |
| 14:2 – 15 | 63:4 – 13 |
| 49:18 – 25 | 66:13 – 67:1 |
| 50:6 – 51:5 | 67:8 – 69:10 |
| 51:11 – 52:8 | 72:20 – 73:9 |
| 52:12 – 17 | 73:10 – 25 |
| 53:1 – 25 | 74:8 – 12 |
| 54:1 – 2 | 74:15 – 25 |
| 54:21 – 55:20 | 75:9 – 15 |
| 59:11 – 12 | 76:1 – 9 |
| 59:15 – 60:8 | 76:15 – 77:3 |
| 61:6 – 8 | |

## SUSAN WILLETTS:

| Page:Line | Page:Line |
|---|---|
| 8:21 – 24 | 46:12 – 19 |
| 13:19 – 14:18 | 47:3 – 48:1 |
| 16:22 – 22:1 | 48:10 – 49:4 |
| 22:10 – 25:1 | 49:13 – 50:21 |
| 26:1 – 20 | 51:12 – 52:2 |
| 27:3 – 11 | 52:13 – 24 |
| 27:18 – 28:2 | 53:1 – 8 |
| 29:18 – 31:14 | 53:15 – 24 |
| 31:18 – 32:5 | 54:14 – 55:3 |
| 32:13 – 33:12 | 55:20 – 56:13 |
| 34:7 – 11 | 57:18 – 60:8 |
| 36:7 – 38:8 | 60:11 |
| 38:20 – 39:5 | 60:13 – 63:3 |
| 40:2 – 7 | 63:17 – 64:3 |
| 40:9 – 11 | 65:16 – 66:1 |
| 40:15 | 66:17 – 67:10 |
| 40:17 – 41:4 | 68:2 – 5 |
| 41:8 – 42:4 | 68:17 – 69:5 |
| 42:8 – 43:23 | 74:15 – 77:5 |
| 44:6 – 45:4 | |

## ROBERT M. WOOD:

| Page:Line | Page:Line |
|---|---|
| 7:2 – 5 | 78:25 – 79.14 |
| 11:12 – 25 | 80:21 – 23 |
| 12:2 – 9 | 80:25 |

| | |
|---|---|
| 12:20 – 25 | **81:2 – 3** |
| 13:2 – 12 | 81:6 – 11 |
| 13:24 – 25 | 81:24 – 25 |
| 14:3 – 17 | 82:2 – 15 |
| 14:23 – 25 | 82:19 – 22 |
| 15:2 – 14 | 82:24 – 25 |
| 15:16 – 25 | 83:2 – 6 |
| 16:2 – 4 | 83:11 – 25 |
| 16:7 – 25 | 84:2 – 6 |
| 17:2 – 5 | 84:11 – 22 |
| 20:16 – 24 | 84:24 – 25 |
| 21:2 | 85:2 – 3 |
| 21:19 – 25 | 85:5 – 25 |
| 22:2 – 6 | 86:2 – 7 |
| 22:9 – 10 | 86:9 – 14 |
| 23:2 – 4 | 86:16 – 23 |
| 23:7 – 14 | 86:25 |
| 24:24 – 25 | 87:2 – 11 |
| 25:2 – 12 | 87:13 – 88:6 |
| 25:21 – 25 | 89:19 – 25 |
| 26:2 – 6 | 90:2 – 10 |
| 29:7 – 10 | 90:14 – 25 |
| 29:14 – 25 | 91:2 – 23 |
| 30:2 – 4 | 96:8 – 25 |
| 32:2 – 25 | 97:2 – 8 |
| 33:5 – 15 | 97:10 – 15 |
| 33:18 – 24 | 97:17 – 18 |
| 34:2 – 17 | 98:18 – 23 |
| 35:7 – 19 | 98:25 |
| 45:20 – 25 | 107:22 – 25 |
| 46:2 – 12 | 108:2 – 8 |
| 46:23 – 24 | 108:21 – 25 |
| 47:2 – 13 | 109:3 |
| 47:22 – 25 | 109:18 – 20 |
| 48:2 – 6 | 109:24 – 25 |
| 48:10 – 13 | 110:2 – 9 |
| 48:17 – 23 | 110:12 – 25 |
| 50:8 – 10 | 111:2 – 5 |
| 50:17 – 25 | 111:21 – 25 |
| 51:3 – 12 | 112:2 – 14 |
| 54:12 – 25 | 112:16 – 21 |
| 55:2 – 3 | 112:23 – 25 |
| 58:7 – 18 | 113:2 – 4 |
| 59:5 – 6 | 113:6 |
| 59:8 – 9 | 129:4 – 20 |

