# TAB 11

## TAB 11

## DEFENDANT'S MOTIONS *IN LIMINE*

Defendant will file the following motions *in limine* concurrently with the filing of this pretrial order:

1. DEFENDANT'S MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF STUART A. GOLLIN;

2. DEFENDANT INGRAM ENTERTAINMENT INC.'S MOTION IN AID OF LITIGANT'S RIGHTS SEEKING REMEDIES FOR PLAINTIFF INACOM CORPORATION'S LATE PRODUCTION OF CERTAIN DISCOVERY MATERIALS, AND

3. DEFENDANT'S MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF DEAN VOMERO

4. DEFENDANT RESERVES THE RIGHT TO SUPPLEMENT THESE MOTIONS OR FILE ADDITIONAL MOTIONS BASED ON FURTHER DISCOVERY OR ISSUES ARISING PRIOR TO THE TIME OF TRIAL.