## EXHIBIT A

| Check Date | Check Rcv'd | Check Cleared | Check Amt | Check No. |
|---|---|---|---|---|
| 2/3/00 | 3/23/00 | 3/28/00 | $243,760.00 | 708215 |
| 2/8/00 | 3/24/00 | 3/28/00 | $460,445.00 | 709379 |
| 2/10/00 | 4/04/00 | 4/6/00 | $392,616.00 | 710368 |
| | | **TOTAL** | **$1,096,821.00** | |