# Exhibit A

# EXHIBIT "A"

Motions in limine filed by Plaintiff in connection with the parties' Pretrial Order:

1. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CUMULATIVE EXPERT TESTIMONY RE INSOLVENCY

2. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE WITNESSES NOT PREVIOUSLY DISCLOSED OR IDENTIFIED IN DISCOVERY RESPONSES

3. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF STEVEN GADSEY AT TIME OF TRIAL

4. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY FROM PERSONS OTHER THAN THE PERSON DESIGNATED BY DEFENDANT AS MOST KNOWLEDGEABLE