# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>INACOM CORP, *et al.*, )<br>)<br>    Debtors. )<br>)<br>_____ )<br>)<br>INACOM CORP., on behalf of all affiliated )<br>Debtors, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>INGRAM ENTERTAINMENT, INC., as )<br>successor in interest to NASHVILLE )<br>COMPUTER LIQUIDATORS, )<br>)<br>    Defendant. )<br>_____ ) | Bankruptcy No. 00-2426 (PJW)<br><br><br><br><br><br>Civil Action No. 04-593 GMS |

### DEFENDANT INGRAM ENTERTAINMENT INC.'S EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable to this adversary proceeding by Bankruptcy Rule 7026, defendant Ingram Entertainment Inc. makes the following expert witness disclosures:

    1.    Richard A. Whalen, Managing Director, Duff & Phelps, LLC, 311 S. Wacker Drive, Chicago, IL 60606, (312) 687-4600; and Jason F. Fensterstock, Founder, Sasco Hill Advisors, Inc., 10 West Street -- Apt. 34E, New York, NY 10004, (212) 349-0080. The information required to be disclosed under Rule 26 is attached hereto as Exhibit A.

    2.    Steve Gadsey, Ingram Entertainment Inc. Mr. Gadsey will testify about the ordinary business terms in the relevant industry. Mr. Gadsey has not been retained or specially employed to provide expert testimony in this case, nor is he regularly involved in providing expert testimony. As such, no written report pursuant to Federal Rule of Civil

RECEIVED
MAY 0 3 2005
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub

procedure 26(a)(2)(B) will be provided.

3.  Any and all expert witnesses disclosed by the other parties in this or the other actions commenced by the Plaintiff and pending before the Court on the same discovery schedule (the "Related Actions") and any and all persons who qualify as an expert witness and whose depositions have been taken or will be taken in this or the Related Actions.

DATED: May 2, 2005.

By: *[signature]*

Jonathan P. Hersey
(CA Bar No. 189240 - not admitted in Delaware)
BINGHAM McCUTCHEN LLP
600 Anton Blvd., 18th Floor
Costa Mesa, California  92626
Tel.: (714) 830-0600
Fax: (714) 830-0700

- and -

Thomas G. Macauley (ID No. 3411)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware  19899-1028
Tel.: (302) 427-0400
Fax: (302) 427-8242

Attorneys for Defendant
INGRAM ENTERTAINMENT INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, L.P.