IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                    Plaintiff,<br>v.<br><br>INGRAM ENTERTAINMENT, INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS,<br>                    Defendant. | Civil Action No. 04-593 GMS<br><br>Adversary Case No. 02-3960 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW)<br><br>**[MOTION IN LIMINE NO. 3 OF 4]** |

### DECLARATION OF JEFFREY P. NOLAN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF STEPHEN GADSEY AT TIME OF TRIAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

I, Jeffrey P. Nolan, declare:

1.      The matters stated herein are based on my own personal knowledge, and if called, I could and would competently testify thereto.

2.      I am an attorney licensed to practice before all of the courts of the State of California and am admitted to practice pro hac vice in the United States Bankruptcy Court for the District of Delaware  I am of counsel to Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., attorneys for plaintiff Inacom Corporation. I make this declaration in support of Plaintiff's Motion In Limine To Exclude The Expert Testimony Of Stephen Gadsey At Time Of Trial.

3.      Attached as Exhibit A is a true and correct copy of Ingram's Expert Disclosure which was served on this law firm during the course of the litigation.

4.	Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts from the Deposition of Stephen Gadsey taken in the instant case by the undersigned on August 3, 2005. Mr. Gadsey testified that he was prepared to give his final opinions and conclusions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2005, at Los Angeles, California.

_____
Jeffrey P. Nolan