## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 15th day of August 2005, I

caused a true and correct copy of the foregoing *Plaintiff's Motion In Limine To Exclude*

*Testimony From Persons Other Than The Person Designated By Defendant As Most*

*Knowledgeable* to be served on the individual(s) listed on the attached service list in the manner

indicated herein.

Sandra G. McLamb (Bar No. 4283)

42125-003\DOCS_DE:110830.1

**InaCom Corp. v. Ingram Entertainment Inc.**
Civil Action No. 04-593 GMS
Document No. 110830
01 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE  19801

**First Class Mail**
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626

42125-003\DOCS_DE:110830.1