IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>Plaintiff,<br>v.<br><br>INGRAM ENTERTAINMENT, INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS,<br>Defendant. | Civil Action No. 04-593 GMS<br><br>Adversary Case No. 02-3960 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW)<br><br>[MOTION IN LIMINE NO. 4 OF 4] |

### DECLARATION OF JEFFREY P. NOLAN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY FROM PERSONS OTHER THAN THE PERSON DESIGNATED BY DEFENDANT AS MOST KNOWLEDGEABLE ON THE TOPIC

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

I, Jeffrey P. Nolan, declare:

1. The matters stated herein are based on my own personal knowledge, and if called, I could and would competently testify thereto.

2. I am an attorney licensed to practice before all of the courts of the State of California and am admitted to practice pro hac vice in the United States Bankruptcy Court for the District of Delaware I am of counsel to Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., attorneys for plaintiff Inacom Corporation. I make this declaration in support of Plaintiff's Motion In Limine To Exclude Testimony From Persons Other Than The Person Designated By Defendant As Most Knowledgeable On The Topic.

3. Attached hereto as Exhibit A is a true and correct copy of the Notice of Deposition of the Person Most Knowledgeable dated January 7, 2005 and the Continuance of Notice of Deposition of Person Most Knowledgeable.

4. Attached hereto as Exhibit B are true and correct copies of portions of the Deposition of Steven Gadsey taken on August 3, 2005. Plaintiff attaches a draft copy of the Deposition of Mr. Gadsey as the final version has not been received from the court reporter as of this date. The deposition was taken on August 3, 2005.

5. In this adversary, Ingram designated Steven Gadsey as the Person Most Knowledgeable. There were no other substantive discussions raised by Ingram as to any other individual who could testify on the categories outlined in the Notice of Deposition of Person Most Knowledgeable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1£, 2005, at Los Angeles, California.

Jeffrey P. Nolan