## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2005, a copy of the foregoing was served on the following parties by first class mail, postage prepaid:

Laura Davis Jones, Esquire
Sandra McLamb, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19801

Andrew W. Caine, Esquire
Jeffrey P. Nolan, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

*Elizabeth D. Power*
Elizabeth D. Power (ID No. 4135)