IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INACOM CORP., *et al.*,<br><br>        Debtors.<br><br>INACOM CORP., on behalf of all affiliated Debtors,<br><br>        Plaintiffs,<br><br>v.<br><br>INGRAM ENTERTAINMENT INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, L.P.,<br><br>        Defendant. | Civil Action No. 04-593 (GMS) |

### DECLARATION OF JONATHAN P. HERSEY IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE ALLEGEDLY CUMULATIVE EXPERT TESTIMONY RE SOLVENCY

I, Jonathan P. Hersey, declare:

1. The matters stated herein are based on my personal knowledge, and if called as a witness, I could and would testify competently to them.

2. I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendant Ingram Entertainment Inc. ("Ingram") in this action. I am licensed to practice before all courts of the State of California, and am also admitted to practice *pro hac vice* in the United States District Court for the District of Delaware. I make this declaration in support of Ingram's Response in Opposition to Plaintiff's Motion In Limine No. 1 to Exclude Allegedly Cumulative Expert Testimony Re Solvency.

3. Attached hereto as Exhibit "A" are true and correct copies of the May 2, 2005 Valuation Analysis by Duff & Phelps, LLC and Sasco Hill Advisors, Inc., and the June 21, 2005 Supplemental Report by these experts.

4. Attached hereto as Exhibit "B" is a true and correct copy of excerpts of the transcript of the deposition of Jason Fensterstock, which I attended on July 28, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August, 2005, at Costa Mesa, California.

_____
Jonathan P. Hersey