# EXHIBIT A

**MAY 2, 2005**

DUFF & PHELPS, LLC /

SASCO HILL ADVISORS, INC.

# Inacom Corp.

## Valuation Analysis

EXHIBIT

Plf's 1

7/28/05 Rptr

CRI (212) 986-1344

*The information contained herein is of a confidential nature and is intended for the exclusive use of the persons or firm to whom it is furnished by us. Reproduction, publication, or dissemination of portions hereof may not be made without prior approval of Duff & Phelps, LLC and Sasco Hill Advisors, Inc.*

# Table of Contents

I. Executive Summary

II. Business and Financial Overview

III. Industry Overview

IV. Valuation Analysis

V. Benchmarking Analysis – Balance Sheet Review and Valuation

VI. Sources

VII. Compensation

**Appendices**

A. Historical Financial Performance

B. Discounted Cash Flow Analysis

C. Comparable Company Analysis

D. Inacom Corp.'s Service Business and Comparable Company Descriptions

E. Benchmarking Study

F. March 25, 2000 and April 22, 2000 Inacom Corp. Balance Sheets

# *I. Executive Summary*

## Engagement Overview

- Duff & Phelps, LLC and Sasco Hill Advisors, Inc. have been retained (a) by certain defendants in a preference avoidance litigation (the "Parties") brought by Inacom Corp. ("Inacom" or the "Company") which litigation seeks the return of certain payments (the "Payments") made to the Parties during March and April of 2000 and (b) to:

  (i) provide a business valuation of Inacom as of a date (the "Valuation Date") subsequent to the last date on which the payments were made by Inacom to the Parties;

  (ii) provide a fair valuation of the assets and liabilities of Inacom as of the Valuation Date, with a view to determining whether the value of Inacom's assets exceeded its liabilities as of the Valuation Date;

  (iii) determine whether the value of Inacom's assets exceeded its liabilities as of March 25, 2000; and

  (iv) determine whether the value of Inacom's assets exceeded its liabilities throughout the period from March 18, 2000 through and including the "Valuation Date" (the "Period Reviewed").

- We use the April 22, 2000 balance sheet of Inacom, which date has been chosen as the Valuation Date. The circumstances surrounding Inacom as of April 17, 2000 provide the bases for our analysis except that we have included all assets and liabilities as set forth on the April 22, 2000 balance sheet or reasonably estimable on April 22, 2000, and we have based our market analyses on information available as of April 22, 2000. Developments with respect to Inacom otherwise not known or reasonably foreseeable at April 17, 2000 (other than the income statement for the four-week period ending April 22, 2000 and certain issues related thereto) are not incorporated into this analysis.,

- Previously, Duff & Phelps, LLC and Sasco Hill Advisors, Inc. were retained by the Parties, as consulting experts, to assist with their analyses regarding the strength of their solvency defense in the above referenced preference litigation.

# I. *Executive Summary*

**Summary Conclusions**

- It is our opinion that the aggregate equity value of Inacom Corp. on April 22, 2000 was approximately $250 million.

| Inacom Corp. Aggregate Equity Value as of April 22, 2000 ($ in thousands) | | | |
|---|---|---|---|
| | **Low** | **Mid** | **High** |
| **Enterprise Value Conclusion** | $520,000 | $570,000 | $620,000 |
| Plus: Excess Cash | - | - | - |
| Plus: Non-operating Assets[1] | $120,000 | $120,000 | $120,000 |
| Less: Outstanding Debt[2] | (440,046) | (440,046) | (440,046) |
| Aggregate Equity Value on a Marketable, Controlling Basis | 199,954 | 249,954 | 299,954 |

[1]Non-operating assets as of April 22, 2000 include value of receivabbs related to business sold to Compaq.

[2]Outstanding debt as of April 22, 2000 includes: bank debt: $110 million; convertible debt: $195 million; adjustments to convertible debt: $16 million; overpayment received: $42 million; and, misdirected payments: $77 million.

