## IV. *Valuation Analysis*

**Primary Valuation Methodologies (continued)**

❖ Comparable Transactions Analysis

- Assess the attractiveness of the Company as an investment relative to recent acquisitions of similar companies.
- Compare size, growth, profitability margins, volatility, and business mix of the Company to the acquired companies.
- Determine an appropriate range of valuation ratios for the Company based on our qualitative and quantitative assessment of the Company and the acquired companies.
- Valuation multiples derived from M&A transactions reflect a control value.

## IV. Valuation Analysis

**Discounted Cash Flow Analysis**

❖ To estimate the value of the Company, we conducted a 10-year DCF analysis based on the Company's historical performance and revenue projections for 2000 through 2003, which were extrapolated to 2009.

❖ While Inacom reported historical gross margins for its service and product line businesses, it reported historical selling, general and administrative expenses on an aggregate basis. As a result, Inacom's financial statements do not provide a clear basis for projecting long-term EBITDA margins for its service business, which was the remaining business after the sale of certain assets of its product customization and logistics operations to Compaq Computer Corporation on February 15, 2000. In order to determine reasonable projections for long-term sustainable EBITDA margins, we analyzed historical gross margins for the service business, gross and EBITDA margins for the comparable companies, and gross and EBITDA margins for the projections provided by the Company. We determined gross margins of 33.1% in 2000 and 34.5% thereafter. We determined EBITDA margins of 1.2% in 2000, 9.0% in 2001, 10.2% in 2002, and 11.3% thereafter. We believe the Company's projections were reasonable based upon, among other items, its detailed SG&A cost reduction program, and our comparable company analysis.

❖ Historically, Inacom reported its working capital and capital expenditures accounts in the aggregate for both its product and service businesses. Accordingly, after the sale of the product business to Compaq, our analysis required estimation of these accounts as they applied to the remaining service business. Assumptions regarding working capital requirements and capital expenditures were based on reviewing financial information from our group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million, as well as the Company's projections.

## IV. *Valuation Analysis*

**Discounted Cash Flow Analysis (continued)**

❖ In the final year of the projections, we assume that the Company will continue to grow after-tax operating profit at a constant rate of 3%. The 3% was used beginning in the seventh year of the projections (2006). In addition, the new investment required to produce this growth is projected to earn a constant rate of return. These assumptions, combined with the discount rate assumption described below, produce a mathematical formula that estimates the "terminal value" of a company at the end of the projection period. This terminal value is equivalent to the present value of all cash flows after the projection period. This approach is conservative since the terminal value calculated in the DCF using the method just described results in an approximate value determined by using an EBITDA terminal multiple of 4x; this is significantly below the median and mean LTM EBITDA multiples of the comparable company group.

❖ Based on the yields available on financial instruments at the Valuation Date, the risk level of equity investments in general, and the specific operating risks associated with Inacom, it is our opinion that the appropriate weighted average cost of capital to use for the projected cash flows of Inacom was 14.5%. This weighted average cost of capital estimate assumes a debt-to-total-capitalization ratio of 15%, a cost of equity of approximately 16%, and an after-tax cost of debt capital of approximately 5%.

- In estimating the cost of equity, we employed the capital asset pricing model (CAPM), with a further risk premium added to the cost of equity indicated by CAPM. In estimating the Company's cost of equity, we considered market data concerning the companies used in the comparable company analysis.

## IV. Valuation Analysis

### Discounted Cash Flow Analysis (continued)

- In estimating the cost of debt, we assumed a debt-to-total-capitalization ratio of 15%, which was based on a review of the capital structures of the companies selected in our comparable company analysis and three industry categories (Computer Integrated Systems Design – SIC 7373; Computer Programming Services – SIC 7371; and Computer Programming, Data Processing, and Other Computer Services – SIC 737) from the "Cost of Capital 2000 Yearbook", published by Ibbotson Associates. A description of each of these companies is contained in Appendix D.

❖ Details of the the discounted cash flow analyses are shown in Appendix B.

