# V. Benchmarking Analysis – Balance Sheet Review and Valuation

## Overview

❖ In connection with our review/valuation of Inacom's April 22, 2000 balance sheet, we have:

- Studied balance sheets and income statements for the period reviewed of specific comparable companies as well as the industry in which Inacom operates,

- Apportioned Inacom's receivables between those related to the business sold to Compaq and Inacom's remaining service business;

- Estimated the collectability of Inacom's receivables;

- Studied the amounts carried by Inacom as Inventory and Property Plant and Equipment ("PPE");

- Compared the Inventory and PPE carrying amounts to the comparables and industry data;

- Reviewed Inventory reports on Inacom's Inventory as of the relevant period during 2000;

- Compared the current liability accounts carrying amounts to the comparables and industry data;

- Reviewed the March and April 2000 current liabilities and long term liabilities of Inacom and made certain adjustments and additions thereto;

- Determined the implied fair value of the equity of Inacom at April 22, 2000, based upon our analyses of the fair value of Inacom; and

- Determined the implied value of Inacom's intangibles as of April 22, 2000.

❖ The foregoing analyses provided the basis for our determination of Inacom's balance sheet as of April 22, 2000 on a fair market value basis, i.e., the fair value amount of each balance sheet account on Inacom's balance sheet as of April 22, 2000, based upon the data specific to Inacom available to us as well as comparable company and industry benchmarking analyses.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

40

# V. Benchmarking Analysis – Balance Sheet Review and Valuation

## Accounts Receivable/Vendor Receivable Analysis

Accounts receivable, net of $324.9 million as shown on the April 22 Balance Sheet, which reflected a decline of $53.4 million from the balance on March 25, 2000, is divided into two segments: the balance related to the ongoing business of Inacom after the sale of the hardware business to Compaq; and the remaining amount related to the business sold to Compaq but excluded from the assets acquired by Compaq.

| | Balance | % Collectable |
|---|---|---|
| A/R Related to Service Business: | $153.9 million est. | 90% |
| A/R Related to Business purchased by Compaq: | $171.0 million est. | 65% |
| | Total: $324.9 million | |

The balances attributable to the two businesses were estimated based upon (i) the [Arthur Anderson] analysis commencing with FTI 001054, (ii) analysis of the balance sheet projections provided by the Company which show receivables declining to $130 million by December 31, 2000, by which date all receivables related to the business sold to Compaq would have been collected, (iii) the March 25, 2000, aging analysis commencing with INACOM 023476 and (iv) the June 16, 2000, Trade Accounts Receivable Balance disclosed in the Disclosure Statement of $200.1 million.

The percent collectable for the Service Business balance and the balance related to the business sold to Compaq was estimated based upon (i) the [Arthur Anderson] analysis commencing with FTI 001054, and (ii) the June 16, 2000, Trade Accounts Receivable Balance disclosed in the Disclosure Statement of $200.1 million, (iii) the March 25, 2000, aging analysis commencing with INACOM 023476, and (iv) the receivables quality analysis set forth in a Memo from Kevin Edwards of Compaq to Mike Baker per CPQ/BG 0002848.

The Vendor Receivables shown on the April 22 Balance Sheet of $17.1 million, which reflected a decline of $23.3 million from the March 25 balance of $40.4 million, was estimated to be 50% recoverable. The decline from March 25 appears to have been collected because we found no evidence of a write-down during the period. Also, the Vendor Receivables were previously reduced by 34% by a charge in the fourth quarter of 1999 per INACOM [040067]. Also, see the Kevin Edwards Memo referenced above.

Sources: ICN 00479, 00484, Company quarterly projections, Disclosure Statement, page 64, FTI 001054, INACOM 023476.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

41

# V. Benchmarking Analysis – Balance Sheet Review and Valuation

## Accounts Receivable/Vendor Receivable Analysis (continued)

❖ The table below sets forth the balance sheet provided by the Company and the pro forma balance sheet (which includes our restatements previously described) for accounts receivable and vendor receivable as of April 22, 2000.

**Changes in Working Capital (Accounts Receivable) ($ in millions)**

|  | Per 4/22/00 Balance Sheet | % Collectible | Pro Forma Account Balance | Incr. / (Decr.) |
|---|---|---|---|---|
| Accounts Receivable Related to Service Business | $153.9 | 90%[1] | $138.5 | ($15.4) |
| Accounts Receivable Related to Business Sold to Compaq | $171.0 | 65%[1] | $111.2 | ($59.9) |
| Total Accounts Receivable | $324.9 |  | $249.7 | ($75.2) |
| Vendor Receivable | $17.1 | 50% | $8.6 | ($8.6) |

[1] We have apportioned the aggregate accounts receivable balance reflected in the April 22, 2000 balance sheet as previously described

