Inacom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| INCOME STATEMENT[1] | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Sub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000[2] | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - Products | 4,810 | 5,994 | 6,019 | 5,086 | NA | NA | 663 | 1,089 | 1,198 | 1,318 | 1,417 | 1,487 | 1,532 | 1,578 | 1,625 | 1,674 |
| Sales - Services | 507 | 762 | 869 | 816 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Sales | 5,317 | 6,756 | 6,888 | 5,903 | NA | NA | 663 | 1,089 | 1,198 | 1,318 | 1,417 | 1,487 | 1,532 | 1,578 | 1,625 | 1,674 |
| COGS - Products | 4,451 | 5,556 | 5,615 | 4,868 | NA | NA | 443 | 713 | 785 | 863 | 928 | 974 | 1,003 | 1,034 | 1,065 | 1,096 |
| COGS - Services | 302 | 436 | 526 | 560 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Cost of Goods Sold | 4,753 | 5,992 | 6,141 | 5,428 | NA | NA | 443 | 713 | 785 | 863 | 928 | 974 | 1,003 | 1,034 | 1,065 | 1,096 |
| Gross Profit - Products | 359 | 438 | 404 | 218 | NA | NA | 219 | 376 | 413 | 455 | 489 | 513 | 529 | 544 | 561 | 578 |
| Gross Profit - Services | 205 | 326 | 343 | 255 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Gross Profit | 564 | 764 | 747 | 475 | NA | NA | 219 | 376 | 413 | 455 | 489 | 513 | 529 | 544 | 561 | 578 |
| *Gross Profit Margin - Products* | *7.5%* | *7.3%* | *6.7%* | *4.3%* | *NM* | *NM* | *33.1%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* |
| *Gross Profit Margin - Services* | *40.4%* | *41.2%* | *39.5%* | *31.4%* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| *Gross Profit Margin* | *10.6%* | *11.0%* | *10.8%* | *8.0%* | *NM* | *NM* | *33.1%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* | *34.5%* |
| Operating Expenses | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | 406 | 505 | 571 | 663 | NA | NA | 211 | 278 | 291 | 306 | 329 | 345 | 355 | 366 | 377 | 388 |
| Restructuring Charges | 0 | 0 | 12 | 189 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating Expenses | 406 | 505 | 583 | 852 | NA | NA | 211 | 278 | 291 | 306 | 329 | 345 | 355 | 366 | 377 | 388 |
| Depreciation and Amortization | 39 | 58 | 78 | 82 | NA | NA | 21 | 30 | 34 | 38 | 37 | 40 | 43 | 45 | 46 | 48 |
| EBITDA | 158 | 239 | 176 | (180) | NA | NA | 8 | 98 | 122 | 140 | 160 | 168 | 173 | 178 | 184 | 189 |
| *EBITDA Margin* | *3.0%* | *3.6%* | *2.6%* | *-3.2%* | *NA* | *NA* | *1.2%* | *9.0%* | *10.2%* | *11.2%* | *11.3%* | *11.3%* | *11.3%* | *11.3%* | *11.3%* | *11.3%* |
| EBIT | 119 | 181 | 98 | (188) | NA | NA | (13) | 68 | 88 | 111 | 123 | 128 | 130 | 134 | 137 | 141 |
| *EBIT Margin* | *2.2%* | *2.7%* | *1.4%* | *-3.2%* | *NA* | *NA* | *-1.9%* | *6.2%* | *7.4%* | *8.4%* | *8.7%* | *8.6%* | *8.5%* | *8.5%* | *8.4%* | *8.5%* |
| Pro Forma Income Taxes | 48 | 72 | 39 | 0 | NA | NA | 0 | 41 | 53 | 67 | 74 | 77 | 78 | 80 | 82 | 85 |
| Net Operating Profit After Taxes | 71 | 109 | 59 | (188) | NA | NA | (13) | 27 | 35 | 45 | 49 | 51 | 52 | 54 | 55 | 57 |

[1] Historical income statement amounts per Inacom Corp. 1996 - 1999 unaudited (revised) financial statements (ICIV 00070, 00871,03390, and 03391); historical depreciation and amortization amounts per III, Document 1231; PP 111+

[2] Projections for the period of April 22, 2000 to December 31, 2000

Inacom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| BALANCE SHEET | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Sub 4/22/00 | Pro-Forma 4/22/00 | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable¹ | 288 | 252 | 408 | 583 | 342 | 250 | 130 | 157 | 173 | 186 | 195 | 201 | 207 | 213 | 220 |
| Inventory | 387 | 429 | 268 | 340 | 42 | 42 | 26 | 26 | 26 | 28 | 30 | 30 | 31 | 32 | 33 |
| Other Current Assets | 6 | 14 | 25 | 106 | 7 | 7 | 16 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 |
| Total Current Assets | 681 | 695 | 700 | 1,029 | 391 | 299 | 172 | 188 | 204 | 219 | 230 | 237 | 244 | 252 | 259 |
| Accounts Payable | 407 | 410 | 369 | 640 | 229 | 110 | 57 | 39 | 42 | 46 | 48 | 49 | 51 | 52 | 54 |
| Accrued Liabilities | 64 | 80 | 104 | 193 | 238 | 238 | 95 | 115 | 126 | 136 | 143 | 147 | 151 | 156 | 161 |
| Total Current Liabilities | 471 | 490 | 474 | 834 | 467 | 348 | 152 | 154 | 169 | 181 | 191 | 196 | 202 | 208 | 214 |
| Net Working Capital | 274 | 286 | 331 | 389 | 162 | 188 | 20 | 33 | 35 | 38 | 40 | 41 | 42 | 44 | 45 |
| Net Fixed Assets | 59 | 90 | 98 | 158 | 73 | 73 | 66 | 64 | 67 | 73 | 78 | 81 | 84 | 87 | 90 |
| Invested Capital | 333 | 376 | 429 | 547 | 235 | 261 | 86 | 99 | 102 | 111 | 118 | 122 | 127 | 130 | 135 |

¹ Includes Vendor Receivables

B-3

Isotom Corp.
Projected Financial Results
Fiscal Years April 21, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ millions)

| DISCOUNTED CASH FLOW ANALYSIS | 2000.1 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Operating Profit After Taxes | (13) | 41 | 53 | 67 | 74 | 77 | 78 | 80 | 82 | 85 |
| Plus: Depreciation Expense | 21 | 30 | 34 | 38 | 37 | 40 | 43 | 45 | 46 | 48 |
| Total Sources of Cash | 8 | 71 | 87 | 104 | 111 | 117 | 121 | 125 | 129 | 133 |
| Less: Change in Net Working Capital | (168) | 15 | 0 | 0 | 3 | 2 | 1 | 1 | 1 | 1 |
| Less: Capital Expenditures | 14 | 27 | 35 | 40 | 42 | 45 | 46 | 48 | 49 | 51 |
| Total Uses of Cash | (154) | 42 | 35 | 40 | 45 | 47 | 47 | 49 | 50 | 52 |
| Free Cash Flow | 162 | 29 | 52 | 64 | 66 | 70 | 74 | 76 | 79 | 80 |

| | | | |
|---|---|---|---|
| Discount Rate Range - Terminal Value | 15.50% | 14.50% | 13.50% |
| Discount Rate Range - Projected Cash Flows | 15.50% | 14.50% | 13.50% |
| Terminal Value in 2009 - Gordon Growth | 663 | 721 | 789 |
| Present Value of Terminal Value | 176 | 207 | 246 |
| Present Value of FYE 2000-2009 Cash Flows | 429 | 441 | 454 |
| Enterprise Value before non-core receivables | 605 | 648 | 700 |
| Cash collected from non-core receivables[1] | (120) | (120) | (120) |
| Enterprise Value | 485 | 528 | 580 |
| EV / 2000 Sales | NM | NM | NM |
| EV / LTM EBITDA | NM | NM | NM |
| EV / 2000 EBITDA | NM | NM | NM |
| Terminal Value / 2009 EBITDA | 3.5x | 3.8x | 4.2x |
| Terminal Value / 2009 NOPAT (Debt-free P/E) | 7.8x | 8.5x | 9.3x |
| Terminal Value / 2009 Revenues | 0.60x | 0.63x | 0.67x |

[1] Cash collected from non-core inventory, included in enterprise value before non-core receivables and in enterprise value. It was determined that opportuning inventory would not have a material effect on our analysis.