| | |
|---|---|
| 59:15 – 22 | 129:22 – 25 |
| 60:2 – 25 | 130:2 – 6 |
| 61:2 – 4 | 130:8 – 23 |
| 61:18 – 20 | 130:25 |
| 61:23 – 25 | 131:2 – 9 |
| 62:2 – 3 | 131:11 |
| 62:11 – 25 | 137:14 – 20 |
| 63:2 | 137:22 – 25 |
| 63:18 – 25 | 138:2 – 5 |
| 64:2 – 25 | 138:20 – 25 |
| 65:2 – 4 | 139:2 – 7 |
| 65:15 – 22 | 139:9 – 21 |
| 72:23 – 25 | 139:23 – 25 |
| 73:2 – 4 | 140:2 – 14 |
| 73:6 – 10 | 140:16 – 21 |
| 73:21 – 24 | 140:24 |
| 74:2 – 10 | 141:17 – 25 |
| 75:17 – 20 | 142:2 – 3 |
| 76:23 – 25 | 142:5 – 25 |
| 77:2 – 24 | 143:2 – 4 |
| 78:2 – 17 | 143:6 – 11 |

## SCOTT SIMMELINK:

| Page:Line | Page:Line |
|---|---|
| 6:8 – 10 | 23:11 – 16 |
| 18:13 – 20 | 35:11 – 20 |
| 19:2 – 4 | 35:23 – 24 |
| 20:22 – 21:8 | |

## NONDAS (NONI) L. VITOLS:

| Page:Line | Page:Line |
|---|---|
| 6:13 – 15 | 9:15 – 10:25 |
| 7:24 – 8:7 | 12:21 – 13:7 |
| 9:1 – 11 | 13:24 – 14:3 |

## LAZARUS KRIKORIAN:

| Page:Line | Page:Line |
|---|---|
| 80:5 – 16 | |

## RICHARD C. OSHLO, JR.:

| Page:Line | Page:Line |
|---|---|

| | |
|---|---|
| 6:15 – 17 | 78:22 – 80:8 |
| 17:13 – 17 | 80:18 – 21 |
| 17:21 – 18:7 | 81:2 – 25 |
| 18:12 – 19:7 | 82:7 – 11 |
| 20:7 – 18 | 82:15 – 17 |
| 20:22 – 23 | 83:21 – 84:4 |
| 23:4 – 5 | 90:23 – 91:22 |
| 23:8 – 24:16 | 91:1 – 92:9 |
| 24:25 – 25:13 | 92:15 – 92:19 |
| 27:17 – 23 | 93:2 – 4 |
| 35:3 – 4 | 93:9 |
| 35:7 | 93:25 – 94:11 |
| 35:9 – 12 | 95:5 – 13 |
| 35:15 | 96:9 – 22 |
| 35:25 – 36:3 | 96:24 – 97:11 |
| 40:22 – 42:8 | 97:15 – 21 |
| 42:11 – 43:23 | 98:13 – 99:10 |
| 44:1 | 99:19 – 100:2 |
| 44:8 – 11 | 102:7 – 19 |
| 47:21 – 48:15 | 103:3 – 12 |
| 48:25 – 49:6 | 110:24 – 111:25 |
| 49:9 – 25 | 112:6 – 23 |
| 50:2 – 11 | 114:5 – 13 |
| 50:18 – 23 | 114:17 – 20 |
| 51:1 | 114:24 |
| 51:8 – 52:16 | 115:2 – 6 |
| 52:19 – 53:1 | 115:11 |
| 53:12 – 16 | 128:21 – 129:21 |
| 53:20 – 54:4 | 139:5 – 140:20 |
| 54:17 – 55:1 | 141:12 – 15 |
| 55:18 – 56:12 | 141:18 |
| 56:18 – 24 | 151:19 – 153:4 |
| 57:2 – 13 | 153:9 |
| 57:21 – 58:1 | 193:20 – 194:22 |
| 58:11 – 59:9 | 237:15 – 19 |
| 67:10 – 69:4 | 238:4 – 8 |
| 69:7 – 24 | 245:25 – 246:5 |
| 70:3 – 71:24 | 246:10 – 11 |
| 74:2 – 10 | 248:13 – 16 |