# I. *Executive Summary*

**Summary Conclusions (continued)**

- Based upon our valuation of the aggregate equity of Inacom on April 22, 2000 and the following, it is our opinion that the value of Inacom's assets exceeded its liabilities as of March 25, 2000:
  - As of March 25, 2000, Inacom's Current Assets of $553.1 million were $140.4 million higher than its Current Assets of $412.7 million as of April 22, 2000 and there was no material change in the long term assets of the Company during the period.
  - As of March 25, 2000, Inacom's Total Liabilities of $923.9 million were $135.5 million higher than its Total Liabilities (as adjusted) of $788.4 million as of April 22, 2000.
  - The stock prices of the companies reviewed in our comparable company analysis generally declined from March 25, 2000 to April 22, 2000 which decline effected a lower enterprise value for such companies as of April 22, 2000 as compared to the earlier date. This would suggest a higher comparable company valuation, assuming no other material changes, as of March 25, 2000.
  - The transaction analysis provided herein would be applicable to both dates.
- Based upon our valuation of the aggregate equity of Inacom on April 22, 2000, the foregoing opinion related to March 25, 2000, and the fact that nothing has come to our attention during the course of our review of materials related to the Period Reviewed that would lead us to a contrary view, it is our opinion that the value of Inacom's assets exceeded its liabilities throughout the Period Reviewed. It should be noted, however, that we have not been able to review any balance sheets or other financial statements for Inacom for any date or period during the Period Reviewed other than those for March 25, 2000 and April 22, 2000.

# *II. Business and Financial Overview*

**Business Overview of Inacom Corp.**

- Established as a division of Valmont Industries, Inc. in 1982.
  - Completed an IPO in 1987 and changed its name to Inacom Corp. in 1991.
  - Inacom provided solutions to improve the productivity of its clients' information systems.

- Key elements of the Company's strategy were:
  - Leverage client relationships to continue expanding higher-margin services revenues.
  - Capitalize on client trends of outsourcing services.
  - Expand offerings and geographic coverage through strategic services.
  - Capitalize on the convergence of data and voice communication.

- The Company maintained its principal executive and administrative offices in Omaha, Nebraska.

Source: Inacom Corp. December 26, 1998 10-K

# *II. Business and Financial Overview*

**Product Overview**

- **Integrated Life Cycle Services** – helped clients optimize their information technology:
  - Technology Planning – involved assisting clients in designing and developing standardized technology platforms.
  - Technology Procurement – involved coordinating the technology purchase process, requisitioning technology products, processing, tracking and reporting on the status of orders, customizing hardware and software configurations, providing direct deployment to clients' desktops, and tracking shipments.
  - Technology Integration – provided services to assist clients in obtaining technology that achieves the clients' business goals.
  - Technology Support – provided ongoing support for distributed technology systems.
  - Technology Management – assessed the current state and future needs of clients' distributed technology network to maximize the value of each client's investment in its networked systems.

- **Technology Products**:
  - Desktops, laptops, servers, monitors, printers, operating systems software, phone systems, voice mail processing, data network equipment, multiple small office and home office offerings and maintenance.

Source: Inacom Corp. December 26, 1998 10-K

# *II. Business and Financial Overview*

**Sale of Distribution Business to Compaq**

- On February 15, 2000, Inacom completed the sale of certain assets of its product customization and logistics operations to Compaq Computer Corporation for $369.5 million in cash, subject to certain pre-closing adjustments.
- In connection with the sale, Compaq entered into multi-year contracts with Inacom, including:
  - Three-year, $420 million – 2000: $85 million; 2001: $140 million; 2002: $195 million – Sales, Service and Supply Agreement through December 2002 (approximately 14% of projected sales through 2002).
  - $55 million Subordinated Secured Revolving Credit maturing September 30, 2001, with EBITDA Covenant levels.
  - Separation and Sharing Agreement concerning technology infrastructure and administrative services, personnel, and assets over periods up to one year from closing.
- Post-transaction, Inacom intended to become a provider of IT services, with hardware and software product offerings accounting for an extremely small portion of revenues.

Source: Documents 00160 and 00161 (from Inacom 8-K dated March 2, 2000) and document 00753 (Services Supply and Sales Agreement dates as of February 2000 between Compaq Computer Corporation and Inacom)

# *II. Business and Financial Overview*

**INACOM CORP.**
**Historical Revenues (in millions) & Margins**

| | Fiscal Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 1996 | 1997 | 1998 | 1999 | 3-yr CAGR* |
| Product Revenues | $4,810 | $5,994 | $6,019 | $5,086 | 2% |
| Service Revenues | 507 | 742 | 869 | 816 | 17% |
| Total Revenues | 5,317 | 6,736 | 6,888 | 5,902 | 4% |
| Product Gross Margin | 7.5% | 7.3% | 6.7% | 4.3% | 6% |
| **Service Gross Margin** | **40.4%** | **42.0%** | **39.5%** | **31.4%** | **38%** |
| Total Gross Margin | 10.6% | 11.2% | 10.8% | 8.0% | 10% |

* Gross Margins show three year averages
Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390, ICN 05391

❖ Analysis of Revenues

- Prior to the sale to Compaq, 90% of Inacom's revenues were derived from products.
- During the historical period studied, service revenues grew faster than product revenues, reflecting the divergence of the two markets.
- As shown, Inacom's service gross margins far exceeded its product gross margins, which was normal for the Information Technology (IT) industry.