## IV. *Valuation Analysis*

### Discounted Cash Flow Analysis: Enterprise Value Conclusions

**Inacom Corp.**
**Discounted Cash Flow Analysis**
*($ in millions)*

|  | P2000[1] | P2001 | P2002 | P2003 | P2004 | P2005 | P2009 | CAGR[2] |
|---|---|---|---|---|---|---|---|---|
| Revenue | $663 | $1,089 | $1,198 | $1,318 | $1,417 | $1,487 | $1,674 | 12.3% |
| *Growth* | NA | NA | 10.0% | 10.0% | 7.5% | 5.0% | 3.0% | |
| EBITDA | 8 | 98 | 122 | 149 | 160 | 168 | 189 | 8.6% |
| *EBITDA Margin* | 1.2% | 9.0% | 10.2% | 11.3% | 11.3% | 11.3% | 11.3% | |
| Earnings Before Interest and Taxes | ($13) | $68 | $88 | $111 | $123 | $128 | $141 | |
| Taxes 40.0% | 0 | 27 | 35 | 45 | 49 | 51 | 57 | |
| Net Operating Profit After Tax | (13) | 41 | 53 | 67 | 74 | 77 | 85 | |
| Plus: Depreciation | 21 | 30 | 34 | 38 | 37 | 40 | 48 | |
| Less: Capital Expenditures | 14 | 27 | 35 | 40 | 42 | 45 | 51 | |
| Less: Increase (Decrease) in Working Capital | (168) | 15 | 0 | 0 | 3 | 2 | 1 | |
| Free Cash Flow | 162 | 29 | 52 | 64 | 66 | 70 | 80 | |
| Weighted Average Cost of Capital | 15.5% | 14.5% | 13.5% | | | | | |
| **Enterprise Value** | **$485** | **$528** | **$580** | | | | | |
| LTM Revenues[3] | 816 | 816 | 816 | | | | | |
| *Implied Revenue Multiple* | 0.59x | 0.65x | 0.71x | | | | | |

[1] *Projected results for the period of April 23, 2000, to December 31, 2000.*
[2] *EBITDA CAGR based on eight-year growth from 2001 to 2009.*
[3] *LTM Revenues consist of service revenues for Inacom for the fiscal year 1999. Amount based on unaudited financial statements for the 12-month period of January 1, 1999, to December 31, 1999.*

❖ The discounted cash flow analysis indicates an enterprise value range of $485 million to $580 million.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

24

## *IV. Valuation Analysis*

**Comparable Company Analysis**

❖ Comparable company analysis assesses the attractiveness of the subject company as an investment relative to a group of similar, publicly traded companies, and compares valuation ratios to the subject company based on this assessment and an analysis of the valuation ratios of the comparable group. Our qualitative and quantitative assessment of the subject company and the comparable group includes historical financial performance, expected future performance, and other investment considerations such as size and specific business risks.

❖ While it is very rare to find a public company that is exactly similar to the subject company, valuation practitioners can usually select a group, or several groups, of public companies that share similar business risks and opportunities. In fact, if two companies in two different industries have the same expected growth in earnings and the same risk profile, their valuation ratios may be very similar. Moreover, including companies that are not exactly similar to the subject company often highlights investment considerations that are manifested in the public market valuations.

❖ We identified eight public companies that are reasonably similar to Inacom Corp. in terms of business and markets.

❖ All of the comparable companies provide IT services, with limited sale of products. However, many of the comparables are larger (in terms of revenues) than Inacom.

❖ Details of the comparable company analysis are presented in Appendix C and Appendix D.