# V. Benchmarking Analysis – Balance Sheet Review and Valuation

## Accounts Payable and Debt Analysis

Accounts payable of $229.4 million as shown on the April 22 Balance Sheet reflected a decline of $133.3 million from the $362.7 million balance on March 25, 2000. Other current liabilities of $237.6 million as shown on the April 22 Balance Sheet reflected an increase of $49.4 million from the $188.2 million March 25 balance. As the April 22 Balance Sheet appears to have been prepared on or about May 31, 2000 (see ICN 00484), it is assumed that the substantial part or all of the $77 million Compaq asserted it was owed as a result of certain "Misdirected Payments" as well as the $42 million overpayment made to Inacom at the closing on February 15, 2000, were included in current liabilities since Inacom management had acknowledged both the issues and the approximate amounts related to the Misdirected Payments and the overpayment at closing. It is noted that a small portion of the $77 million may have arisen after April 22, 2000. See DE 004411 contained in a presentation by Inacom to its banks on April 27, 2000.

As a result of the above analysis, Inacom's debt has been increased by $119 million at April 22 and its non-debt liabilities have been decreased by an equivalent amount.

In addition, Inacom's debt to the Trust which shows on the April 22 Balance Sheet at $195.4 million, may have been understated by $12.1 million. The principal claim shown on pages 21 and 100 of its Disclosure Statement appears to have been $207.5 million (see also T. Fitzpatrick Affidavit in Support of First Day Orders, p. 7). Finally, the interest payment due on April 1, 2000, of $3.5 million on the debt to the Trust was deferred pursuant to contractual right. Accordingly, consistent with our conservative approach, we have added the sum of $15.6 million to total debt at April 22. We chose not to offset this debt increase with a decrease to current liabilities; the deferred interest would have been a long term liability as would the additional debt to the Trust; it is unclear whether the deferred interest was included on the April 22, 2000, Balance Sheet.

# V. Benchmarking Analysis – Balance Sheet Review and Valuation

## Accounts Payable and Debt Analysis (continued)

❖ The table below sets forth the balance sheet provided by the Company and the pro forma balance sheet (which includes our restatements previously described) for accounts payable and debt as of April 22, 2000.

**Changes in Working Capital (Account Payable and Debt) ($ in millions)**

| | Per 4/22/00 Balance Sheet | Restatement | Pro Forma Account Balance | Incr./(Decr.) |
|---|---|---|---|---|
| A/P - Service Business | $110.4 | $0.0 | $110.4 | $0.0 |
| A/P - Involuntary Liabilities to Compaq | 119.0 | (119.0) | 0.0 | (119.0) |
| Total A/P | $229.4 | ($119.0) | $110.4 | ($119.0) |

| | Per 4/22/00 Balance Sheet | Restatement | Pro Forma Account Balance | Incr./(Decr.) |
|---|---|---|---|---|
| Debt | $110.0 | $0.0 | $110.0 | $0.0 |
| Subordinated Debt | 195.4 | 12.1 | 207.5 | 12.1 |
| Accrued Interest on Debt | 0.0 | 3.5 | 3.5 | 3.5 |
| Involuntary Liabilities to Compaq | 0.0 | 119.0 | 119.0 | 119.0 |
| Total Debt | $305.4 | $134.6 | $440.0 | $134.6 |

## V. Benchmarking Analysis - Balance Sheet Review and Valuation

**Fair Value Consolidated Balance Sheet as of April 22, 2000**

❖ In this section of the analysis, we present the following three balance sheets:

- Consolidated Balance Sheet as of April 22, 2000, provided by the Company with the following adjustment:
  - Apportion accounts receivable between Inacom's ongoing business and the business sold to Compaq.
- Consolidated Balance Sheet as of April 22, 2000, provided by the Company with changes made to debt and stockholders' equity, including the following adjustments:
  - Reclassified certain amounts owing to Compaq from Accounts Payable to Debt;
  - Increased the amount of the 6¾% Debt; and
  - Reduced book equity.
- Fair Market Value Balance Sheet as of April 22, 2000.