B - 4

# INACOM CORP.
## COMPARABLE PUBLIC COMPANY ANALYSIS
### April 22, 2000

| Company (Ticker) | Common Stock Price | Equity Value (in millions) | Enterprise Value (in millions) | Debt/Total Capital* | LTM Revenues (in millions) | Common Stock Price as a Multiple of — LTM EPS | Projected EPS | Book Value Per Share | Enterprise Value as a Multiple of — LTM EBITDA | Projected EBITDA | LTM EBIT | Projected EBIT | LTM Revenues | Return Analysis — LTM ROE | 3-yr. Avg. ROE | LTM ROI | 3-yr. Avg. ROI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCR Corporation (NCR) | $20.03 | $3,759 | $3,122 | 2.0% | $6,196 | 11.1x | 16.8x | 2.4x | 5.6x | 4.7x | 15.4x | 10.1x | 0.50x | 23.2% | 10.7% | 21.9% | 10.1% |
| Unisys Corporation (UIS) | 23.56 | 7,392 | 7,872 | 12.1% | 7,391 | 14.2 | 13.3 | 3.5 | 7.6 | 6.6 | 8.9 | 7.6 | 1.07 | 40.2% | 653.2% | 20.7% | 12.0% |
| CIBER, Inc. (CIBR) | 18.00 | 1,070 | 1,023 | 0.0% | 362 | 60.0 | 19.9 | 3.2 | 21.7 | 9.7 | 28.4 | 10.9 | 2.82 | 7.0% | 22.4% | 7.1% | 22.5% |
| Computer Horizons Corp. (CHRZ) | 12.13 | 402 | 409 | 5.5% | 535 | 20.8 | 17.7 | 1.5 | 9.4 | 13.9 | 10.7 | 17.1 | 0.76 | 7.3% | 15.9% | 7.2% | 15.8% |
| Computer Task Group Inc. (CTG) | 7.88 | 164 | 188 | 15.8% | 472 | 7.2 | 21.5 | 1.7 | 4.5 | 8.5 | 5.7 | 13.9 | 0.40 | 20.4% | 27.8% | 18.7% | 27.6% |
| Keane Inc. (KEA) | 21.81 | 1,530 | 1,399 | 0.7% | 1,041 | 19.4 | 36.9 | 3.6 | 8.7 | 14.9 | 10.8 | 22.5 | 1.34 | 20.7% | 25.7% | 20.3% | 25.3% |
| Perot Systems Corp. (PER) | 16.69 | 1,553 | 1,576 | 0.0% | 1,141 | 26.7 | 23.9 | 4.0 | 12.5 | 13.6 | 16.0 | 17.9 | 1.38 | 26.5% | 33.6% | 26.5% | 33.2% |
| Computer Sciences Corp. (CSC) | 80.88 | 13,553 | 14,788 | 6.4% | 6,795 | 47.8 | 26.8 | 4.7 | 17.2 | 11.8 | 31.7 | 17.1 | 2.18 | 11.0% | 17.4% | 8.9% | 13.3% |
| Highest | | $13,553 | $14,788 | 15.8% | $7,391 | 60.0x | 37.7x | 4.7x | 21.7x | 14.9x | 31.7x | 22.5x | 2.82x | 40.2% | 653.2% | 26.5% | 33.2% |
| Lowest | | $164 | $188 | 0.0% | $362 | 7.2x | 13.3x | 1.5x | 4.5x | 4.7x | 5.7x | 7.6x | 0.40x | 7.0% | 10.7% | 7.1% | 10.1% |
| Mean | | $3,675 | $3,797 | 5.3% | $2,992 | 25.9x | 24.6x | 3.1x | 10.9x | 10.5x | 15.9x | 14.6x | 1.31x | 19.5% | 100.8% | 16.4% | 20.0% |
| Median | | $1,542 | $1,487 | 3.8% | $1,091 | 20.1x | 22.7x | 3.4x | 9.0x | 10.7x | 13.1x | 15.5x | 1.20x | 20.6% | 24.0% | 19.5% | 19.2% |

| Company (Ticker) | Growth Rates — LTM Revenues | 3-yr. CAGR Revenues | LTM EBITDA | 3-yr. CAGR EBITDA | Longterm Proj. EPS | Margin Analysis — LTM Gross | 3-yr. Avg. Gross | LTM EBITDA | 3-yr. Avg. EBITDA | LTM Net Income | 3-yr. Avg. Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ncr Corp (NCR) | -4.8% | -3.8% | 8.7% | -0.5% | 18.3% | 36.2% | 35.2% | 9.1% | 7.5% | 5.7% | 2.5% |
| Unisys Corp (UIS) | -0.4 | 5.8 | -2.2 | 26.7 | 17.9 | 36.6 | 37.0 | 14.0 | 13.5 | 7.0 | 2.9 |
| Ciber Inc (CIBR) | 6.6 | 34.5 | -7.4 | 69.4 | 19.5 | 36.3 | 34.4 | 13.0 | 13.2 | 4.9 | 6.4 |
| Computer Horizons Corp (CHRZ) | 3.8 | 26.9 | -46.7 | 22.4 | 21.9 | 32.7 | 34.6 | 8.2 | 12.3 | 3.5 | 6.4 |
| Computer Task Group Inc (CTG) | 0.9 | 8.9 | -6.8 | 16.9 | 14.0 | 34.0 | 32.2 | 8.9 | 9.0 | 3.9 | 4.5 |
| Keane Inc (KEA) | -3.3 | 27.2 | -18.9 | 44.0 | 21.1 | 34.6 | 35.3 | 15.5 | 16.4 | 7.8 | 8.2 |
| Perot Systems Corp (PER) | 14.8 | 23.9 | 9.2 | 25.4 | 24.0 | 25.9 | 25.6 | 11.0 | 10.7 | 6.2 | 4.9 |
| Computer Sciences Corp (CSC) | 16.0 | 17.3 | 21.3 | 19.7 | 17.7 | 21.2 | 21.8 | 12.7 | 12.9 | 4.2 | 4.8 |
| Highest | 16.0% | 34.5% | 21.3% | 69.4% | 24.0% | 36.6% | 37.0% | 15.5% | 16.4% | 7.8% | 8.2% |
| Lowest | -4.8% | -3.8% | -46.7% | -0.5% | 14.0% | 21.2% | 21.8% | 8.2% | 7.5% | 3.5% | 2.5% |
| Mean | 4.2% | 17.6% | -5.4% | 28.0% | 19.3% | 32.2% | 32.0% | 11.5% | 11.9% | 5.4% | 5.1% |
| Median | 2.4% | 20.6% | -4.5% | 23.9% | 18.9% | 34.3% | 34.5% | 11.9% | 12.6% | 5.3% | 4.8% |

| Index | Price | Price One Year Ago | % Change in Price | LTM EPS | Projected EPS | Price as a Multiple of — LTM EPS | Proj EPS |
|---|---|---|---|---|---|---|---|
| Dow Jones Industrial Average | 10,844.05 | 10,727.18 | 1.1% | NA | NA | NA | NA |
| S&P 500 | 1,434.54 | 1,358.82 | 5.6% | $58.52 | $53.33 | 24.5x | 26.9x |

* Total capital equals the sum of the market value of common stock, the book value of total debt, preferred stock, and minority interest.