## WILLIAM FRANCIS:

| Page:Line | Page:Line |
|---|---|
| 7:15 – 16 | 27:4 – 28:12 |
| 9:24 – 10:5 | 29:23 – 30:4 |

| | |
|---|---|
| 10:9 – 11:11 | 30:5 – 11 |
| 11:14 – 16 | 30:16 – 19 |
| 11:24 – 12:10 | 34:25 – 35:21 |
| 12:22 – 13:11 | 39:21 – 40:13 |
| 14:6 – 12 | 40:17 – 41:23 |
| 15:6 – 16 | 44:5 – 22 |
| 15:20 – 23 | 47:23 – 48:9 |
| 16:2 – 13 | 51:5 – 14 |
| 17:1 | 52:24 – 53:3 |
| 17:6 – 21:15 | 54:21 – 25 |
| 23:11 – 24:24 | 55:5 – 8 |
| 25:14 – 23 | 56:2 – 5 |
| 26:3 – 22 | 56:8 – 23 |

### GERALD A. GAGLIARDI:

| Page:Line | Page:Line |
|---|---|
| 9:7 – 11:11 | 73:11 – 74:17 |
| 13:8 – 20 | 74:23 – 76:4 |
| 15:22 – 24 | 76:6 – 78:19 |
| 16:7 – 10 | 79:2 – 81:24 |
| 16:12 – 17:3 | 83:8 – 87:17 |
| 17:20 – 18:19 | 87:19 – 88:4 |
| 18:24 – 19:21 | 89:13 – 90:22 |
| 21:14 – 25:4 | 91:3 – 102:20 |
| 26:8 – 29:4 | 102:23 – 108:4 |
| 29:6 – 30:12 | 108:17 – 112:9 |
| 30:14 – 31:24 | 112:11 – 113:14 |
| 32:9 – 23 | 116:20 – 21 |
| 33:18 – 35:5 | 116:23 – 129:23 |
| 35:12 – 39:5 | 130:1 – 131:7 |
| 40:1 – 16 | 131:18 – 135:20 |
| 40:18 – 24 | 135:22 – 136:16 |
| 41:6 – 15 | 137:13 – 139:6 |
| 43:21 – 45:6 | 139:13 – 140:21 |
| 47:17 – 48:3 | 141:8 – 142:20 |
| 48:5 – 50:3 | 143:3 – 147:11 |
| 52:6 – 54:10 | 148:19 – 155:17 |
| 54:12 – 19 | 156:13 – 161:14 |
| 54:21 – 55:11 | 161:24 – 162:10 |
| 55:14 – 57:9 | 181:5 – 184:12 |
| 57:20 – 58:19 | 185:6 – 188:6 |
| 58:21 | 189:13 – 190:4 |
| 60:10 – 61:7 | 190:23 – 191:7 |
| 62:1 – 11 | 195:14 – 196:16 |

| | | |
|---|---|---|
| 62:13 – 64:1 | | 196:18 – 197:4 |
| 64:3 – 65:4 | | 207:20 – 209:4 |
| 67:4 – 71:9 | | 210:8 – 16 |
| 71:11 – 73:4 | | |

**TAB 9 (cont.)**

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS**

1. Defendant objects to Plaintiff's designation of any deposition transcript for any witness that Plaintiff has designated as "Will Call," and which Plaintiff has therefore represented will be available to provide live testimony during trial. *See* Fed. R. Civ. P. 32 (a).

2. Defendant reasserts any and all objections raised by counsel for Ingram Entertainment, Lexmark International, Tech Data Corporation, Dell, Inc., or any other defendant, on the record and in response to a question asked by Plaintiff's counsel.

3. Defendant objects to the designation of any portion of a transcript that includes an objection or colloquy by Plaintiff's counsel in response to a question asked by counsel for Ingram Entertainment, Lexmark International, Tech Data Corporation, Dell, Inc., or any other defendant, when Plaintiff has itself now designated the question and witness's testimony. For example, in several instances, Plaintiff has designated testimony from a witness in response to a question asked by Defendant's counsel. During the deposition, Plaintiff's counsel interposed an objection or made a statement on the record in response to that question. Yet, Plaintiff now designates the question and answer for reading into evidence. By designating these questions and answers, Plaintiff has waived the previous objections, which should not be read into evidence along with the testimony. *See, e.g.*, Plaintiff's designation of waived objections in portions of the Samuelson transcript at 24:22 – 25:2; 25:7 – 25:10; 32:14-18; 33:12; 37:18-19; 42:12-15; 67:17-18; 68:3-5; and 75:6-8.

4. Defendant retains the right to require Plaintiff to offer into evidence any part of any transcript designated by Plaintiff which ought in fairness be considered by the trier of fact. Defendant further retains the right to offer any other part of any transcript designated by Plaintiff. Fed. R. Civ. P. 32(a)(4).

5. Defendant reserves the right to object at the trial or hearing to the receipt in evidence of any deposition or part thereof for any reason which would require the exclusion of the evidence if the witness were then present and testifying. Fed. R. Civ. P. 32(b).