# II. Business and Financial Overview




Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390. ICN 05391

- Analysis of quarterly service gross margins
  - As shown, service gross margins historically averaged approximately 40%.

# II. Business and Financial Overview

**INACOM CORP.**
**Historical Profitability (in millions)**

| | Fiscal Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 1996 | 1997 | 1998 | 1999 | 3-yr Average |
| EBITDA | $ 158 | $ 239 | $ 176 | $ (188) | |
| *EBITDA Margin* | *2.6%* | *3.3%* | *2.1%* | *-7.8%* | *0.1%* |
| EBIT | $ 119 | $ 180 | $ 98 | $ (270) | |
| *EBIT Margin* | *2.2%* | *2.8%* | *1.4%* | *-7.8%* | *-0.3%* |

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390, ICN 05391
Depreciation amount used for EBITDA calculation obtained from HL Document: 1251, pp. 111+.

❖ Margin Analysis

- The table above includes historical data on Inacom's business, which includes both products and services. The company did not report EBITDA margins by business line (products and services).
- EBITDA margins averaged 2.7% prior to 1999.
- The Company's divestiture of its low margin products business was intended to (1) increase EBITDA margins to 9.0+% and (2) capture increased growth in service revenues per year of approximately 8% to 10%.

# *III. Industry Overview*

## Increased IT Consulting Spending

- Companies in most industries were shifting their focus towards the Internet in the period studied. With the Internet changing the way business was conducted, companies were increasingly turning to Information Technology services to gain a competitive advantage or simply to keep up with the competition.

    - According to Dataquest, worldwide spending on Information Technology totaled $246.7 billion in 1998 and rose 17% to $288.8 billion in 1999.

    - Growth was projected to continue at an annual pace of approximately 18% from 1999's projections of $288.8 billion, reaching $553.5 billion by 2003.



**Information Technology Spending Worldwide**
**(millions of dollars)**




Source: Dataquest

## III. Industry Overview

**Y2K**

- For several years prior to 2000, experts in the computer industry were largely preoccupied with addressing the Year 2000 (Y2K) problem.
  - The Y2K issue was a software problem: some computers read the year 2000 as 1900 because their interior software recognized only the last two digits of the year.
  - Most firms did not have the resources to address this problem and hired outside consultants and technicians to fix the problem.
- Gartner Group, a well-respected IT consulting firm, estimated that worldwide repair bills were in the $300 billion to $600 billion range. This figure only included repair costs. Software Productivity Research estimated total costs, including repair, damage, and litigation costs, to exceed $3.6 trillion between 1994 and 2005.
  - The biggest risk for computer services companies at the time came from Y2K related lawsuits.
  - Lloyd's of London estimated that such lawsuits would total more than $1 trillion in the United States alone.

# *III. Industry Overview*

**IT Industry Trends**

- **Back Office Automation** – Enterprise Resource Planning (ERP) refers to the high-end enterprise software applications that automate back-office business processes to help manage a corporation's day-to-day operations. The ERP software market and the ERP related service market, which help purchasers of ERP software with integration and training, were large and growing rapidly.

- **Front Office Focus** – This market included software that automates sales, marketing, call center, field service operations, and supply chain management. Again, the IT industry had capitalized on the service industry associated with this software.

- **Sophisticated Software** – Advancement in technology had brought with it more high-tech software that was sometimes too complicated for a normal business and employees to use. IT firms helped users to determine which software was best to use for their specific needs and trained them to use the software.

- **Systems Integration** – An increasing number of hardware and software firms were offering assistance in integrating their products with the client's network. This allowed these firms to gain a revenue stream over the life of their product, instead of only at the initial sale. As technology became more advanced, end users' reliance upon integration services continued to increase and the software and hardware providers capitalized on this trend.

Source: Standard & Poor's, "Industry Survey – Computers: Commercial Services, December 16, 1999"

# *IV. Valuation Analysis*

**Valuation Standard**

- We have defined fair market value as the price at which an asset would change hands between a willing buyer and a willing seller where the former is under no compulsion to buy and the latter is under no compulsion to sell, and both parties are able as well as willing to trade and are well informed about the asset and the market for such asset and, given the nature of the asset, a reasonable amount of time in which to effect such transaction.