## IV. Valuation Analysis

### Comparable Company Analysis: Financial Performance

**INACOM CORP.**
**COMPARABLE COMPANY ANALYSIS**
**April 22, 2000**

| Company (Ticker) | Growth Rates | | | | Margin Analysis | | | |
|---|---|---|---|---|---|---|---|---|
| | LTM Revenues | 3-yr. CAGR Revenues | LTM EBITDA | 3-yr. CAGR EBITDA | Long-term Proj. EPS | LTM Gross | 3-yr. Avg. Gross | LTM EBITDA | 3-yr. Avg. EBITDA |
| NCR Corporation (NCR) | -4.8% | -3.8% | 8.7% | -0.5% | 18.3% | 36.2% | 35.2% | 9.1% | 7.5% |
| Unisys Corporation (UIS) | -0.4 | 5.8 | -2.2 | 26.7 | 17.9 | 36.6 | 37.0 | 14.0 | 13.5 |
| CIBER, Inc. (CBR) | 6.6 | 34.5 | -7.4 | 69.4 | 19.5 | 36.3 | 34.4 | 13.0 | 13.2 |
| Computer Horizons Corp. (CHRZ) | 3.8 | 26.9 | -46.7 | 22.4 | 21.9 | 32.7 | 34.6 | 8.2 | 12.3 |
| Computer Task Group Inc. (CTG) | 0.9 | 8.9 | -6.8 | 16.9 | 14.0 | 34.0 | 32.2 | 8.9 | 9.0 |
| Keane Inc. (KEA) | -3.3 | 27.2 | -18.9 | 44.0 | 21.1 | 34.6 | 35.3 | 15.5 | 16.4 |
| Perot Systems Corp. (PER) | 14.8 | 23.9 | 9.2 | 25.4 | 24.0 | 25.9 | 25.6 | 11.0 | 10.7 |
| Computer Sciences Corp. (CSC) | 16.0 | 17.3 | 21.3 | 19.7 | 17.7 | 21.2 | 21.8 | 12.7 | 12.9 |
| Highest | 16.0% | 34.5% | 21.3% | 69.4% | 24.0% | 36.6% | 37.0% | 15.5% | 16.4% |
| Lowest | -4.8% | -3.8% | -46.7% | -0.5% | 14.0% | 21.2% | 21.8% | 8.2% | 7.5% |
| Mean | 4.2% | 17.6% | -5.4% | 28.0% | 19.3% | 32.2% | 32.0% | 11.5% | 11.9% |
| Median | 2.4% | 20.6% | -4.5% | 23.9% | 18.9% | 34.3% | 34.5% | 11.9% | 12.6% |

Source: Audited financial statements of each company.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.
26

## IV. Valuation Analysis

### Comparable Company Analysis: Valuation Multiples

**INACOM CORP.**
**Comparable Company Analysis**
**April 22, 2000**

| Company (Ticker) | Enterprise Value (in millions) | LTM Revenues (in millions) | LTM EBITDA | LTM Gross Profit | Projected EBITDA | LTM EBT | Projected EBT | LTM Revenues |
|---|---|---|---|---|---|---|---|---|
| NCR Corporation (NCR) | $3,759 | $6,196 | 5.6x | 1.4x | 4.7x | 15.4x | 10.1x | 0.50x |
| Unisys Corporation (UIS) | 7,392 | 7,391 | 7.6 | 2.9 | 6.6 | 8.9 | 7.6 | 1.07 |
| CIBER, Inc. (CBR) | 1,070 | 362 | 21.7 | 4.0 | 9.7 | 28.4 | 10.9 | 2.82 |
| Computer Horizons Corp. (CHRZ) | 402 | 535 | 9.4 | 2.3 | 13.9 | 10.7 | 17.1 | 0.76 |
| Computer Task Group Inc. (CTG) | 164 | 472 | 4.5 | 1.2 | 8.5 | 5.7 | 13.9 | 0.40 |
| Keane Inc. (KEA) | 1,530 | 1,041 | 8.7 | 3.9 | 14.9 | 10.8 | 22.5 | 1.34 |
| Perot Systems Corp. (PER) | 1,553 | 1,141 | 12.5 | 5.3 | 13.6 | 16.0 | 17.9 | 1.38 |
| Computer Sciences Corp. (CSC) | 13,533 | 6,795 | 17.2 | 7.9 | 11.8 | 31.7 | 17.1 | 2.18 |
| | | | | | | | | |
| Highest | $13,533 | $7,391 | 21.7x | 7.9x | 14.9x | 31.7x | 22.5x | 2.82x |
| Lowest | $164 | $362 | 4.5x | 1.2x | 4.7x | 5.7x | 7.6x | 0.40x |
| | | | | | | | | |
| Mean | $3,675 | $2,992 | 10.9x | 3.6x | 10.5x | 15.9x | 14.6x | 1.31x |
| Median | $1,542 | $1,091 | 9.0x | 3.4x | 10.7x | 13.1x | 15.5x | 1.20x |

Source: Audited financial statements of each company.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

27

## IV. *Valuation Analysis*

### Comparable Company Analysis: Control Premium

❖ Because the implied comparable company multiples are based on a minority interest, we took into consideration a control premium in determining our selected multiple ranges.

❖ A "control premium", which is the inverse of a lack of control discount, results when the equity interests of a public company are acquired by a single investor at a price greater than the previous trading value. The acquirer is willing to pay more on a per-share basis for 100% of the company's stock than the previous trading price, which was established by transactions between minority investors, since such acquirer (unlike the minority investors) will have control of the various factors affecting the risk of and return on his or her investment.