# V. Benchmarking Analysis - Balance Sheet Review and Valuation

## INACOM CORP. AND SUBSIDIARIES
### COMPARATIVE CONSOLIDATED BALANCE SHEET PROVIDED BY THE COMPANY
#### April 22, 2000
#### (In 000s)

| ASSETS | | Common Size[1] | Median[2] | High[2] | Low[2] |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash and equivalents | $21,697 | 2% | 14% | 55% | 5% |
| Accounts Receivable Related to Service Business[3] | 153,900 | 16% | 39% | 50% | 24% |
| Accounts receivable related to business sold to Compaq[3] | 171,046 | 18% | NA | NA | NA |
| Vendor receivables | 17,091 | 2% | NA | NA | NA |
| Inventories | 42,237 | 4% | 0% | 6% | 0% |
| Other | 6,758 | 1% | 6% | 10% | 1% |
| Total current assets | 412,729 | 43% | 56% | 88% | 48% |
| Property and equipment | 72,894 | 8% | 9% | 22% | 5% |
| Intangible assets and deferred income taxes | 443,704 | 46% | NA | NA | NA |
| Other assets, net of accumulated amortization | 40,363 | 4% | NA | NA | NA |
| **Total Assets** | $969,690 | 100% | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | $229,416 | 24% | 7% | 18% | 3% |
| Other current liabilities | 237,569 | 24% | 21% | 29% | 12% |
| Total current liabilities | 466,985 | 48% | 35% | 48% | 17% |
| Other long-term liabilities | 329 | 0% | 4% | 31% | 0% |
| Debt | 110,000 | 11% | 6% | 30% | 0% |
| Company-obligated mandatorily redeemable convertible preferred securities of subsidiary trust | 195,446 | 20% | NA | NA | NA |
| Total stockholders' equity | 196,930 | 20% | 48% | 82% | 29% |
| **Total Liabilities & Stockholders' Equity** | $969,690 | 100% | | | |

### Footnotes

(1) Represents the % of total assets or total liabilities/equity for Inacom

(2) Represents the median, high, and low % of total assets or total liabilities and equity for the group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million.

(3) Apportioned accounts receivable between Inacom's ongoing business and the business sold to Compaq.

Sources: Financial statement data is from the Inacom Corp. and Subsidiaries Condensed Consolidated Balance Sheet, document ICN 00484. The median, high, and low are from the benchmarking study of the comparable companies and the two industries (SIC: 7371 and 7373) from the Risk Management Association (RMA) Annual Statement Studies: 2000 - 2001.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

46

# V. Benchmarking Analysis – Balance Sheet Review and Valuation

**INACOM CORP. AND SUBSIDIARIES**
CONSOLIDATED BALANCE SHEET WITH ADJUSTMENTS TO DEBT & EQUITY
April 22, 2000
(In 000s)

| ASSETS | | Common Size[1] | Median[2] | High[2] | Low[2] |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash and equivalents | $21,697 | 2% | 14% | 55% | 5% |
| Accounts Receivable Related to Service Business | 153,900 [3] | 16% | 39% | 50% | 24% |
| Accounts receivable related to business sold to Compaq | 171,046 [3] | 18% | NA | NA | NA |
| Vendor receivables | 17,091 | 2% | NA | NA | NA |
| Inventories | 42,237 | 4% | 0% | 6% | 0% |
| Other | 6,758 | 1% | 6% | 10% | 1% |
| Total current assets | 412,729 | 43% | 56% | 88% | 48% |
| Property and equipment | 72,894 | 8% | 9% | 22% | 5% |
| Intangible assets and deferred income taxes | 443,704 | 46% | NA | NA | NA |
| Other assets, net of accumulated amortization | 40,363 | 4% | NA | NA | NA |
| **Total Assets** | **$969,690** | **100%** | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | $110,416 [4] | 11% | 7% | 18% | 3% |
| Other current liabilities | 237,569 | 24% | 21% | 29% | 12% |
| Total current liabilities | 347,985 | 36% | 35% | 48% | 17% |
| Other long-term liabilities | 329 | 0% | 4% | 31% | 0% |
| Debt | 229,000 [4] | 24% | 6% | 30% | 0% |
| Company-obligated mandatorily redeemable convertible preferred securities of subsidiary trust | 211,046 [4] | 22% | NA | NA | NA |
| Total stockholders' equity | 181,330 [5] | 19% | 48% | 82% | 29% |
| **Total Liabilities & Stockholders' Equity** | **$969,690** | **100%** | | | |

Sources: Financial statement data is from the Inacom Corp. and Subsidiaries Condensed Consolidated Balance Sheet, document ICN 00484. The median, high, and low are from the benchmarking study of the comparable companies and the two industries (SIC: 7371 and 7373) from the Risk Management Association (RMA) Annual Statement Studies: 2000 - 2001.

**Footnotes**

(1) Represents the % of total assets or total liabilities/equity for Inacom

(2) Represents the median, high, and low % of total assets or total liabilities and equity for the group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies" for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million.

(3) Apportioned accounts receivable between Inacom's ongoing business and the business sold to Compaq.

(4) Reclassified certain amounts owing to Compaq from Accounts Payable to Debt and increased the amount of the 6 ¾% debt.

(5) Reduced book equity for the same amount that was reclassified to debt.

**DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.**

47

# V. Benchmarking Analysis – Balance Sheet Review and Valuation

**INACOM CORP. AND SUBSIDIARIES**
FAIR MARKET VALUE CONSOLIDATED BALANCE SHEET
April 22, 2000
(In 000s)

| ASSETS | | Common Size[1] | Median[2] | High[2] | Low[2] |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash and equivalents | $21,697 | 2% | 14% | 55% | 5% |
| Accounts Receivable Related to Service Business | 138,510 | 13% | 39% | 50% | 24% |
| Accounts receivable related to business sold to Compaq | 111,150 | 11% | NA | NA | NA |
| Vendor receivables | 8,550 | 1% | NA | NA | NA |
| Inventories | 42,237 | 4% | 0% | 6% | 0% |
| Other | 6,758 | 1% | 6% | 10% | 1% |
| Total current assets | 328,902 | 32% | 56% | 88% | 48% |
| Property and equipment | 72,894 | 7% | 9% | 22% | 5% |
| Intangible assets and deferred income taxes | 596,201 | 57% | NA | NA | NA |
| Other assets, net of accumulated amortization | 40,363 | 4% | NA | NA | NA |
| **Total Assets** | $1,038,360 | 100% | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | $110,416 | 11% | 7% | 18% | 3% |
| Other current liabilities | 237,569 | 23% | 21% | 29% | 12% |
| Total current liabilities | 347,985 | 34% | 35% | 48% | 17% |
| Other long-term liabilities | 329 | 0% | 4% | 31% | 0% |
| Debt | 229,000 | 22% | 6% | 30% | 0% |
| Company-obligated mandatorily redeemable convertible preferred securities of subsidiary trust | 211,046 | 20% | NA | NA | NA |
| Total stockholders' equity | 250,000 | 24% | 48% | 82% | 29% |
| **Total Liabilities & Stockholders' Equity** | $1,038,360 | 100% | | | |

Footnotes

(1) Represents the % of total assets or total liabilities/equity for Inacom

(2) Represents the median, high, and low % of total assets or total liabilities and equity for the group of comparable companies and the Risk Management Association of Lending and Credit Risk Professionals "Annual Statement Studies for 1999-2000" for companies with SIC 7371 and SIC 8383 that have sales greater than $25 million.

See the following page for footnotes (3) to (9).

Sources: Financial statement data is from the Inacom Corp. and Subsidiaries Condensed Consolidated Balance Sheet, document ICN 00484. The median, high, and low are from the benchmarking study of the comparable companies and the two industries (SIC: 7371 and 7373) from the Risk Management Association (RMA) Annual Statement Studies: 2000 - 2001.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

48

# V. Benchmarking Analysis – Balance Sheet Review and Valuation

## Fair Market Value Balance Sheet as of April 22, 2000

❖ On the prior two balance sheets, we have:

- Apportioned Accounts Receivable between Inacom's ongoing business and the business sold to Compaq.
- Reclassified certain amounts owing to Compaq from Accounts Payable to Debt and increased the amount of the 6¾% Debt.
- Reduced book equity.

❖ On this balance sheet, we have determined a fair value for each account on the balance sheet as set forth in footnotes (3) to (9) below:

- (3) Accounts receivable related to service business; Accounts receivable related to business sold to Compaq; Vendor receivables – see prior pages for bases of adjustment.
- (4) Inventories – we have determined that, based upon available data, no material change to the book amount was required; see also comparable company and benchmarking analysis.
- (5) Other – we have no basis on which to change the book amount, nor any reason to believe a change is indicated.
- (6) Property, plant and equipment – we were not able to examine a detailed list and, accordingly, have determined that we have no basis on which to change the book amount; see also comparable company and benchmarking analyses.
- (7) Intangible assets – the balance shown reflects the difference between (i) the sum of the indicated values of all other assets and (ii) the total of Liabilities and Stockholders' Equity.
- (8) Accounts payable; Other current liabilities; Debt; Company-obligated mandatory redeemable convertible preferred securities of subsidiary trust – see prior pages for bases of adjustment.
- (9) Total stockholders' equity – determined by subtracting from the value of the Company as set forth herein the sum of Debt and Company-obligated mandatory redeemable convertible preferred securities of subsidiary trust.

## *VI. Sources*

**Inacom Document Review**

❖ Generally, all Documents produced by Inacom, Deutsche Bank, Goldman Sachs, Greenhill, Blackstone Group, and Houlihan Lokey in subject preference litigation and certain documents produced in litigation between Compaq and Inacom. Specifically referenced in this report:

- Inacom Corp. December 26, 1996 - 1998 audited financial statements (1998 10-K)

- March 25, 2000 and April 22, 2000 unaudited financial statements, documents: ICN 00479 and 00484 – 00487

- "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED," documents: ICN 00870, 00871, ICN 05390, ICN 05391

- 2000 Monthly Income Statements ICN 07578 – 07600

- Inacom Corp's projected financial statements, document: HL 00133; HL 00170; HL document: 1251 PP: 111+

- Documents 00160 and 00161 (from Inacom 8-K dated March 2, 2000) and document 00753 (Services Supply and Sales Agreement dates as of February 2000 between Compaq Computer Corporation and Inacom Corp)

- Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to Joint Plan of Liquidation of Inacom Corp., et al.