Note: Projected results exclude amortization of goodwill; historical results include amortization of goodwill, if any, as reported.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC, and First Call Corporation.

INACOM CORP.
COMPARABLE PUBLIC COMPANY ANALYSIS
FINANCIAL PROFILE
(In millions, except per share data)
April 22, 2000

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **Common Stock Data** | | | | | | | | |
| Common Stock Price | $20.03 | $23.56 | $18.00 | $12.13 | $7.88 | $21.81 | $16.69 | $80.88 |
| Common Stock Price - One Yr. Ago | 20.31 | 30.56 | 18.25 | 12.88 | 16.19 | 22.75 | 30.38 | 56.00 |
| Percent Price Change | -1.4% | -22.9% | -1.4% | -5.8% | -51.4% | -4.1% | -45.1% | 44.4% |
| | | | | | | | | |
| 52-Week High | $26.31 | $49.31 | $29.25 | $25.00 | $20.00 | $35.00 | $32.00 | $94.63 |
| 52-Week Low | 13.38 | 19.50 | 14.00 | 10.88 | 7.75 | 20.06 | 15.50 | 54.94 |
| | | | | | | | | |
| Indicated Dividend | $0.00 | $0.00 | $0.00 | $0.00 | $0.10 | $0.00 | $0.00 | $0.00 |
| Dividend Yield | 0.0% | 0.0% | 0.0% | 0.0% | 1.3% | 0.0% | 0.0% | 0.0% |
| | | | | | | | | |
| Book Value Per Share | $8.50 | $6.65 | $5.67 | $7.92 | $4.55 | $6.03 | $4.20 | $17.26 |
| | | | | | | | | |
| **Trading Activity** | | | | | | | | |
| Common Shares Outstanding | 187.7 | 313.7 | 59.5 | 33.2 | 20.9 | 70.1 | 93.1 | 167.3 |
| Common Stock Float | | | | | | | | |
| Avg. Daily Shares Traded over LTM | 1.1 | 2.3 | 0.4 | 0.4 | 0.1 | 0.5 | 0.3 | 0.8 |
| % of Float Traded Daily | | | | | | | | |
| Stock Exchange | NYSE | NYSE | NYSE | NASDAQ | NYSE | NYSE | NYSE | NYSE |
| | | | | | | | | |
| **Capitalization** | | | | | | | | |
| Market Value of Common Equity | $3,759.3 | $7,391.6 | $1,070.4 | $402.0 | $164.4 | $1,530.1 | $1,552.9 | $13,533.1 |
| Plus: Intrinsic Value of Mgmt Options | 0.0 | $73.2 | $14.1 | $0.0 | $3.3 | $0.2 | $381.7 | $529.0 |
| Plus: Total Debt Outstanding | 77.0 | 1,026.7 | 0.0 | 23.6 | 31.4 | 11.4 | 0.6 | 965.3 |
| Plus: Book Value of Preferred Stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Minority Interest | 49.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Cash and Equivalents | 763.0 | 397.4 | 62.0 | 17.1 | 10.7 | 61.6 | 334.6 | 239.4 |
| Less: Nonoperating Assets | 0.0 | 221.9 | 0.0 | 0.0 | 0.0 | 81.2 | 24.8 | 0.0 |
| | | | | | | | | |
| Enterprise Value | 3,122.3 | 7,872.2 | 1,022.6 | 408.5 | 188.4 | 1,398.9 | 1,575.8 | 14,787.9 |
| | | | | | | | | |
| Management Options Outstanding* | 14.58 | 19.16 | 5.40 | 3.60 | 1.23 | 2.89 | 33.75 | 10.68 |
| Avg. Exercise Price of Mgmt Options | $35.22 | $19.74 | $15.38 | $13.46 | $5.17 | $21.76 | $5.38 | $31.35 |
| Avg. Term Remaining | 6.27 | 7.70 | 8.80 | 3.90 | 0.60 | 3.40 | 7.29 | 6.75 |

* Including vested and nonvested.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

C - 2

**INACOM CORP.**
**COMPARABLE PUBLIC COMPANY ANALYSIS**
**FINANCIAL PERFORMANCE**
(In millions, except per share data)

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **LTM Financial Results** | | | | | | | | |
| Date of LTM Financial Results | Dec99 | Mar00 | Dec99 | Dec99 | Dec99 | Dec99 | Dec99 | Dec99 |
| Revenues | $6,196.0 | $7,390.5 | $362.0 | $534.6 | $472.0 | $1,041.1 | $1,141.0 | $6,795.5 |
| EBITDA | 561.0 | 1,033.3 | 47.2 | 43.7 | 41.8 | 161.6 | 126.0 | 860.0 |
| EBIT | 203.0 | 883.2 | 36.0 | 38.2 | 33.3 | 130.1 | 98.6 | 466.2 |
| Net Income | 353.3 | 519.4 | 17.6 | 18.5 | 18.2 | 81.3 | 70.7 | 284.0 |
| Diluted EPS | 1.81 | 1.66 | 0.30 | 0.58 | 1.09 | 1.12 | 0.62 | 1.69 |
| **Fiscal Year End Results** | | | | | | | | |
| Date of Latest Fiscal Year End | Dec99 | Dec99 | Jun99 | Dec99 | Dec99 | Dec99 | Dec99 | Mar99 |
| Revenues | $6,196.0 | $7,544.6 | $719.7 | $534.6 | $472.0 | $1,041.1 | $1,141.0 | $7,660.0 |
| EBITDA | 561.0 | 1,115.0 | 113.5 | 43.7 | 41.8 | 161.6 | 126.0 | 990.3 |
| EBIT | 203.0 | 960.7 | 98.4 | 38.2 | 33.3 | 130.1 | 98.6 | 545.3 |
| Net Income | 353.3 | 522.8 | 55.4 | 18.5 | 18.2 | 81.3 | 70.7 | 341.2 |
| Diluted EPS | 1.76 | 1.63 | 0.97 | 0.58 | 1.09 | 1.12 | 0.62 | 2.11 |
| **Projected Financial Results** | | | | | | | | |
| Date of Projected Financial Results | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 03/30/2001 |
| EBITDA | $698.6 | $1,191.9 | $105.2 | $29.3 | $22.1 | $93.8 | $115.7 | $1,258.3 |
| EBIT | 310.6 | 1,041.8 | 94.0 | 23.8 | 13.6 | 62.3 | 88.3 | 864.5 |
| Net Income | 223.6 | 557.0 | 53.7 | 10.7 | 7.6 | 41.5 | 65.0 | 595.5 |
| Diluted EPS | 1.19 | 1.78 | 0.90 | 0.32 | 0.37 | 0.59 | 0.70 | 3.02 |
| **First Call Earnings Estimates** | | | | | | | | |
| Date of First Call Estimates | 01/29/2000 | 04/04/2000 | 02/16/2000 | 04/14/2000 | 04/03/2000 | 02/23/2000 | 04/04/2000 | 04/11/2000 |
| Date of Next Fiscal Year End | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 12/29/2000 | 03/30/2001 |
| EPS Projection | 1.19 | 1.78 | 0.90 | 0.32 | 0.37 | 0.59 | 0.70 | 3.02 |
| Range of EPS Projections | 1.22/1.175 | 1.80/1.74 | 0.98/0.75 | 0.40/0.27 | 0.40/0.28 | 0.70/0.45 | 0.70/0.69 | 3.07/2.95 |
| Number of Analysts | 7 | 11 | 9 | 5 | 5 | 8 | 8 | 13 |
| Date of 2nd Fiscal Year End | 12/31/2001 | 12/31/2001 | 12/31/2001 | 12/31/2001 | 12/31/2001 | 12/31/2001 | 12/31/2001 | 03/28/2002 |
| EPS Projection | 1.45 | 2.14 | 1.13 | 0.83 | 0.93 | 1.01 | 0.87 | 3.61 |
| Range of EPS Projections | 1.50/1.425 | 2.32/2.06 | 1.25/0.92 | 0.90/0.80 | 1.05/0.86 | 1.24/0.80 | 0.90/0.85 | 3.65/3.60 |
| Number of Analysts | 5 | 11 | 8 | 4 | 4 | 17 | 8 | 2 |
| Long-term Earnings Growth Rate | 18.3% | 17.9% | 19.5% | 21.9% | 14.0% | 21.1% | 24.0% | 17.7% |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc., Duff & Phelps, LLC, and First Call Corporation.