- The fair market value of a specific security may be different depending on the investor group and the circumstances for which the fair market value is to be determined. The differences in the levels of value primarily reflect differences in the relative control rights and liquidity of the investment being valued. The following are typical levels of value.



# *IV. Valuation Analysis*

**Valuation Standard (continued)**

- We have determined that as of the Valuation Date, Inacom was a going concern.
- A going concern control value reflects the economic value of owning control of a company. A strategic buyer will likely pay the highest value for a company because it may receive the benefit of financial and operational synergies such as increasing revenues, cross-selling opportunities, and leverage of overhead expenses. Premiums paid for companies due to such perceived benefits depend on the specifics of each potential buyer.
- A marketable minority interest value reflects the economic value of a marketable minority interest block of stock ("as publicly traded value").
- A non-marketable minority interest value reflects the application of discount for lack of marketability associated with owning a minority interest block of stock in an illiquid security or a private company without put rights.
- We have determined the fair market value of the aggregate equity on a controlling, marketable interest basis.
- For purposes of our analysis, we have assumed a change of control, and attributed no value to the Company's significant tax attributes, including Net Operating Loss Carry forwards ("NOLs"). Accordingly, the valuation excludes the related additional value.

# *IV. Valuation Analysis*

**Valuation Considerations**

- There are many factors that must be considered in the estimation of fair market value. These include:
  - The size and growth potential of the markets for the company's products or services;
  - The breadth of products or services offered, as well as the diversity and stability of the company's earnings base;
  - The cost and availability of equipment, labor, and other factors critical to the operation of the business;
  - The effect of government regulation on firm revenues, net income, and expenditure plans;
  - The quality and depth of management, including management's ability to maintain or improve the company's competitive position;
  - The quality and efficiency of facilities;
  - The firm's financial condition and ability to handle ongoing capital requirements;
  - The dividend-paying ability of the company; and
  - The overall condition of the economy, the industry, and the securities markets, including the general regard investors hold for the company's industry as an investment medium.
- In summary, estimation of fair market value is a matter of judgment, giving consideration to all relevant qualitative and quantitative factors. In the final analysis, all these factors relate to the company's underlying earnings and cash flow. Investors will discount or capitalize such earnings and cash flow at a rate that reflects the degree of risk or uncertainty in comparison with alternative investment opportunities.

# *IV. Valuation Analysis*

**Primary Valuation Methodologies**

- We performed several generally accepted financial, analytic, and comparative analyses, the results of which were considered as a whole. These analyses included:
- Discounted Cash Flow ("DCF") Analysis
  - Forecast reasonable estimates of revenues, earnings, working capital requirements, and capital expenditure needs.
  - Determine free cash flows ("FCFs") – cash available to invest in the business, service debt, or distribute to shareholders.
  - Determine continuing value – an estimation of the value of the business at the end of the projection period.
  - Discount FCFs and continuing value to the present using an appropriate weighted average cost of capital ("WACC").
  - Resulting value represents the enterprise value of the Company on a control basis. Projections reflect a cost structure that could be established and monetized by a control buyer.
  - Determine equity value by subtracting funded forms of non-equity capital, such as debt, adding non-operating assets, and making other appropriate adjustments to consider other non-operating items, such as contingent liabilities.

# *IV. Valuation Analysis*

**Primary Valuation Methodologies (continued)**

- Comparable Company Analysis
  - Assess the attractiveness of the Company as an investment relative to a group of similar, publicly traded companies.
  - Analyze publicly traded companies deemed comparable, in whole or in part, to the Company.
  - Compare size, growth, profitability margins, volatility, and business mix of the Company to the selected comparable companies.
  - Determine an appropriate range of valuation ratios for the Company based on our qualitative and quantitative assessment of the Company and the public companies.
  - Valuation multiples derived from publicly traded stocks are used in the comparable company analysis and reflect a marketable minority interest value. The multiples used in our analysis include an enterprise value multiple of the last 12 months' revenues, gross profit, and projected EBITDA.
  - An enterprise value multiple for the latest 12 months' gross profit was included. Inacom reported historical EBITDA on an aggregate basis for its two business lines – products and services. Inacom's historical financial statements do not provide historical EBITDA for its service business alone, which was the remaining business after the sale of certain assets of its product customization and logistics operations to Compaq Computer Corporation on February 15, 2000. The company did, however, report historical gross margins for its service and product businesses.