❖ Two factors drive the size of the observed control premium: (1) the value of control and (2) the value of potential synergies between the target's and the acquirer's businesses. Therefore, the value of control is best measured in transactions that involve financial buyers, or, in other words, buyers who are making the acquisition of the target strictly for investment purposes and who do not expect to realize value from potential synergies.

❖ Mergerstat LP conducts an annual study that analyzes control premia by industry group and provides detailed information on each transaction. Each premium paid for control implies a related discount for lack of control. During 1999 there were 82 transactions with meaningful control premiums in the Computer Software, Supplies, and Service industry. The control premium for these 82 transactions was 57.6%.

Source: MergerStat LP, "MergerStat Review – 2004"

## IV. Valuation Analysis

### Comparable Company Analysis: Normalized EBITDA Calculation

❖ In order to obtain projected EBITDA for the next 12 months (April 23, 2000 to April 22, 2001) we calculated normalized EBITDA.

❖ Revenues were calculated using three different methods described below. A 9.0% EBITDA margin was applied to calculate normalized EBITDA using the revenues in each of the three methods. The median of the three methods was used as normalized EBITDA. The 9.0% EBITDA margin was determined based on a review of the Company's projections in 2001 and 2002. According to these projections, EBITDA margin was projected at 9.0% in 2001 and at 10.2% in 2002. In addition, we reviewed the Company's historical gross margins and detailed SG&A reduction program as well as the EBITDA margins for the comparable companies and industry. Based on these reviews, we found the Company's projections to be reasonable.

- In the first method, the revenue calculation was set equal to the Company's fiscal year 1999 revenues for the service business, as reported in the Company's unaudited financial statements provided by the Company.

- In the second method, the revenue calculation was set equal to the Company's projected next 12 months' revenues. To determine the revenues for the next 12 months', a daily amount of revenues for each projected quarter in 2000 and 2001, as provided by the Company, was calculated and multiplied by the number of days in each of the quarters for the period of April 23, 2000 to April 22, 2001.

- In the third method, the revenue calculation was set equal to the sum of the Company's annualized revenues for the four week period ending April 22, 2000, as provided by the Company, and the contracted sales to Compaq in 2000 and 2001. It was assumed, based on the information provided, that the Company had not made any significant sales to Compaq prior to April 22, 2000. For contracted sales to Compaq in 2001, a daily rate was calculated and multiplied by the number of days from the period of January 1, 2001 to April 22, 2001.

- The tables on the following slides set forth the results for the three methods.

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," document: ICN 00870 and the 2000 Monthly Income Statement for April 2000, document: ICN 07582

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**
29

## IV. *Valuation Analysis*

**Comparable Company Analysis: Normalized EBITDA Calculation**

❖ The table below sets forth the calculated EBITDA for each of the three methods. Normalized EBITDA was determined to be the median.

| Inacom Corp. Projected Normalized EBITDA ($ in millions) | | | |
|---|---|---|---|
| Method | Revenues | EBITDA Margin[1] | EBITDA |
| 1 - Based on the Company's 1999 unaudited results | $816.0 | 9.00% | $73.4 |
| 2 - Based on the Company's Projections for the Next 12 Months (4/23/00 to 4/22/01) | 986.8 | 9.00% | $88.8 |
| 3 - Based on the results for the four weeks ending April 22, 2000 + Compaq Contract | 948.0 | 9.00% | $85.3 |
| Mean | $917 | 9.00% | $82.5 |
| Median | $948 | 9.00% | $85.3 |

## IV. Valuation Analysis

**Comparable Company Analysis: Normalized EBITDA Calculation**

* The table below sets forth the revenue calculations used to arrive at EBITDA for the first method.

---

**METHOD 1: Revenues based on the Company's 1999 Service Revenues ($ in millions)**

| | |
|---|---|
| 1999 - Actual Revenue Results | $816.0 [1] |

[1] Revenues obtained from the December 31, 1999, unaudited financial statements provided by the Company.

---

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," document: ICN 00870

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

31

## IV. Valuation Analysis

### Comparable Company Analysis: Normalized EBITDA Calculation

❖ The table below sets forth the revenue calculations used to arrive at EBITDA for the second method.