- Affidavit of Thomas J. Fitzgerald in Support of First Day Orders.

- Inacom Bank Presentation dated April 27, 2000.

- Memorandum from Deutsche Bank to Bank Group dated February 15, 2000, DE 002353 etc.

- Email of John Dugan to Galen Meysenburg re Inventory Status Update Dated March 14, 2000, INACOM 033898.

- Email of Nathan L. Murray to Scott Simmelink, etc. re March 2000 Monthly Management Report (A/R; Inventory) dated April 11, 2000, INACOM 023470.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

## VI. Sources

**Inacom Document Review (continued):**

- Generally, all depositions taken in subject preference litigation.
- Standard & Poor's, "Industry Surveys – Computers: Commercial Services," December 16, 1999
- Inacom Corp. February 16, 2000 8-K (Inacom Corp. sale to Compaq)
- Comparable companies audited financial statements
- MergerStat LP, "MergerStat Review – 2004"
- Ibbotson Associates, "Cost of Capital 2004 Yearbook"
- The Risk Management Association (RMA), "Annual Statement Studies: 2000 – 2001"
- The Risk Management Association (RMA), "Annual Statement Studies: 1999 – 2000"

## VII. Compensation

- ❖ For study and preparation of this report: $110,000.
- ❖ Deposition, expert testimony and preparation:
  - Jason Fensterstock -- $500 per hour
  - Richard Whalen -- $500 per hour

This report respectfully submitted by:

_____
Richard A. Whalen
Duff & Phelps, LLC

_____
Jason Fensterstock
Sasco Hill Advisors, Inc.

DUFF & PHELPS, LLC / SASCO HILL ADVISORS, INC.

52

**INACOM CORP. AND SUBSIDIARIES**
COMPARATIVE CONSOLIDATED STATEMENT OF INCOME - RESTATED
Years Ended December 31, 1996 - 1999
(In 000s)

|  | 1999 | 1998 | 1997 | 1996 |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| Products | $5,086 | $6,019 | $5,994 | $4,810 |
| Services | 816 | 869 | 742 | 507 |
|  | 5,903 | 6,887 | 6,735 | 5,317 |
| **Direct Costs** | | | | |
| Products | 4,868 | 5,615 | 5,556 | 4,451 |
| Services | 560 | 526 | 436 | 302 |
|  | 5,428 | 6,140 | 5,991 | 4,753 |
| Gross margin | 475 | 747 | 744 | 564 |
| Selling general and administrative expenses | 663 | 571 | 505 | 406 |
| Restructuring charges | 189 | 12 | 0 | 0 |
| EBITDA | -188 | 176 | 239 | 158 |
| Depreciation and amortization(1) | 82 | 78 | 58 | 39 |
| EBIT | -270 | 98 | 180 | 119 |
| Interest expense | 49 | 67 | 60 | 35 |
| Pretax income | -319 | 31 | 120 | 85 |
| Income tax expense (benefit) | -181 | 24 | 46 | 32 |
| Net income before distributions on preferred securities of trust | -138 | 7 | 74 | 53 |
| Distributions on convertible preferred securities | 9 | 9 | 9 | 5 |
| **Net Income (loss)** | -$147 | -$2 | $65 | $48 |
| **Common shares and equivalents outstanding** | | | | |
| Diluted | 45,400 | 43,900 | 43,000 | 40,000 |

1. Depreciation is from the HL document #1251, pp; 111+.

Source: "Inacom Corp. and Subsidiaries – Condensed and Consolidated Statements of Operations – RESTATED", documents: ICN 00870, 00871, ICN 05390, ICN 05391

A - 1

**INACOM CORP. AND SUBSIDIARIES**
COMPARATIVE CONSOLIDATED MARGIN ANALYSIS - RESTATED
Years Ended December 31, 1996 - 1999

|  | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|
| **Revenue** |  |  |  |  |
| Products | 86% | 87% | 89% | 90% |
| Services | 14% | 13% | 11% | 10% |
|  | 100% | 100% | 100% | 100% |
| **Direct Costs** |  |  |  |  |
| Products | 82% | 82% | 82% | 84% |
| Services | 9% | 8% | 6% | 6% |
|  | 92% | 89% | 89% | 89% |
| Gross margin | 8% | 11% | 11% | 11% |
| Selling general and administrative expenses | 11% | 8% | 7% | 8% |
| Restructuring charges | 3% | 0% | 0% | 0% |
| Operating income | -5% | 1% | 3% | 2% |
| Interest expense | 1% | 1% | 1% | 1% |
| Pretax income | -5% | 0% | 2% | 2% |
| Income tax expense (benefit) | -3% | 0% | 1% | 1% |
| Net income before distributions on preferred securities of trust | -2% | 0% | 1% | 1% |
| Distributions on convertible preferred securities | 0% | 0% | 0% | 0% |
| **Net Income (loss)** | -2% | 0% | 1% | 1% |