C - 3

INACOM CORP.
COMPARABLE PUBLIC COMPANY ANALYSIS
HISTORICAL PROFIT MARGINS

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **Gross Margins (%)** | | | | | | | | |
| LTM | 36.2 | 36.6 | 36.3 | 32.7 | 34.0 | 34.6 | 25.9 | 21.2 |
| 2003 | 36.2 | 37.6 | 35.6 | 32.7 | 34.0 | 34.6 | 25.9 | 22.0 |
| 2002 | 35.1 | 36.3 | 34.9 | 37.2 | 32.4 | 36.5 | 25.4 | 22.0 |
| 2001 | 34.3 | 37.2 | 32.7 | 33.9 | 30.2 | 34.8 | 25.4 | 21.4 |
| Three-Year Average | 35.2 | 37.0 | 34.4 | 34.6 | 32.2 | 35.3 | 25.6 | 21.8 |
| **EBITDA Margins (%)** | | | | | | | | |
| LTM | 9.1 | 14.0 | 13.0 | 8.2 | 8.9 | 15.5 | 11.0 | 12.7 |
| 2003 | 9.1 | 14.8 | 15.8 | 8.2 | 8.9 | 15.5 | 11.0 | 12.9 |
| 2002 | 7.9 | 13.2 | 13.2 | 15.9 | 9.6 | 18.5 | 11.6 | 12.9 |
| 2001 | 5.5 | 12.4 | 10.6 | 12.9 | 8.4 | 15.3 | 9.3 | 13.0 |
| Three-Year Average | 7.5 | 13.5 | 13.2 | 12.3 | 9.0 | 16.4 | 10.7 | 12.9 |
| **EBIT Margins (%)** | | | | | | | | |
| LTM | 3.3 | 12.0 | 9.9 | 7.1 | 7.1 | 12.5 | 8.6 | 6.9 |
| 2003 | 3.3 | 12.7 | 13.7 | 7.1 | 7.1 | 12.5 | 8.6 | 7.1 |
| 2002 | 2.3 | 11.0 | 11.5 | 15.3 | 8.5 | 16.6 | 7.8 | 7.0 |
| 2001 | -0.3 | 9.4 | 9.1 | 12.3 | 7.1 | 12.0 | 4.8 | 7.0 |
| Three-Year Average | 1.8 | 11.1 | 11.4 | 11.6 | 7.6 | 13.7 | 7.1 | 7.0 |
| **Net Income Margins (%)** | | | | | | | | |
| LTM | 5.7 | 7.0 | 4.9 | 3.5 | 3.9 | 7.8 | 6.2 | 4.2 |
| 2003 | 5.7 | 6.9 | 7.7 | 3.5 | 3.9 | 7.8 | 6.2 | 4.5 |
| 2002 | 1.8 | 5.2 | 6.4 | 8.5 | 5.1 | 9.4 | 5.1 | 6.0 |
| 2001 | 0.1 | -3.4 | 5.1 | 7.2 | 4.4 | 7.3 | 3.3 | 4.0 |
| Three-Year Average | 2.5 | 2.9 | 6.4 | 6.4 | 4.5 | 8.2 | 4.9 | 4.8 |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

C - 4

**INACOM CORP.**
**COMPARABLE PUBLIC COMPANY ANALYSIS**
**HISTORICAL GROWTH RATES**

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **Revenue Growth (%)** | | | | | | | | |
| YTD | -4.8 | -8.5 | 6.6 | 3.8 | 0.9 | -3.3 | 14.8 | 16.0 |
| LTM | -4.8 | -0.4 | 6.6 | 3.8 | 0.9 | -3.3 | 14.8 | 16.0 |
| 2003 | -4.8 | 4.2 | 24.8 | 3.8 | 0.9 | -3.3 | 14.8 | 16.0 |
| 2002 | -1.3 | 8.7 | 39.5 | 47.0 | 14.8 | 52.3 | 27.1 | 17.5 |
| 2001 | -5.4 | 4.6 | 39.7 | 34.0 | 11.6 | 39.7 | 30.4 | 18.5 |
| Three-Year CAGR | -3.8 | 5.8 | 34.5 | 26.9 | 8.9 | 27.2 | 23.9 | 17.3 |
| **EBITDA Growth (%)** | | | | | | | | |
| YTD | 8.7 | -27.7 | -7.4 | -46.7 | -6.8 | -18.9 | 9.2 | 21.3 |
| LTM | 8.7 | -2.2 | -7.4 | -46.7 | -6.8 | -18.9 | 9.2 | 21.3 |
| 2003 | 8.7 | 16.5 | 49.7 | -46.7 | -6.8 | -18.9 | 9.2 | 16.7 |
| 2002 | 41.8 | 15.6 | 72.4 | 81.7 | 30.4 | 84.9 | 58.0 | 16.6 |
| 2001 | -36.1 | 51.0 | 88.4 | 89.4 | 31.4 | 99.0 | 14.2 | 26.1 |
| Three-Year CAGR | -0.5 | 26.7 | 69.4 | 22.4 | 16.9 | 44.0 | 25.4 | 19.7 |
| **EPS Growth (%)** | | | | | | | | |
| YTD | 209.7 | 9.7 | -37.3 | -56.9 | -23.1 | -19.8 | 20.1 | 21.6 |
| LTM | 209.7 | 41.9 | -37.3 | -56.9 | -23.1 | -19.8 | 20.1 | 21.6 |
| 2003 | 201.4 | 61.4 | 41.1 | -56.9 | -23.1 | -19.8 | 20.0 | -16.2 |
| 2002 | 1,544.7 | NM | 64.4 | 56.3 | 39.9 | 94.6 | 92.4 | 77.3 |
| 2001 | NA | NM | 53.3 | 84.3 | 56.3 | 80.0 | 1.6 | 39.8 |
| Three-Year CAGR | NA | NM | 52.6 | 7.5 | 18.9 | 41.1 | 32.9 | 27.6 |