**METHOD 2: Revenues based on the Company's 2000 and 2001 Projections ($ in millions)**

| Projections - 2000 | Revenue |
|---|---|
| Q1 | $103.0 |
| Q2 | 224.0 |
| Q3 | 242.0 |
| Q4 | 251.0 |
| Total | $820.0 |

| Projections - 2001[3] | Revenue |
|---|---|
| Q1 | $259.2 |
| Q2 | 267.7 |
| Q3 | 276.4 |
| Q4 | 285.4 |
| Total | $1,088.7 |

| | | |
|---|---|---|
| Stub-Q2-00[1] | $169.8 | |
| Q3 - 00 | 242.0 | |
| Q4 - 00 | 251.0 | |
| | 662.8 | (A) |
| Q1 - 01 | 259.2 | |
| Stub-Q2-01[2] | 64.7 | |
| | 323.9 | (B) |
| Total | $986.8 | (A) + (B) |

[1] Revenue for the Stub Q2 - 00 calculated by determining the average revenue per day in the quarter, which is equal to $224 million divided by 91 days in the quarter and multiplying by the number of days from April 23 to June 30, 2000 (69 days).

[2] Revenue for the Stub Q2-01 period calculated by determining the average revenue per day in the quarter, which is equal to $276.4 million divided by 91 days in the quarter and multiplying this amount by the number of days from March 31, 2001 to April 23, 2001 (22 days).

[3] 2001 quarterly revenue projections deterrmined by calculating the implied quarterly growth rate from the Company's 4th quarter projections ($251 million) to the Company's 2001 full-year revenue projection ($1,089 million). The implied quarterly growth rate was calculated to be approximately 3.3% each quarter.

Source: Inacom Corp's projected financial statements, document: HL 00133; HL 00170; HL Document: 1251 PP: 1111+

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

32

## IV. *Valuation Analysis*

### Comparable Company Analysis: Normalized EBITDA Calculation

❖ The table below shows the revenue calculations used to arrive at EBITDA for the third method.

**METHOD 3: Based on the Company's results for the 4-week period ending 4/22/00 + Compaq Contracted Sales**
($ in millions)

| | |
|---|---|
| Annualized Revenues [1] | $819 |
| Plus: 2000 Compaq Sales [2] | 85.0 |
| Plus: 2001 Compaq Sales [3] | 43.7 |
| Total Sales | $948.0 |

| Revenues for the 4-week period ending 4/22/00 | $63.0 |
|---|---|
| Contracted Sales to Compaq | |
| 2000 | $85.0 |
| 2001 | $140.0 |

[1] Revenues for the four week period ending April 22, 2000 multiplied by 13 to get an annualized amount equal to $819.2 million.

[2] Contracted sales to Compaq in 2000 were equal to $85 million. A variety of documents reviewed indicate that, as of April 22, 2000, Compaq had not yet provided a significant amount of revenues pursuant to its contract with Inacom. Therefore, it is assumed in this analysis that Compaq would honor its contract from the period of 4/23/00 to 12/31/00.

[3] Contracted sales to Compaq in 2001 were equal to $140 million. Sales to Compaq for the period of January 1, 2001 to April 21, 2001 were calculated by calculating the average daily sales amount for 2001, which is equal to $140 million divided by 365 days, and multiplying this amount by the amount of days for the period of January 1, 2001 to April 21, 2001 (114 days).

Source: 2000 Monthly Income Statement for April 2000, document: ICN 07582; documents 00160 and 00161 (from Inacom 8-K dated March 2, 2000) and document 00753 (Services Supply and Sales Agreement dates as of February 2000 between Compaq Computer Corporation and Inacom Corp)

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

33

## IV. Valuation Analysis

### Comparable Company Analysis: Valuation Conclusion

**Inacom Corp.**
**Comparable Company Analysis**
**as of April 22, 2000**
*($ in thousands)*

| | Guideline Company Multiples | | | Selected Multiple Range | | Inacom Performance | Implied Enterprise Value | | |
|---|---|---|---|---|---|---|---|---|---|
| | Range | Mean | Median | | | | Range | | Midpoint |
| **Multiples Based on Enterprise Value:** | | | | | | | | | |
| LTM Revenues[1] | 0.40x - 2.82x | 1.31x | 1.20x | 0.60x - 0.80x | | $816,000 | $489,600 - $652,800 | | 571,200 |
| LTM Gross Profit[2] | 1.2x - 7.9x | 3.6x | 3.4x | 2.3x - 2.8x | | $256,224 | $576,504 - $704,616 | | 640,560 |
| Projected EBITDA[3] | 4.7x - 14.9x | 10.5x | 10.7x | 6.5x - 7.5x | | $85,316 | $554,557 - $639,873 | | 597,215 |
| | | | | **Indicated Value Range:** | | | **$550,000 - $650,000** | | |