A - 2

**INACOM CORP. AND SUBSIDIARIES**
COMPARATIVE CONSOLIDATED STATEMENT OF INCOME
Years Ended December 31, 1996 - 1999
(In 000s)

|  | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Products | $5,086 | $3,879 | $3,627 | $2,945 |
| Services | 816 | 379 | 270 | 157 |
|  | 5,903 | 4,258 | 3,896 | 3,102 |
| **Direct Costs** | | | | |
| Products | 4,868 | 3,648 | 3,419 | 2,772 |
| Services | 560 | 229 | 148 | 90 |
|  | 5,428 | 3,876 | 3,567 | 2,861 |
| Gross margin | 475 | 382 | 329 | 241 |
| Selling general and administrative expenses | 745 | 230 | 219 | 167 |
| Restructuring charges | 189 | 0 | 0 | 0 |
| EBITDA | -460 | 152 | 110 | 74 |
| Depreciation and amortization(1) | 82 | 46 | 31 | 22 |
| EBIT | -542 | 106 | 79 | 52 |
| Interest expense | 49 | 34 | 29 | 20 |
| Pretax income | -591 | 72 | 50 | 32 |
| Income tax expense (benefit) | -181 | 30 | 20 | 13 |
| Net income before distributions on preferred securities of trust | -410 | 43 | 29 | 19 |
| Distributions on convertible preferred securities | 9 | 0 | 0 | 0 |
| **Net Income (loss)** | -$419 | $43 | $29 | $19 |
| **Common shares and equivalents outstanding** | | | | |
| Diluted | 45,400 | 20,700 | 14,600 | 11,900 |

1. 1999 Depreciation is from HL document #1251, pp; 111+

Source: 1996 - 1998 audited financial statements and 1999 unaudited (restated) financial statements (document ICN 00870)

A - 3

**INACOM CORP. AND SUBSIDIARIES**
COMPARATIVE CONSOLIDATED MARGIN ANALYSIS
Years Ended December 31, 1996 - 1999

|  | 1999 | 1998 | 1997 | 1996 |
|---|---|---|---|---|
| **Revenue** |  |  |  |  |
| Products | 86% | 91% | 93% | 95% |
| Services | 14% | 9% | 7% | 5% |
|  | 100% | 100% | 100% | 100% |
| **Direct Costs** |  |  |  |  |
| Products | 82% | 86% | 88% | 89% |
| Services | 9% | 5% | 4% | 3% |
|  | 92% | 91% | 92% | 92% |
| Gross margin | 8% | 9% | 8% | 8% |
| Selling general and administrative expenses | 13% | 5% | 6% | 5% |
| Restructuring charges | 3% | 0% | 0% | 0% |
| Operating income | -9% | 2% | 2% | 2% |
| Interest expense | 1% | 1% | 1% | 1% |
| Pretax income | -10% | 2% | 1% | 1% |
| Income tax expense (benefit) | -3% | 1% | 1% | 0% |
| Net income before distributions on preferred securities of trust | -7% | 1% | 1% | 1% |
| Distributions on convertible preferred securities | 0% | 0% | 0% | 0% |
| **Net Income (loss)** | -7% | 1% | 1% | 1% |