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

C - 5

INACOM CORP.
COMPARABLE PUBLIC COMPANY ANALYSIS
HISTORICAL RETURNS

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **Returns on Average Assets (%)** | | | | | | | | |
| LTM | 7.4 | 10.6 | 5.6 | 6.0 | 11.0 | 16.7 | 14.2 | 6.1 |
| 2003 | 7.4 | 10.4 | 17.6 | 6.0 | 11.0 | 16.7 | 14.2 | 8.2 |
| 2002 | 2.5 | 8.6 | 21.6 | 17.4 | 18.4 | 26.5 | 15.6 | 11.3 |
| 2001 | 0.3 | -1.3 | 22.9 | 16.9 | 16.1 | 19.0 | 10.6 | 8.0 |
| Three-Year Average | 3.4 | 5.9 | 20.7 | 13.4 | 15.2 | 20.8 | 13.5 | 9.1 |
| **Returns on Average Common Equity (%)** | | | | | | | | |
| LTM | 23.2 | 40.2 | 7.0 | 7.3 | 20.4 | 20.7 | 26.5 | 11.0 |
| 2003 | 23.2 | 47.4 | 17.6 | 7.3 | 20.4 | 20.7 | 26.5 | 15.5 |
| 2002 | 8.5 | -460.6 | 22.8 | 20.3 | 34.7 | 33.1 | 42.8 | 21.7 |
| 2001 | 0.5 | 2,372.7 | 26.8 | 20.0 | 28.2 | 23.1 | 31.4 | 14.9 |
| Three-Year Average | 10.7 | 653.2 | 22.4 | 15.9 | 27.8 | 25.7 | 33.6 | 17.4 |
| **Returns on Average Invested Capital (%)*** | | | | | | | | |
| LTM | 21.9 | 20.7 | 7.1 | 7.2 | 18.7 | 20.3 | 26.5 | 8.9 |
| 2003 | 21.8 | 21.2 | 17.6 | 7.2 | 18.7 | 20.3 | 26.5 | 12.0 |
| 2002 | 7.7 | 17.2 | 22.8 | 20.5 | 35.1 | 32.8 | 42.2 | 16.5 |
| 2001 | 0.9 | -2.4 | 27.0 | 19.8 | 29.0 | 22.7 | 30.8 | 11.5 |
| Three-Year Average | 10.1 | 12.0 | 22.5 | 15.8 | 27.6 | 25.3 | 33.2 | 13.3 |

* Invested capital equals the sum of the book value of equity, total debt, preferred stock, minority interest, and deferred taxes.
Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

## INACOM CORP.
### COMPARABLE PUBLIC COMPANY ANALYSIS
### WORKING CAPITAL RATIOS

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| Current Ratio | 1.5 | 1.0 | 3.1 | 2.6 | 1.6 | 3.3 | 2.5 | 1.4 |
| **Inventory Turnover*** | | | | | | | | |
| LTM | 11.6 | 11.4 | NA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2003 | 11.6 | 11.3 | 914.7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2002 | 9.7 | 9.0 | 792.2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001 | 9.3 | 7.0 | 1,687.3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Three-Year Average | 10.2 | 9.1 | 1,131.4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Receivable Days*** | | | | | | | | |
| LTM | 81.1 | 61.6 | 137.4 | 105.2 | 59.8 | 78.4 | 43.5 | 107.7 |
| 2003 | 70.5 | 64.4 | 69.1 | 105.2 | 59.8 | 77.7 | 43.5 | 75.2 |
| 2002 | 75.3 | 55.4 | 54.9 | 76.2 | 52.3 | 64.0 | 40.5 | 73.9 |
| 2001 | 73.6 | 52.8 | 36.4 | 69.7 | 52.0 | 62.6 | 51.1 | 70.7 |
| Three-Year Average | 73.1 | 57.5 | 53.5 | 83.7 | 54.7 | 68.1 | 45.1 | 73.2 |
| **Payable Days*** | | | | | | | | |
| LTM | 34.8 | 70.8 | 19.4 | 11.7 | 14.7 | 10.4 | 17.2 | 19.9 |
| 2003 | 34.8 | 76.0 | 9.6 | 11.7 | 14.7 | 10.4 | 17.2 | 21.2 |
| 2002 | 32.6 | 68.8 | 6.6 | 4.0 | 13.5 | 10.2 | 19.1 | 21.7 |
| 2001 | 30.8 | 73.6 | 2.6 | 2.3 | 12.0 | 11.0 | 24.9 | 18.5 |
| Three-Year Average | 32.7 | 72.8 | 6.3 | 6.0 | 13.4 | 10.5 | 20.4 | 20.4 |
| **Average Adjusted Working Capital** as a % of Revenues** | | | | | | | | |
| LTM | 5.0 | -1.8 | 22.3 | 21.3 | 4.4 | 15.4 | -3.5 | 12.2 |
| 2003 | 5.0 | -3.3 | 11.0 | 21.3 | 4.4 | 15.4 | -3.5 | 7.2 |
| 2002 | 5.4 | -3.8 | 9.6 | 14.8 | 4.2 | 12.5 | -4.9 | 7.3 |
| 2001 | 3.1 | -4.4 | 7.4 | 14.1 | 5.2 | 12.4 | -1.9 | 7.1 |
| Three-Year Average | 4.5 | -3.9 | 9.3 | 16.7 | 4.6 | 13.4 | -3.4 | 7.2 |

\* Calculations based on an average balance.

\*\* Excludes cash and cash equivalents from current assets and short-term debt from current liabilities.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

C-7

**INACOM CORP.**
**COMPARABLE PUBLIC COMPANY ANALYSIS**
**FIXED ASSET ANALYSIS**

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **Capital Expenditures as a % of Revenues** | | | | | | | | |
| LTM | 5.7 | 3.0 | 2.0 | 1.5 | 1.0 | 1.6 | 2.2 | 7.7 |
| 2003 | 5.7 | 2.9 | 1.9 | 1.5 | 1.0 | 1.6 | 2.2 | 5.6 |
| 2002 | 5.6 | 2.9 | 2.0 | 2.2 | 1.1 | 1.6 | 0.0 | 5.3 |
| 2001 | 4.7 | 2.7 | 1.7 | 0.7 | 1.2 | 2.5 | 0.0 | 5.7 |
| | | | | | | | | |
| Three-Year Average | 5.4 | 2.8 | 1.9 | 1.4 | 1.1 | 1.9 | 0.7 | 5.5 |
| | | | | | | | | |
| **Depreciation as a % of Prior Year NFA** | | | | | | | | |
| LTM | 32.4 | 27.3 | 64.6 | 35.6 | 64.5 | 105.2 | 87.0 | 38.3 |
| 2003 | 32.4 | 26.6 | 87.1 | 35.6 | 64.5 | 105.2 | 87.0 | 46.5 |
| 2002 | 32.9 | 27.2 | 182.6 | 59.8 | 40.2 | 102.3 | 89.9 | 43.6 |
| 2001 | 31.7 | 32.2 | 306.0 | 44.0 | 43.8 | 212.6 | 120.5 | 52.0 |
| | | | | | | | | |
| Three-Year Average | 32.4 | 28.6 | 191.9 | 46.5 | 49.5 | 140.0 | 99.2 | 47.4 |
| | | | | | | | | |
| **Capital Expenditures as a % of Depreciation** | | | | | | | | |
| LTM | 99.2 | 148.6 | 64.2 | 145.0 | 53.2 | 52.1 | 91.9 | 132.2 |
| 2003 | 99.2 | 142.3 | 92.5 | 145.0 | 53.2 | 52.1 | 91.9 | 95.7 |
| 2002 | 100.8 | 131.1 | 123.2 | 345.6 | 101.1 | 79.6 | 0.0 | 90.3 |
| 2001 | 80.7 | 89.9 | 114.8 | 127.2 | 87.9 | 77.2 | 0.0 | 96.8 |
| | | | | | | | | |
| Three-Year Average | 93.6 | 121.1 | 110.2 | 206.0 | 80.7 | 69.6 | 30.6 | 94.2 |
| | | | | | | | | |
| **Net Fixed Asset Turns** | | | | | | | | |
| LTM | 5.9 | 12.6 | 17.0 | 30.1 | 35.5 | 36.3 | 32.4 | 5.9 |
| 2003 | 5.9 | 12.6 | 33.9 | 30.1 | 35.5 | 36.3 | 36.6 | 7.5 |
| 2002 | 5.9 | 12.5 | 51.2 | 49.7 | 36.6 | 42.6 | 27.1 | 7.2 |
| 2001 | 5.7 | 11.1 | 114.2 | 73.0 | 32.8 | 45.3 | 22.0 | 7.3 |
| | | | | | | | | |
| Three-Year Average | 5.8 | 12.0 | 66.4 | 50.9 | 35.0 | 41.4 | 28.6 | 7.3 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