[1] *Service revenues for Inacom for the fiscal year 1999. Amount based on unaudited financial statements for the 12 month period of January 1, 1999 to December 31, 1999.*
[2] *Service gross profit for Inacom for the fiscal year 1999. Amount based on unaudited financial statements for the 12 month period of January 1, 1999 to December 31, 1999.*
[3] *Projected EBITDA for Inacom based on normalized EBITDA Analysis.*

❖ The comparable public company analysis indicates an enterprise value range of $550 million to $650 million.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.
34

## *IV. Valuation Analysis*

### Comparable Transactions Analysis

- ❖ Comparable M&A transactions analysis assesses the attractiveness of the subject company as an acquisition relative to a group of similar companies that have recently been acquired, and compares valuation ratios to the subject company based on this assessment and an analysis of the valuation ratios of the M&A transactions.

- ❖ It is typically difficult to find a large number of M&A transactions involving companies that are sufficiently similar to the subject company in order to draw meaningful valuation conclusions.

- ❖ We identified 14 recent M&A transactions involving companies that were broadly similar to Inacom in terms of business and markets.

- ❖ Most of the comparable transactions involve companies that were not directly comparable to Inacom, primarily because the companies typically obtain 30% of their revenues from product (hardware and software) offerings and were significantly smaller than Inacom, in terms of revenue.

- ❖ The enterprise value indicated by the DCF analysis is supported by the M&A transactions analysis.

- ❖ Details of the comparable M&A transactions analysis are presented herein.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

35

## IV. Valuation Analysis

### INFORMATION TECHNOLOGY M&A ACTIVITY
($ in millions)

| Date Announced | Acquirer Name | Target Name | Target Business Description | Enterprise Value | Target Revenue | Target EBITDA | EBITDA Margin | EV / Sales | EV / EBITDA |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/00 | Analysts International Corp. | Panurgy Inc. (Sequia Net.com, Inc) | Provides strategic e-business solutions | $54.3 | $57.7 | $4.8 | 8.3% | 0.94x | 11.3x |
| 04/05/00 | Peregrine Systems, Inc. | Harbinger Corp. | Provides computer programming services | $746.1 | $155.5 | $22.2 | 14.2% | NM | NM |
| 03/16/00 | CACI International, Inc. | Century Technologies, Inc. | Provides IT services in the areas of networking, e-commerce, geospatial technologies, and software engineering | $7.7 | $23.7 | $2.5 | 10.5% | 0.32x | 3.1x |
| 03/02/00 | Interliant, Inc. | Soft Link Inc. | Provides implementation and management support to PeopleSoft customers | $26.8 | $32.4 | $6.0 | 18.5% | 0.83x | 4.5x |
| 03/02/00 | Eclipsys Corp. | Shared Medical Systems Corp. | Supplies information solutions to health providers | $1,948.7 | $1,179.4 | $163.4 | 13.9% | 1.65x | 11.9x |
| 03/01/00 | Perot Systems Corp. | Solutions Consulting Inc. | Provides enterprise and e-commerce solutions and information technology | $114.0 | $59.8 | $7.7 | 13.0% | 1.91x | 14.7x |
| 02/22/00 | SBC Communications Inc. | Sterling Commerce Inc. | Provides e-commerce products, services and solutions worldwide | $3,458.1 | $633.7 | $244.4 | 38.6% | NM | 14.2x |
| 01/28/00 | Leapnet Inc. | SPR Inc. | Provides information technology consulting and project based services | $51.1 | $70.0 | $24.5 | 35.0% | 0.73x | 2.1x |
| 12/28/99 | National Nephrology Associates | Renex Corp. | Develops, markets and supplies web emulation and host access software products | $61.5 | $46.4 | $6.0 | 12.9% | 1.32x | 10.3x |
| 09/20/99 | Computer Sciences Corp. | Nichols Research Corp. | Provides information processing, systems development and systems integration | $378.4 | $454.6 | $39.6 | 8.7% | 0.83x | 9.6x |
| 06/30/99 | Equant NV | TechForce Corp. | Provides network integration services | $70.0 | $52.3 | $4.6 | 8.8% | 1.34x | 15.1x |
| 06/21/99 | ADC Telecommunications, Inc. | Saville Systems PLC | Develops and customizes billing and customer care solutions and software for the telecommunications industry | $513.4 | $121.2 | $32.6 | 26.9% | NM | 15.7x |
| 02/08/99 | Computer Associates International Inc. | Computer Management Sciences Inc. | Provides information technology consulting and custom software | $389.7 | $85.5 | $19.5 | 22.8% | NM | NM |
| 12/04/98 | Matador Capital Management (Private group of investors) | BRC Holdings, Inc. | Provides information management, management consulting and data processing services | $185.6 | $121.4 | $18.0 | 14.9% | 1.53x | 10.3x |
| | | | Mean | $611.9 | $232.6 | $42.6 | 17.6% | 1.1x | 10.23x |
| | | | Median | $185.6 | $85.5 | $18.8 | 14.1% | 1.1x | 10.80x |
| | | | Low | $7.7 | $23.7 | $2.5 | 8.3% | 0.32x | 2.09x |
| | | | High | $3,458.1 | $1,179.4 | $244.4 | 38.6% | 1.91x | 15.73x |