A - 4

**INACOM CORP. AND SUBSIDIARIES**
COMPARATIVE CONSOLIDATED BALANCE SHEET
December 31, 1996 - 1999
(In 000s)

|  | 1999 (1) | 1998 | 1997 | 1996 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and equivalents | $71,160 | $54,416 | $52,592 | $31,410 |
| Accounts receivable, net (2) | 583,427 | 408,052 | 252,067 | 288,407 |
| Deferred income taxes | 47,922 | 9,068 | 6,327 | 3,554 |
| Inventories | 339,789 | 267,775 | 429,362 | 386,592 |
| Other | 57,822 | 15,568 | 7,431 | 2,335 |
| Total current assets | 1,100,120 | 754,879 | 747,779 | 712,298 |
| Property and equipment, at cost | 334,842 | 211,585 | 175,117 | 116,970 |
| Less: Accumulated depreciation | 176,908 | 113,383 | 85,270 | 57,845 |
| Net property and equipment | 157,934 | 98,202 | 89,847 | 59,125 |
| Other assets | 38,314 | 39,105 | 34,502 | 27,531 |
| Goodwill | 256,095 | 0 | 0 | 0 |
| Deferred income taxes | 120,324 | 0 | 0 | 0 |
| Cost in excess of net assets of business acquired | 0 | 211,353 | 88,411 | 48,646 |
| **Total Assets** | $1,672,787 | $1,103,539 | $960,539 | $847,600 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $640,148 | $369,492 | $409,513 | $406,753 |
| Notes payable | 50,069 | 0 | 0 | 140,770 |
| Income taxes payable | 0 | 3,937 | 5,908 | 3,531 |
| Other current liabilities | 193,420 | 100,499 | 74,372 | 60,941 |
| Total current liabilities | 883,637 | 473,928 | 489,793 | 611,995 |
| Debt | 357,501 | 0 | 0 | 0 |
| Company-obligated mandatorily redeemable convertible preferred securities of subsidiary trust | 195,328 | 0 | 0 | 0 |
| Convertible subordinated debentures and other long-term debt | 0 | 201,500 | 141,500 | 55,250 |
| Other long-term liabilities | 469 | 0 | 226 | 73 |
| Deferred income taxes | 0 | 2,974 | 3,804 | 3,452 |
| Total Liabilities | 1,436,935 | 678,402 | 635,323 | 670,770 |
| **Stockholders' Equity** | | | | |
| Common stock | 4,642 | 1,677 | 1,482 | 1,085 |
| Additional paid-in capital | 423,013 | 274,868 | 216,671 | 98,153 |
| Accumulated other comprehensive income | -1,761 | 182 | 0 | 0 |
| Retained earnings (deficit) | -183,265 | 149,647 | 107,063 | 77,607 |
| Total stockholders' equity | 242,629 | 426,374 | 325,216 | 176,845 |
| Unearned restricted stock | -6,777 | -1,237 | 0 | -15 |
| Net stockholders' equity | 235,852 | 425,137 | 325,216 | 176,830 |
| **Total Liabilities & Stockholders' Equity** | $1,672,787 | $1,103,539 | $960,539 | $847,600 |

1. The 1999 balance sheet is from the undaudited financial statements for November, page 007261. The balance sheet is after additional reclasses and charges, but includes the service portion of the business that was sold.

2. Accounts receivable includes vendor receivables.

Source: 1996 - 1998 audited financial statements and 1999 unaudited (restated) financial statements (document ICN 00870)

A - 5

**INACOM CORP. AND SUBSIDIARIES**
COMPARATIVE CONSOLIDATED CASH FLOW STATEMENT
Years Ended December 31, 1996 - 1998
(In 000s)

| | 1998 | 1997 | 1996 |
|---|---|---|---|
| **Operating Activities** | | | |
| Net income from continuing operations | $42,584 | $29,456 | $18,733 |
| Adjustments to reconcile net income | | | |
| Depreciation and amortization | 45,753 | 31,274 | 21,814 |
| Changes in assets and liabilities | | | |
| Accounts receivable | -166,885 | -29,028 | -123,648 |
| Inventories | 163,295 | -29,994 | -31,794 |
| Other current assets | -7,469 | -2,954 | 97 |
| Accounts payable | -57,231 | -27,943 | 71,162 |
| Other liabilities | 7,726 | -10,461 | 20,896 |
| Income taxes | -3,696 | -44 | 4,451 |
| Net cash (used in) provided by operations | 24,077 | -39,694 | -18,289 |
| **Investing Activities** | | | |
| Business combinations | -57,211 | -14,850 | -23,386 |
| Additions to property and equipment | -40,174 | -50,656 | -26,240 |
| (Advances of) receipts from notes receivable | -2,465 | -420 | 446 |
| Other, including investments in unconsolidated affiliates | -14,773 | -13,044 | -11,950 |
| Net cash (used in) provided by investing activities | -114,623 | -78,970 | -61,130 |
| **Financing Activities** | | | |
| Proceeds from (payments of) notes payable | 60,000 | -140,770 | 63,094 |
| Proceeds from receivables sold | 31,000 | 100,000 | 0 |
| Principal payments on long-term debt | 0 | 0 | -30,334 |
| Proceeds from offering of public stock | 0 | 92,950 | 0 |
| Proceeds from long-term debt | 0 | 86,250 | 55,250 |
| Proceeds from the exercise of employee stock options | 1,188 | 1,416 | 2,129 |
| Net cash (used in) provided by financing activities | 92,188 | 139,846 | 90,139 |
| Change in foreign currency translation adjustment | 182 | | |
| Net increase (decrease) in cash & equivalents | 1,824 | 21,182 | 10,720 |
| Cash and cash equivalents at beginning of year | 52,592 | 31,410 | 20,690 |
| **Cash and Cash Equivalents at End of Year** | $54,416 | $52,592 | $31,410 |

Source: Audited financial statements.