C - 8

**INACOM CORP.**
**COMPARABLE PUBLIC COMPANY ANALYSIS**
**DEBT ANALYSIS**

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group, Inc. | Keane Inc. | Pivot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **Total Debt to Total Capital (%)** | | | | | | | | |
| LTM | 7.3 | 33.0 | 0.0 | 8.2 | 24.8 | 2.6 | 0.2 | 25.1 |
| 2003 | 7.3 | 33.9 | 0.0 | 8.2 | 24.8 | 2.6 | 0.2 | 29.2 |
| 2002 | 8.1 | 43.3 | 0.0 | 0.0 | 0.0 | 1.1 | 1.1 | 27.7 |
| 2001 | 20.9 | 58.4 | 0.9 | 0.8 | 0.0 | 1.4 | 3.0 | 31.8 |
| Three-Year Average | 12.1 | 45.2 | 0.3 | 3.0 | 8.3 | 1.7 | 1.4 | 29.5 |
| **Fixed Charge Coverage** | | | | | | | | |
| LTM | 16.9 | 6.4 | 189.4 | 28.2 | 14.3 | NA | 233.1 | 10.9 |
| 2003 | 16.9 | 5.1 | @NA | 28.2 | 14.3 | NA | 233.1 | 11.2 |
| 2002 | 11.7 | 2.3 | 286.0 | 104.8 | 73.9 | 1,093.9 | 318.1 | 9.1 |
| 2001 | -1.3 | 1.5 | 86.8 | 156.4 | 34.5 | 349.0 | 29.4 | 9.8 |
| Three-Year Average | 9.1 | 3.0 | 186.4 | 96.5 | 40.9 | NA | 193.5 | 10.0 |
| **Interest Coverage** | | | | | | | | |
| LTM | 16.9 | 7.7 | 189.4 | 28.2 | 14.3 | NA | 233.1 | 10.9 |
| 2003 | 16.9 | 7.7 | NA | 28.2 | 14.3 | NA | 233.1 | 11.2 |
| 2002 | 11.7 | 4.7 | 286.0 | 104.8 | 73.9 | 1,093.9 | 318.1 | 9.1 |
| 2001 | -1.3 | 2.7 | 86.8 | 156.4 | 34.5 | 349.0 | 29.4 | 9.8 |
| Three-Year Average | 9.1 | 5.0 | NA | 96.5 | 40.9 | NA | 193.5 | 10.0 |

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

C - 9

INACOM CORP.
COMPARABLE PUBLIC COMPANY ANALYSIS
EMPLOYEE RATIOS

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizons Corp. | Computer Task Group Inc. | Keane Inc. | Perot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **Revenues per Employee** | | | | | | | | |
| LTM* | 192.4 | 206.4 | 60.3 | 128.8 | NA | 115.9 | NA | 135.9 |
| 2003 | 192.4 | 210.7 | 119.9 | 128.8 | NA | 115.9 | NA | 153.2 |
| 2002 | 196.5 | 218.2 | 101.1 | 106.5 | 78.0 | 102.1 | NA | 146.7 |
| 2001 | 172.0 | 204.4 | 111.7 | 96.5 | 69.3 | 88.3 | NA | 133.1 |
| | | | | | | | | |
| Three-Year Average | 187.0 | 211.1 | 110.9 | 110.6 | NA | 102.1 | NA | 144.3 |
| | | | | | | | | |
| **EBITDA per Employee** | | | | | | | | |
| LTM* | 17.4 | 28.9 | 7.9 | 10.5 | NA | 18.0 | NA | 17.2 |
| 2003 | 17.4 | 31.1 | 18.9 | 10.5 | NA | 18.0 | NA | 19.8 |
| 2002 | 15.6 | 28.8 | 13.3 | 16.9 | 7.5 | 18.9 | NA | 18.9 |
| 2001 | 9.5 | 25.4 | 11.9 | 12.4 | 5.8 | 13.5 | NA | 17.2 |
| | | | | | | | | |
| Three-Year Average | 14.2 | 28.5 | 14.7 | 13.3 | NA | 16.8 | NA | 18.6 |
| | | | | | | | | |
| **Net Income per Employee** | | | | | | | | |
| LTM* | 11.0 | 14.5 | 2.9 | 4.5 | NA | 9.1 | NA | 5.7 |
| 2003 | 11.0 | 14.6 | 9.2 | 4.5 | NA | 9.1 | NA | 6.8 |
| 2002 | 3.6 | 11.3 | 6.5 | 9.0 | 4.0 | 9.6 | NA | 8.9 |
| 2001 | 0.2 | -6.9 | 5.7 | 6.9 | 3.0 | 6.4 | NA | 5.3 |
| | | | | | | | | |
| Three-Year Average | 4.9 | 6.3 | 7.2 | 6.8 | NA | 8.4 | NA | 7.0 |

* Based on latest fiscal year number of employees.
Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

## INACOM CORP.
### COMPARABLE PUBLIC COMPANY ANALYSIS
### RETURNS ON AVERAGE COMMON EQUITY ANALYSIS

| | NCR Corporation | Unisys Corporation | CIBER, Inc. | Computer Horizon Corp. | Computer Task Group Inc. | Kmart Inc. | Pivot Systems Corp. | Computer Sciences Corp. |
|---|---|---|---|---|---|---|---|---|
| **2003** | | | | | | | | |
| Financial Leverage | 3.2 | 5.6 | 1.0 | 1.3 | 2.0 | 1.2 | 1.9 | 2.1 |
| Asset Turnover | 1.3 | 1.3 | 2.3 | 1.7 | 2.7 | 2.1 | 2.3 | 1.7 |
| Profit Margin | 3.3 | 12.7 | 13.7 | 7.1 | 7.1 | 12.5 | 8.6 | 7.1 |
| Interest Burden | 1.3 | 0.8 | 1.0 | 0.8 | 1.0 | 1.0 | 1.2 | 0.9 |
| Tax Burden | 1.3 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.7 |
| Returns on Avg. Common Equity | 23.2 | 47.4 | 17.6 | 7.3 | 20.4 | 20.7 | 26.5 | 15.5 |
| **2002** | | | | | | | | |
| Financial Leverage | 3.6 | -95.3 | 1.1 | 1.2 | 1.9 | 1.2 | 2.8 | 2.1 |
| Asset Turnover | 1.3 | 1.3 | 3.3 | 2.0 | 3.5 | 2.8 | 3.1 | 1.7 |
| Profit Margin | 2.3 | 11.0 | 11.5 | 15.3 | 8.5 | 16.6 | 7.8 | 7.0 |
| Interest Burden | 1.4 | 0.7 | 1.0 | 1.0 | 1.0 | 1.0 | 1.2 | 0.9 |
| Tax Burden | 0.6 | 0.5 | 0.6 | 0.5 | 0.6 | 0.6 | 0.5 | 1.0 |
| Returns on Avg. Common Equity | 8.5 | -460.6 | 22.8 | 20.3 | 34.7 | 33.1 | 42.8 | 21.7 |
| **2001** | | | | | | | | |
| Financial Leverage | 3.8 | -442.2 | 1.2 | 1.2 | 1.8 | 1.2 | 3.0 | 2.1 |
| Asset Turnover | 1.2 | 1.1 | 4.4 | 2.3 | 3.6 | 2.6 | 3.1 | 1.8 |
| Profit Margin | -0.3 | 9.4 | 9.1 | 12.3 | 7.1 | 12.0 | 4.8 | 7.0 |
| Interest Burden | -1.4 | 0.5 | 0.9 | 1.0 | 1.0 | 1.0 | 1.2 | 0.9 |
| Tax Burden | 0.3 | -1.2 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Returns on Avg. Common Equity | 0.5 | 2,372.7 | 26.8 | 20.0 | 28.2 | 23.1 | 31.4 | 14.9 |