Transactions: 14

Source: MergerStat LP via FactSet

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.
36

## IV. Valuation Analysis

### Comparable Transactions Analysis: Valuation Conclusion

**Inacom Corp.**
**Transaction Analysis**
**as of April 22, 2000**
($ in thousands)

| | Guideline M&A Transaction Multiples | | | Selected Multiple Range | Inacom Performance | Implied Enterprise Value | | |
|---|---|---|---|---|---|---|---|---|
| | Range | Mean | Median | | | Range | | Midpoint |

**Multiples Based on Enterprise Value**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LTM Revenues[1] | 0.32x - 1.91x | 1.14x | 1.13x | 0.70x - 0.90x | $816,000 | $571,200 - $734,400 | | $652,800 |
| EBITDA[2] | 2.1x - 15.7x | 10.3x | 10.8x | 7.0x - 8.0x | $85,316 | $597,215 - $682,531 | | NA |

**Indicated Value Range:**  $600,000 - $700,000

[1] Service revenues for Inacom for the the fiscal year 1999. Amount based on unaudited financial statements for the 12 month period of January 1, 1999 to December 31, 1999.
[2] EBITDA for Inacom based on normalized EBITDA analysis.

❖ The transaction analysis indicates an enterprise value range of $600 million to $700 million.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

37

## IV. *Valuation Analysis*

### Enterprise Value Conclusion

❖ Our enterprise value conclusion for the Company is $520 million to $620 million.

**Inacom Corp.**
**Enterprise Value Conclusion**
**as of April 22, 2000**
*(in thousands)*

| Valuation Method | Indicated Enterprise Value of Inacom Corp. | | |
|---|---|---|---|
| Discounted Cash Flow Method Range | $480,000 | - | $580,000 |
| Comparable Company Method Range | $550,000 | - | $650,000 |
| Transaction Analysis Method Range | $600,000 | - | $700,000 |
| **Indicated Enterprise Value Range** | **$520,000** | **-** | **$620,000** |

❖ The three methods used indicate an enterprise value range of $520 million to $620 million. We have afforded greater weight to the discounted cash flow and comparable company methods.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.
38

## IV. *Valuation Analysis*

**Aggregate Equity Value**

❖ Aggregate equity value represents value on a controlling interest basis.

❖ To arrive at aggregate equity value, we add excess cash and non-operating assets and subtract outstanding debt, including accrued interest.

| Inacom Corp. Aggregate Equity Value as of April 22, 2000 ($ in thousands) | Low | Mid | High |
|---|---|---|---|
| Enterprise Value Conclusion | $520,000 | $570,000 | $620,000 |
| Plus: Excess Cash | - | - | - |
| Plus: Non-operating Assets[1] | $120,000 | $120,000 | $120,000 |
| Less: Outstanding Debt[2] | (440,046) | (440,046) | (440,046) |
| Aggregate Equity Value on a Marketable, Controlling Basis | 199,954 | 249,954 | 299,954 |

❖ We have determined aggregate equity value to be approximately $250 million, the midpoint of the values set forth in the table above.

---

[1]Non-operating assets as of April 22, 2000 include value of receivables related to business sold to Compaq.

[2]Outstanding debt as of April 22, 2000 includes: bank debt: $110 million; convertible debt: $195 million; adjustments to convertible debt: $16 million; overpayment received: $42 million; and, misdirected payments: $77 million.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

39