A - 6

Intuom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| VALUATION ASSUMPTIONS | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Stub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000[1] | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ASSUMPTIONS** | | | | | | | | | | | | | | | | |
| Products Sales Growth | NA | 24.6% | 0.4% | -15.5% | NA | NA | NA | NA | 10.0% | 10.0% | 7.5% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Services Sales Growth | NA | 46.4% | 12.1% | -6.1% | NA | NA | NA | | | | | | | | | |
| Total Sales Growth | NA | 26.7% | 2.3% | -14.3% | NA | NA | NA | | | | | | | | | |
| Products Gross Profit Margin | 7.5% | 7.3% | 6.7% | 4.3% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Services Gross Profit Margin | 40.4% | 41.2% | 39.5% | 31.4% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Total Gross Profit Margin | 10.6% | 11.0% | 10.8% | 8.0% | NA | NA | | | | | | | | | | |
| Operating Expenses / Sales | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | 7.6% | 7.5% | 8.3% | 11.2% | NA | NA | 31.9% | 25.5% | 24.3% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| Restructuring Charges | 0.0% | 0.0% | 0.2% | 3.2% | NA | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Operating Expenses / Sales | 7.6% | 7.5% | 8.5% | 14.4% | NA | NA | 31.9% | 25.5% | 24.3% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| Expense Growth | NA | 24.2% | 15.5% | 46.1% | NM | NM | -75.2% | 31.5% | 4.8% | 5.0% | 7.5% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| **WORKING CAPITAL INVESTMENT** | | | | | | | | | | | | | | | | |
| Receivables -- DSO | 19.8 | 13.7 | 21.6 | 36.1 | NM | NA | 21.6 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 |
| --Receivables / revenue | 5.4% | 3.7% | 5.9% | 9.9% | NM | NA | 19.6% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% |
| Inventory turnover | 12.3x | 14.0x | 22.9x | 16.0x | NM | NA | 17.1x | 27.4x | 30.2x | 33.2x | 33.0x | 33.0x | 33.0x | 33.0x | 33.0x | 33.0x |
| -- Inventory / revenue | 7.3% | 6.4% | 3.9% | 5.8% | NM | NA | 3.9% | 2.4% | 2.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Other current assets / revenue | 0.1% | 0.2% | 0.4% | 1.8% | NM | NA | 2.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| AP - DPO | 31.2 | 24.9 | 22.0 | 43.0 | NM | NA | 46.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 |
| -- AP / revenue | 7.7% | 6.1% | 5.4% | 10.8% | NM | NA | 8.6% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% |
| Accrued expenses / revenue | 1.2% | 1.2% | 1.5% | 3.3% | NM | NA | 14.3% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% |
| **FIXED CAPITAL INVESTMENT** | | | | | | | | | | | | | | | | |
| Capital expenditures | 26 | 51 | 40 | NA | NA | NA | 14 | 27 | 35 | 40 | 42 | 45 | 46 | 48 | 49 | 51 |
| -- % of revenues | 0.5% | 0.8% | 0.6% | NA | NA | NA | 2.2% | 2.5% | 2.9% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Depreciation and Amortization | 39 | 58 | 78 | 82 | NA | NA | 21 | 30 | 34 | 38 | 37 | 40 | 43 | 45 | 46 | 48 |
| -- Depr. / Prior yr. NFA | NA | 98.8% | 86.9% | NA | NA | NA | 28.5% | 45.2% | 53.5% | 58.3% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% |
| -- % of revenues | 0.7% | 0.9% | 1.1% | NA | NA | NA | 3.1% | 2.8% | 2.8% | 2.9% | 2.6% | 2.7% | 2.8% | 2.8% | 2.9% | 2.8% |
| **IMPLIED RATIOS** | | | | | | | | | | | | | | | | |
| NOPAT / Invested Capital | 21.4% | 28.9% | 13.7% | -34.4% | NM | NM | -14.5% | 41.7% | 53.4% | 65.4% | 66.9% | 65.4% | 64.1% | 63.4% | 63.2% | 63.0% |
| Sales / Fixed Assets | 89.9x | 75.0x | 73.3x | 46.1x | NM | NM | 5.9x | 16.8x | 18.7x | 20.1x | 20.3x | 19.8x | 19.3x | 19.1x | 19.0x | 19.0x |
| Sales / Working Capital | 19.4x | 23.6x | 22.3x | 16.4x | NM | NM | 3.2x | 40.0x | 34.6x | 37.6x | 38.7x | 38.3x | 37.9x | 37.9x | 37.9x | 37.9x |

[1] Projections for the period of April 22, 2000 to December 31, 2000

B - 1