Return on Average Common Equity = Financial Leverage*Asset turnover*Profit margin*Interest burden*Tax burden
Financial Leverage = Average assets/Average common equity
Asset Turnover = Revenues/Average assets
Profit Margin = EBIT/Revenues
Interest Burden = Pretax income/EBIT
Tax Burden = Net income to common/Pretax income

Note: Adjusted for special items.

Source: Standard & Poor's Compustat Services, Inc. and Duff & Phelps, LLC.

# Inacom Corp. – Service Business Overview

- Inacom's service business was a single-source provider of IT services designed to enhance the productivity of information systems for mainly Fortune 1000 clients. The company offered five services that manage the entire technology life cycle, which included: technology planning, technology procurement, technology integration, technology support and technology management.

- The company used a process improvement approach to assist its clients in managing the costs of distributed technology, controlling ongoing costs and optimizing their IT investments to create a more desirable return on the clients technology infrastructure.

- Inacom had a marketing network of approximately 90 business centers throughout the U.S and 875 value-added independent dealers that had a regional, industry or specific service focus. The company also had international locations in Central America, South America and Mexico and international affiliations in Europe, Asia, the Caribbean, Middle East, Africa and Canada.

- The service business produced revenues of $380 million, $270 million and $160 million in 1998, 1997 and 1996, respectively. The business also had gross margins of 40%, 45% and 43% in 1998, 1997 and 1996, respectively.

- Inacom employed a strategy to increase its direct contact with the client. The service business had helped to achieve this goal. The company had increased its client direct revenues from approximately 30% in 1985 to approximately 75% in 1998.

Source: Inacom Corp. December 26, 1998 10-K.

D-1

COMPARABLE COMPANY ANALYSIS

# NCR Corporation (NYSE: NCR)

*($000,000s, except per-share data)*

## Business Overview

- Originally established in 1884, NCR Corp. provides technology and services that help businesses interact, connect and relate with their customers. The company's operations are grouped into seven segments: Data Warehousing; Financial Self Service; Retail Store Automation; Customer Services; Systemedia; Payment and Imaging; and Other.

## Market Data

| | | | |
|---|---|---|---|
| Stock Price as of 4/22/00 | $20.03 | Diluted EPS | $1.81 |
| 52-Week High/Low | $26.31 / $13.38 | P/E Ratio | 11.1x |
| Market Cap | $3,759.3 | LTM Enterprise Value Multiples | |
| Debt | $77.0 | EV/Revenues | 0.5x |
| Cash | $763.0 | EV/EBITDA | 5.6x |
| Enterprise Value | $3,122.3 | EV/EBIT | 15.4x |

## Recent M&A Activity

- **April 2000:** NCR Corporation acquired Ceres Integrated Solutions for $90 million in cash and stock. The deal is expected to drive sales of new data warehouses and expansion of existing warehouses.
- **March 2000:** NCR Corporation acquired Memorex Telex Asia Pacific from Kanematsu Corp. for $16.2 million. The deal strengthens the firms position in business-critical networking and technology services for Asia.

## Financial Performance

| | Fiscal Year Ended | | | | LTM |
|---|---|---|---|---|---|
| | *Dec96* | *Dec97* | *Dec98* | *Dec99* | |
| Revenue | $6,963.0 | $6,589.0 | $6,505.0 | $6,196.0 | |
| *Growth* | *-11.7%* | *-5.4%* | *-1.3%* | *-4.8%* | |
| EBITDA | $570.0 | $364.0 | $516.0 | $561.0 | |
| *Margin* | *8.2%* | *5.5%* | *7.9%* | *9.1%* | |
| EBIT | $185.0 | ($19.0) | $152.0 | $203.0 | |
| *Margin* | *2.7%* | *-0.3%* | *2.3%* | *3.3%* | |

## Stock Price Performance (4/22/99 – 4/22/00)



## News & Commentary

- 4/12/00 – NCR Corporation announced today that the United States Postal Service (USPS) has awarded the company an $88 million Stage IIB Point-of-service ONE contract extension that will enable the USPS to continue rapidly expanding its customer services at its retail windows.

Sources: FactSet, Hoover's, SEC filings, Bloomberg

D - 2

COMPARABLE COMPANY ANALYSIS

# Unisys Corporation (NYSE: UIS)

*($000,000s, except per-share data)*

## Business Overview

- Unisys Corporation (Unisys) is a worldwide information services and technology company that provides services, systems and solutions that help customers to enhance the productivity, competitiveness and responsiveness of its clients. The company has two business segments: Services and Technology.

- The primary vertical markets served by the company worldwide include financial services, communications, transportation, commercial and the public sector, including the U.S. federal government.

## Market Data

| | | | |
|---|---|---|---|
| Stock Price as of 4/22/00 | 23.56 | Diluted EPS | $1.66 |
| 52-Week High/Low | $49.31 / $19.50 | P/E Ratio | 14.2x |
| Market Cap | $7,391.6 | *LTM Enterprise Value Multiples* | |
| Debt | $1,026.7 | EV/Revenues | 1.1x |
| Cash | $397.4 | EV/EBITDA | 7.6x |
| Enterprise Value | $7,872.2 | EV/EBIT | 8.9x |

## Recent M&A Activity

- **March 2000:** Unisys Corporation acquired VeriCom for an undisclosed amount. The acquisition will more than double Unisys Corporation's consultancy expertise in Norway.
- **September 1999:** Unisys Corporation acquired TechHackers for an undisclosed amount to add an important dimension to its portfolio of repeatable financial solutions.

## Financial Performance

| | Fiscal Year Ended | | | LTM |
|---|---|---|---|---|
| | *Dec97* | *Dec98* | *Dec99* | *Mar00* |
| Revenue | $6,662.9 | $7,243.9 | $7,544.6 | $7,390.5 |
| *Growth* | *4.6%* | *8.7%* | *4.2%* | *-0.4%* |
| EBITDA | $828.2 | $957.1 | $1,115.0 | $1,033.3 |
| *Margin* | *12.4%* | *13.2%* | *14.8%* | *14.0%* |
| EBIT | $628.1 | $799.0 | $960.7 | $883.2 |
| *Margin* | *9.4%* | *11.0%* | *12.7%* | *12.0%* |

## Stock Price Performance (4/22/99 – 4/22/00)



## News & Commentary

- 3/6/00 – Unisys Corporation announced that it is calling for redemption on all of its $399.5 million outstanding 12% senior notes due in 2003.
- 3/2/00 – Unisys Corporation must pay $5.5 million to a former employee who claimed she was laid off because she is a women with children.

Sources: FactSet, Hoover's, SEC filings, Bloomberg

D - 3

COMPARABLE COMPANY ANALYSIS

# CIBER Inc. (NYSE: CBR)

*($000,000s, except per-share data)*

## Business Overview

- CIBER, Inc. is a provider of information technology (IT) system integration consulting and other IT services. These services are offered on a project or strategic staffing basis, in both custom and enterprise resource planning package environments, and across all technology platforms, operating systems and infrastructures.

- To a small extent, the company also resells certain IT hardware and software products. The company's consultants serve client businesses from over 60 U.S. offices, 22 European offices and three offices in Asia. Its foreign operations, across 17 countries, accounted for 17% of total revenue in 2004.

## Market Data

| | | | |
|---|---|---|---|
| Stock Price as of 4/22/00 | 18.00 | Diluted EPS | $0.30 |
| 52-Week High/Low | $29.25 / $14.00 | P/E Ratio | 60.0x |
| | | *LTM Enterprise Value Multiples* | |
| Market Cap | $1,070.4 | EV/Revenues | 2.8x |
| Debt | $0.0 | EV/EBITDA | 21.7x |
| Cash | $62.0 | EV/EBIT | 28.4x |
| Enterprise Value | $1,022.6 | | |

## Recent M&A Activity

- **December 1999:** CIBER acquired Solution Partners for an undisclosed amount of cash and stock. The deal will help CIBER's European growth plans and provide it with a base of established customers.

- **November 1999:** CIBER acquired Waterstone Consulting for an undisclosed amount. The deal will help CIBER expand its e.Supply chain practice in strategic geographic markets.

## Financial Performance

| | Fiscal Year Ended | | | LTM |
|---|---|---|---|---|
| | *Jun97* | *Jun98* | *Jun99* | *Dec99* |
| Revenue | $413.4 | $576.5 | $719.7 | $362.0 |
| *Growth* | *39.7%* | *39.5%* | *24.8%* | *6.6%* |
| EBITDA | $44.0 | $75.8 | $113.5 | $47.2 |
| *Margin* | *10.6%* | *13.2%* | *15.8%* | *13.0%* |
| EBIT | $37.7 | $66.3 | $98.4 | $36.0 |
| *Margin* | *9.1%* | *11.5%* | *13.7%* | *9.9%* |

## Stock Price Performance (4/22/99 – 4/22/00)



## News & Commentary

- **2/8/00** – CIBER Inc. expects a new partnership with Commerce One Inc. to bring in millions of dollars as it bolsters its electronic commerce business. The partnership may result in a large contract with a major mfg. that CIBER did not identify, the agreement could be announced in 6-12 months.

Sources: FactSet, Hoover's, SEC filings, Bloomberg

D - 4

COMPARABLE COMPANY ANALYSIS

# Computer Horizons Corp. (NASD: CHRZ)

*($000,000s, except per-share data)*

## Business Overview

- Computer Horizons Corp. (Computer Horizons) provides a range of information technology services and solutions to major corporations. The company offers its clients value added services, e-business solutions, human resource e-procurement solutions, enterprise network management, software products, outsourcing, customer relationship management and knowledge transfer. The company is organized into three divisions: Solutions, IT Services, and Chimes.

- In 2003 Computer Horizons provided IT services to 967 clients. During 2003, the company's largest client accounted for 7% of the company's consolidated revenues.

### Market Data

| | |
|---|---|
| Stock Price as of 4/22/00 | 12.13 |
| 52-Week High/Low | $25.00 / $10.88 |
| Market Cap | $402.0 |
| Debt | $23.6 |
| Cash | $17.1 |
| Enterprise Value | $408.5 |

| Diluted EPS | $0.58 |
|---|---|
| P/E Ratio | 20.8x |
| **LTM Enterprise Value Multiples** | |
| EV/Revenues | 0.8x |
| EV/EBITDA | 9.4x |
| EV/EBIT | 10.7x |

### Recent M&A Activity

- **October 1999:** Computer Horizons acquired G. Triad Enterprises for an undisclosed amount. G. Triad will be integrated into Computer Horizons E-Solution Group where it will expand the groups ability to build mission critical and large capacity Web solutions.

## Financial Performance

| | Fiscal Year Ended | | | | LTM |
|---|---|---|---|---|---|
| | Dec96 | Dec97 | Dec98 | Dec99 | Dec99 |
| Revenue | $261.4 | $350.3 | $514.9 | $534.6 | |
| *Growth* | *16.3%* | *34.0%* | *47.0%* | *3.8%* | |
| EBITDA | $23.8 | $45.0 | $81.8 | $43.7 | |
| *Margin* | *9.1%* | *12.9%* | *15.9%* | *8.2%* | |
| EBIT | $22.0 | $43.2 | $78.6 | $38.2 | |
| *Margin* | *8.4%* | *12.3%* | *15.3%* | *7.1%* | |

## Stock Price Performance (4/22/99 – 4/22/00)



## News & Commentary

- 10/4/99 – Computer Horizons Corp. plans to spin off its software products and consulting units to boost value for its shareholders. The company plans to sell 20% stakes in Princeton Softech (software unit) and Network Services (consulting unit) in IPO's early next year

Sources: FactSet, Hoover's, SEC filings, Bloomberg

D - 5

COMPARABLE COMPANY ANALYSIS

# Computer Task Group Inc. (NYSE: CTG)

*($000,000s, except per-share data)*

## Business Overview

- Computer Task Group, Inc. provides information technology (IT) professional services serving customers through an international network of offices in North America and Europe. The services provided typically encompass the IT business solution life cycle, including phases for planning, developing, implementing, managing and maintaining the IT solution.

- A typical customer is an organization with large complex information and data processing requirements. Approximately 84% of consolidated 2003 revenues of $252.3 million was generated in North American and the rest in Europe.

- The company's services consist of IT staffing, application management outsourcing (AMO) and IT solutions.

## Financial Performance

| | Fiscal Year Ended | | | | LTM |
| | Dec96 | Dec97 | Dec98 | | Dec99 |
|---|---|---|---|---|---|
| Revenue | $365.1 | $407.6 | $467.8 | | $472.0 |
| *Growth* | *7.6%* | *11.6%* | *14.8%* | | *0.9%* |
| EBITDA | $26.2 | $34.4 | $44.9 | | $41.8 |
| *Margin* | *7.2%* | *8.4%* | *9.6%* | | *8.9%* |
| EBIT | $18.5 | $29.0 | $39.9 | | $33.3 |
| *Margin* | *5.1%* | *7.1%* | *8.5%* | | *7.1%* |

## Stock Price Performance (4/22/99 – 4/22/00)



## Market Data

| | | | |
|---|---|---|---|
| Stock Price as of 4/22/00 | 7.88 | Diluted EPS | $1.09 |
| 52-Week High/Low | $20.00 / $7.75 | P/E Ratio | 7.2x |
| Market Cap | $164.4 | LTM Enterprise Value Multiples | |
| Debt | $31.4 | EV/Revenues | 0.4x |
| Cash | $10.7 | EV/EBITDA | 4.5x |
| Enterprise Value | $188.4 | EV/EBIT | 5.7x |

## Recent M&A Activity

- **February 1999:** Computer Task Group Inc. acquired Elumen Solutions for $89 million in cash, stock, and assumed debt to help it expand into health care data.

## News & Commentary

- 3/31/00 Computer Task Group Inc. said it will cut an undisclosed number of employees and warned first-quarter results won't meet analyst expectations, even excluding an approximately $3.5 million restructuring charge related to severance.

Sources: FactSet, Hoover's, SEC filings, Bloomberg