COMPARABLE COMPANY ANALYSIS

# Keane Inc. (NYSE: KEA)

*($000,000s, except per-share data)*

## Business Overview

- Keane Inc. is a provider of information technology (IT) and business process services. Keane offers a range of services designed to help clients improve business and IT effectiveness through outsourcing.

- Keane Inc. focuses on three servicing offerings: Outsourcing services, which include Application Outsourcing, Application Maintenance, Healthcare Solutions Maintenance and Business Process Outsourcing; Development and Integration services, which include Application Development and Integration (AD&I) and Healthcare Solutions Products; and Other IT services which include IT Consulting and Staff Augmentation.

## Market Data

| | | | |
|---|---|---|---|
| Stock Price as of 4/22/00 | 21.81 | Diluted EPS | $1.12 |
| 52-Week High/Low | $35.00 / $20.06 | P/E Ratio | 19.4x |
| Market Cap | $1,530.1 | LTM Enterprise Value Multiples | |
| Debt | $11.4 | EV/Revenues | 1.3x |
| Cash | $61.6 | EV/EBITDA | 8.7x |
| Enterprise Value | $1,398.9 | EV/EBIT | 10.8x |

## Recent M&A Activity

- **November 1999:** Keane Inc. acquired First Coast Systems for an undisclosed price. First Coast Systems will combine operations with Keane Inc.'s health care solutions division.

- **November 1999:** Keane Inc. acquired Anstec for an undisclosed price. Anstec client base consist of 90% Federal agencies like the Department of Defense, Department of Transportation, Department of Education, and National Aeronautics and Space Administration.

Sources: FactSet, Hoover's, SEC filings, Bloomberg

## Financial Performance

| | Fiscal Year Ended | | | | LTM |
|---|---|---|---|---|---|
| | Dec96 | Dec97 | Dec98 | Dec99 | Dec99 |
| Revenue | $506.0 | $706.8 | $1,076.2 | $1,041.1 | |
| *Growth* | *28.2%* | *39.7%* | *52.3%* | *-3.3%* | |
| EBITDA | $54.2 | $107.8 | $199.3 | $161.6 | |
| *Margin* | *10.7%* | *15.3%* | *18.5%* | *15.5%* | |
| EBIT | $47.4 | $85.2 | $178.3 | $130.1 | |
| *Margin* | *9.4%* | *12.0%* | *16.6%* | *12.5%* | |

### Stock Price Performance (4/22/99 – 4/22/00)



## News & Commentary

- 5/24/99 – Keane Federal Systems, Inc., a subsidiary of Keane, Inc. has been awarded the IT Support Services (ITSS) contract by the U.S. Department of Justice. The new contract expands Keane's partnership with DOJ.

D - 7

COMPARABLE COMPANY ANALYSIS

# Perot Systems Corp. (NYSE: PER)

*($000,000s, except per-share data)*

## Business Overview

■ Perot Systems Corp. is a worldwide provider of information technology (IT) services and business solutions to a range of customers. The company offers its customers integrated solutions designed around their specific business objectives, chosen from a breadth of services, including technology infrastructure services, applications services, business process services and consulting services.

## Financial Performance

| | Fiscal Year Ended | | | LTM |
|---|---|---|---|---|
| | Dec96 | Dec97 | Dec98 | Dec99 |
| Revenue | $599.4 | $781.6 | $993.6 | $1,141.0 |
| Growth | 75.1% | 30.4% | 27.1% | 14.8% |
| EBITDA | $64.0 | $73.1 | $115.4 | $126.0 |
| Margin | 10.7% | 9.3% | 11.6% | 11.0% |
| EBIT | $45.2 | $37.7 | $77.9 | $98.6 |
| Margin | 7.5% | 4.8% | 7.8% | 8.6% |

## Stock Price Performance (4/22/99 – 4/22/00)



## Market Data

| | | | |
|---|---|---|---|
| Stock Price as of 4/22/00 | 16.69 | Diluted EPS | $0.62 |
| 52-Week High/Low | $32.00 / $15.50 | P/E Ratio | 26.7x |
| Market Cap | $1,552.9 | **LTM Enterprise Value Multiples** | |
| Debt | $0.6 | EV/Revenues | 1.4x |
| Cash | $334.6 | EV/EBITDA | 12.5x |
| Enterprise Value | $1,575.8 | EV/EBIT | 16.0x |

## Recent M&A Activity

■ **March 2000:** Perot Systems Corp. acquired Solutions Consulting for $111 million in cash and stock. The acquisition allows Perot Systems Corp. to expand its e-commerce capabilities and presence in the marketplace.

■ **January 2000:** UBS agreed to acquire the remaining 40% in Systor that it does not already own from Perot Systems for $55 million in cash. The divestiture further aligns Perot Systems business units with its long-term strategy.

## News & Commentary

■ 3/8/00 – PNC Bank Corp. and Perot Systems Corp. plan to announce a joint venture to allow companies to issue bills and pay each other online.

■ 1/5/00 – Perot Systems Corp. plans to sell its 40% stake in Systor AG for about $55 million to UBS AG.

Sources: FactSet, Hoover's, SEC filings, Bloomberg

D - 8

# Computer Sciences Corp. (NYSE: CSC)

*($000,000s, except per-share data)*

## Business Overview

- Computer Sciences Corp. offers a broad array of services to clients in the global commercial and government markets and specializes in the application of complex information technology (I/T) to achieve its customers' strategic objectives. Its service offerings include information technology and business process outsourcing, and I/T and professional services.

- The company does not have exclusive agreements with hardware or software providers and believes that this vendor neutrality enables it to better identify and manage solutions specifically tailored to each client's needs.

## Market Data

| | | | |
|---|---|---|---|
| Stock Price as of 4/22/00 | 80.88 | Diluted EPS | $1.69 |
| 52-Week High/Low | $94.63 / $54.94 | P/E Ratio | 47.8x |
| Market Cap | $13,533.1 | LTM Enterprise Value Multiples | |
| Debt | $965.3 | EV/Revenues | 2.2x |
| Cash | $239.4 | EV/EBITDA | 17.2x |
| Enterprise Value | $14,787.9 | EV/EBIT | 31.7x |

## Recent M&A Activity

- **April 2000:** Computer Sciences Corp. acquired Combitech Network AB a company that manages the information-technology operations of Saab AB, Sweden, a defense and aerospace company.

- **April 2000:** Computer Sciences acquired IT Services from British Nuclear Fuels for an undisclosed amount, adding $64 million in annual revenues.

## Financial Performance

| | | Fiscal Year Ended | | | LTM |
|---|---|---|---|---|---|
| | Mar97 | Mar98 | Mar99 | Dec99 |
| Revenue | $5,616.0 | $6,600.8 | $7,660.0 | $6,795.5 |
| Growth | 18.3% | 17.5% | 16.0% | 16.0% |
| EBITDA | $727.8 | $848.9 | $990.3 | $860.0 |
| Margin | 13.0% | 12.9% | 12.9% | 12.7% |
| EBIT | $394.5 | $462.1 | $545.3 | $466.2 |
| Margin | 7.0% | 7.0% | 7.1% | 6.9% |

## Stock Price Performance (4/22/99 – 4/22/00)



## News & Commentary

- **4/4/00** — CSC was awarded a **$1 billion-seven year** contract to manage software for AT&T Corp.'s billing and collections operations.

- **3/15/00** — CSC has been selected as on of two companies awarded contracts worth a total of **$150 million** by NASA's Ames Research Center.

Sources: FactSet, Hoover's, SEC filings, Bloomberg

**INACOM CORP.**
**COMMON SIZED INCOME STATEMENT FOR COMPS**
Fiscal Years Ended December 31, 1999

| | Computer Programming Services Industry Benchmark (SIC 7371)(1) | Computer Integrated System Design Industry Benchmark (SIC 7373)(1) | NCR Corporation | Unisys Corporation(2) | CIBER, Inc.(2) | Computer Horizons Corp. | Computer Task Group, Inc. | Keane, Inc. | Perot Systems Corporation | Computer Sciences Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales (thousands) | $115,770.91 | $88,874.51 | $6,196.00 | $7,544.60 | $710.66 | $524.59 | $472.01 | $1,041.09 | $1,148.95 | $7,659.97 |
| Net sales | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Cost of goods sold | NA | NA | 64% | 63% | 62% | 67% | 65% | 68% | 76% | 78% |
| Gross profit | NA | NA | 36% | 37% | 38% | 33% | 35% | 33% | 26% | 22% |
| Selling, general, and administrative | 94% | 95% | 29% | 23% | 23% | 26% | 26% | 20% | 15% | 9% |
| EBITDA | 6% | 6% | 7% | 15% | 15% | 7% | 8% | 12% | 12% | 13% |
| Depreciation | NA | NA | 6% | 2% | 2% | 3% | 2% | 3% | 2% | 6% |
| EBIT | 6% | 6% | 1% | 13% | 12% | 5% | 7% | 9% | 9% | 7% |
| Interest expense (income), net | 0% | 1% | 3% | 1% | 0% | 6% | 0% | -1% | -2% | 0% |
| Pre-tax income (loss) | 6% | 5% | 4% | 12% | 12% | 5% | 6% | 10% | 11% | 7% |
| Income tax expense (benefit) | NA | NA | -2% | 3% | 5% | 3% | 3% | 5% | 4% | 2% |
| Net income (Loss) | NA | NA | 5% | 9% | 7% | 3% | 4% | 5% | 7% | 4% |

1. This data is taken from the "RMA Annual Statement Studies for 1999-2000." The study reports data for the average common-sized financial statements for those companies that have sales of over $25 million and are classified in the appropriate SIC industry code.
2. Unisys Corporation's fiscal year ends March 31, 2000 and CIBER, Inc.'s fiscal year ends September 30, 1999.

Source: Audited financial statements
The RMA Association of Lending and Credit Risk Professionals', "Annual Statement Studies for 1999-2000."

E - 1

**INACOM CORP.**
**COMMON SIZED BALANCE SHEET FOR COMPS**
**Fiscal Years Dated December 31, 1999**

| | Computer Programming Services Industry Benchmark (SIC 7371)(1) | Computer Integrated Systems Design Industry Benchmark (SIC 7373)(1) | NCR Corporation | Unisys Corporation(2) | CHS Electronics, Inc. (1) | Computer Horizons Corp. | Computer Task Group, Inc. | Kronos, Inc / Power Systems Corporation | Computer Sciences Corporation | Median |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Assets (thousands)** | $62,067.16 | $56,513.97 | $4,970.00 | $5,889.70 | $486.63 | $343.90 | $199.16 | $514.83 | $3,607.71 | $2,754.48 |
| **ASSETS** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash and equivalents | 19% | 16% | 16% | 8% | 16% | 5% | 5% | 12% | 13% | 14% |
| Accounts receivable, net | 43% | 47% | 24% | 24% | 37% | 50% | 56% | 6% | 42% | 39% |
| Inventories | 3% | 5% | 6% | 6% | 0% | 0% | 0% | 0% | 0% | 0% |
| Other Current assets | 3% | 5% | 6% | 10% | 1% | 5% | 3% | 4% | 3% | 6% |
| Total current assets | 68% | 74% | 52% | 48% | 54% | 60% | 64% | 58% | 58% | 54% |
| Property and equipment | 18% | 11% | 39% | 10% | 6% | 6% | 7% | 5% | 23% | 9% |
| Intangible assets | 5% | 10% | 0% | 0% | 38% | 6% | 2% | 2% | 0% | 1% |
| Goodwill | 6% | 0% | 0% | 0% | 0% | 27% | 42% | 16% | 0% | 0% |
| Other non current assets | 3% | 6% | 28% | 41% | 1% | 7% | 2% | 19% | 35% | 8% |
| **Total Assets** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Current portion of long-term debt | 14% | 11% | 1% | 1% | 0% | 6% | 0% | 2% | 13% | 1% |
| Accounts payable | 12% | 18% | 8% | 18% | 3% | 3% | 5% | 4% | 7% | 7% |
| Other current liabilities | 20% | 19% | 25% | 26% | 14% | 12% | 26% | 12% | 22% | 21% |
| Total current liabilities | 45% | 48% | 34% | 44% | 17% | 23% | 31% | 17% | 42% | 30% |
| Long-term debt, net of current maturities | 8% | 10% | 1% | 16% | 0% | 1% | 10% | 1% | 8% | 5% |
| Deferred taxes | 1% | 1% | 1% | 1% | 0% | 1% | 0% | 0% | 0% | 4% |
| Other non-current liabilities | 17% | 6% | 33% | 6% | 0% | 0% | 5% | 0% | 3% | 4% |
| Minority interest | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Stockholders' Equity** | | | | | | | | | | |
| Preferred stock | NA | NA | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Common stock | NA | NA | 0% | 0% | 0% | 1% | 0% | 1% | 3% | 0% |
| Additional paid-in capital | NA | NA | 22% | 0% | 6% | 6% | 0% | 33% | 11% | 34% |
| Retained earnings (deficit) | NA | NA | 10% | -18% | 54% | 40% | 41% | 63% | 23% | 31% |
| Other | NA | NA | 1% | 51% | -2% | -5% | -49% | -4% | -4% | -2% |
| Total stockholder equity | 39% | 36% | 33% | 33% | 82% | 75% | 49% | 82% | 48% | 49% |
| **Total Liabilities & Stockholders' Equity** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

1. This data is taken from the "RMA Annual Statement Studies for 1999-2000." The study reports data for the average common-sized financial statements for those companies that have sales of over $25 million and are classified in the appropriate SIC industry code.

2. Unisys Corporation's fiscal year ends March 31, 1999 and CHS Electronics, Inc.'s fiscal year ends September 30, 1998.

Source: Audited financial statements
*The RMA Association of Lending and Credit Risk Professionals*, "Annual Statement Studies for 1999-2000."

INACOM CORP.
BALANCE SHEET AS A PERCENTAGE OF SALES FOR COMPS
Fiscal Years Ended December 31, 1999

| | Computer Programming Services Industry Benchmark (SIC 7371)(1) | Computer Integrated Systems Design Industry Benchmark (SIC 7373)(1) | HCR Corporation | Unisys Corporation(2) | CIBER, Inc.(2) | Computer Business Corp | Computer Task Group, Inc. | Keane, Inc Power Systems Corporation | Computer Sciences Corporation | Median |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash and equivalents | 16% | 10% | 12% | 6% | 9% | 3% | 2% | 6% | 8% | 8% |
| Accounts receivable, net | 23% | 29% | 19% | 19% | 31% | 32% | 17% | 21% | 23% | 23% |
| Inventories | 2% | 3% | 0% | 5% | 1% | 0% | 0% | 0% | 0% | 0% |
| Other Current assets | 2% | 4% | 5% | 8% | 1% | 4% | 1% | 2% | 4% | 4% |
| Total current assets | 37% | 46% | 41% | 38% | 31% | 39% | 21% | 29% | 35% | 37% |
| Property and equipment | 16% | 7% | 16% | 8% | 3% | 4% | 3% | 3% | 14% | 5% |
| Intangible assets | 3% | 0% | 0% | 0% | 22% | 0% | 18% | 1% | 0% | 1% |
| Goodwill | 3% | 6% | 23% | 0% | 0% | 18% | 0% | 8% | 16% | 8% |
| Other current assets | 5% | 3% | 5% | 22% | 0% | 0% | 1% | 9% | 0% | 4% |
| **Total Assets** | 54% | 62% | 79% | 78% | 57% | 65% | 42% | 49% | 65% | 59% |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Current portion of long-term debt | 7% | 7% | 1% | 1% | 0% | 4% | 0% | 1% | 8% | 1% |
| Accounts payable | 6% | 13% | 6% | 14% | 2% | 8% | 1% | 2% | 15% | 4% |
| Other current liabilities | 11% | 12% | 20% | 20% | 8% | 8% | 11% | 6% | 8% | 11% |
| Total current liabilities | 24% | 29% | 27% | 35% | 10% | 15% | 19% | 9% | 27% | 23% |
| Long-term debt, net of current maturities | 4% | 6% | 1% | 13% | 0% | 1% | 0% | 0% | 5% | 3% |
| Deferred taxes | 6% | 0% | 0% | 5% | 0% | 0% | 6% | 0% | 0% | 2% |
| Other non-current liabilities | 0% | 4% | 25% | 5% | 0% | 0% | 3% | 1% | 0% | 2% |
| Minority interest | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Stockholders' Equity** | | | | | | | | | | |
| Preferred stock | NA | NA | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Common stock | NA | NA | 17% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Paid-in capital | NA | NA | 0% | 0% | 6% | 0% | 23% | 0% | 0% | 16% |
| Additional paid-in capital | NA | NA | 8% | -14% | 17% | 26% | 17% | 20% | 21% | 17% |
| Retained earnings (deficit) | NA | NA | 5% | 40% | -1% | -3% | -21% | -3% | -1% | -1% |
| Other | 16% | 22% | 20% | 26% | 47% | 49% | 20% | 34% | 31% | 29% |
| Total stockholder equity | 54% | 62% | 79% | 78% | 57% | 65% | 42% | 49% | 65% | 59% |
| **Total Liabilities & Stockholders' Equity** | | | | | | | | | | |
| | SIC 7371 | SIC 7373 | Comp Group | | | | | | | |
| **Other Ratios** | | | | | | | | | | |
| Receivable days outstanding | 83.95 | 105.13 | 70.51 | 69.21 | 76.17 | 117.99 | 62.45 | 75.73 | 84.69 | |
| Payable days outstanding | NA | NA | 34.89 | 80.32 | 41.00 | NA | 12.83 | 9.61 | 22.31 | |
| Sales / working capital (current assets - current liab.) | 811% | 611% | 709% | 331% | 400% | 61% | 141% | 500% | 1300% | |
| Sales as % of fixed assets | 187% | 162% | 127% | 128% | 176% | 412% | 337% | 2025% | 155% | |
| Sales as % of total assets | 1050% | 1498% | 615% | 123% | 264% | 154% | 350% | 300% | 243% | |
| Other current liabilities as % of sales | 11% | 11% | 26% | 8% | 8% | 8% | 6% | 6% | 15% | |
| Total liabilities as % of sales | 263% | 255% | 191% | 20% | 100% | 650% | 453% | 113% | 29% | |
| Debt/Equity | 78% | 60% | 18% | 51% | 0% | 9% | 33% | 3% | 41% | |

1. This data is taken from the "IRMA Annual Statement Studies for 1999-2000." The study reports data for the average common-sized financial statements for those companies that have sales of over $15 million and are classified in the appropriate SIC industry code.
2. Unisys Corporation's fiscal year ends March 31, 2000 and CIBER, Inc's fiscal year end September 30, 1999.

Source: Audited financial statements
The Risk Association of Lending and Credit Risk Professional s, "Annual Statement Studies for 1999-2000."

E - 3

**INACOM CORP.**
**COMMON-SIZED INCOME STATEMENT FOR COMPS**
Fiscal Years Ended December 31, 1998

| | Computer Programming Services Industry Benchmark (SIC 7371)(1) | Computer Integrated Systems Design Industry Benchmark (SIC 7373)(1) | NCR Corporation | Unisys Corporation(1) | CIBER, Inc.(1) | Computer Horizons Corp. | Computer Task Group, Inc. | Keane, Inc | Perot Systems Corporation | Computer Sciences Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales (thousands) | $100,598.73 | $131,474.84 | $6,505.00 | $7,242.90 | $576.49 | $514.92 | $647.84 | $1,076.20 | $593.59 | $6,600.84 |
| Net sales | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Cost of goods sold | NA | NA | 65% | 64% | 63% | 63% | 67% | 65% | 76% | 78% |
| Gross profit | NA | NA | 35% | 36% | 37% | 37% | 33% | 35% | 24% | 22% |
| Selling, general, and administrative | 93% | 96% | 28% | 23% | 25% | 23% | 23% | 19% | 15% | 9% |
| EBITDA | 7% | 4% | 7% | 13% | 12% | 15% | 10% | 17% | 10% | 13% |
| Depreciation | NA | NA | 6% | 2% | 2% | 1% | 1% | 2% | 4% | 6% |
| EBIT | 7% | 4% | 2% | 11% | 10% | 14% | 9% | 15% | 6% | 7% |
| Interest expense (income), net | 1% | 1% | -2% | 2% | 0% | -1% | 0% | 0% | -1% | 1% |
| Pre-tax income (loss) | 6% | 3% | 3% | 9% | 10% | 15% | 9% | 15% | 8% | 6% |
| Income tax expense (benefit) | NA | NA | 1% | 3% | 4% | 7% | 4% | 7% | 4% | -1% |
| Net Income (Loss) | NA | NA | 2% | 6% | 6% | 8% | 5% | 8% | 4% | 7% |

1. This data is taken from the "RMA Annual Statement Studies for 1998-1999." The study reports data for the average common-sized financial statements for those companies that have sales of over $25 million and are classified in the appropriate SIC industry code.
2. Unisys Corporation's fiscal year ends March 31, 1999 and CIBER, Inc.'s fiscal year ends September 30, 1998.

Source: Audited financial statements.
The RMA Association of Lending and Credit Risk Professionals', "Annual Statement Studies for 1998-1999."

E - 4

**INACOM CORP.**
**COMMON-SIZED BALANCE SHEET FOR COMPS**
Fiscal Years Ended December 31, 1998

| | Computer Programming Services Industry Benchmark (SIC 7371) (1) | Computer Integrated Systems Design Industry Benchmark (SIC 7373) (1) | NCR Corporation | Unisys Corporation (1) | CIBER, Inc. (2) | Computer Horizons Corp. | Computer Task Group, Inc. | Xerox, Inc Devon Systems Corporation | Computer Sciences Corporation | Median |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Assets (thousands) | $556,649.60 | $62,774.93 | $4,892.00 | $5,577.70 | $221.79 | $296.05 | $156.81 | $437.56 | $6,046.80 | $2,323.18 |
| **ASSETS** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash and equivalents | 20% | 13% | 11% | 11% | 17% | 20% | 37% | 17% | 7% | 15% |
| Accounts receivable, net | 41% | 46% | 23% | 22% | 55% | 46% | 47% | 33% | 36% | 43% |
| Inventories | 3% | 6% | 8% | 8% | 0% | 0% | 0% | 0% | 0% | 0% |
| Other Current assets | 6% | 5% | 4% | 9% | 3% | 3% | 4% | 5% | 6% | 6% |
| Total current assets | 70% | 70% | 54% | 51% | 75% | 69% | 88% | 68% | 49% | 69% |
| Property and equipment | 14% | 12% | 23% | 10% | 8% | 5% | 8% | 7% | 24% | 10% |
| Intangible assets | 11% | 11% | 0% | 0% | 15% | 0% | 2% | 4% | 0% | 1% |
| Goodwill | 0% | 0% | 0% | 0% | 0% | 22% | 0% | 3% | 0% | 0% |
| Other non-current assets | 6% | 6% | 24% | 39% | 2% | 3% | 2% | 17% | 27% | 8% |
| Total Assets | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Current portion of long-term debt | 10% | 11% | 1% | 1% | 0% | 0% | 0% | 0% | 1% | 1% |
| Accounts payable | 10% | 16% | 8% | 17% | 5% | 2% | 9% | 4% | 8% | 8% |
| Other current liabilities | 25% | 18% | 26% | 28% | 20% | 14% | 33% | 16% | 21% | 23% |
| Total current liabilities | 45% | 45% | 35% | 46% | 25% | 16% | 66% | 20% | 30% | 27% |
| Long-term debt, net of current maturities | 9% | 10% | 1% | 20% | 0% | 0% | 0% | 0% | 1% | 1% |
| Deferred taxes | 1% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Other non-current liabilities | 3% | 4% | 34% | 7% | 0% | 1% | 7% | 0% | 2% | 3% |
| Minority Interest | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Stockholders' Equity** | | | | | | | | | | |
| Preferred stock | NA | NA | 0% | 26% | 0% | 0% | 0% | 0% | 0% | 0% |
| Common stock | NA | NA | 0% | 0% | 0% | 1% | 0% | 2% | 4% | 0% |
| Paid-in capital | NA | NA | 26% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Additional paid-in capital | NA | NA | 0% | 0% | 42% | 46% | 6% | 24% | 16% | 25% |
| Retained earnings (deficit) | NA | NA | 3% | -27% | 32% | 42% | -12% | 55% | 31% | 33% |
| Other | NA | NA | 0% | 0% | 0% | -3% | -17% | -1% | -11% | 0% |
| Total stockholder equity | 43% | 40% | 30% | 27% | 75% | 83% | 55% | 79% | -6% | 46% |
| Total Liabilities & Stockholder's Equity | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

1. This data is taken from the "RMA Annual Statement Studies for 1998-1999." The study reports data for the average common-sized financial statements for those companies that have sales of over $25 million and are classified in the appropriate SIC industry code.
2. Unisys Corporation's fiscal year ends March 31, 1999 and CIBER, Inc.'s fiscal year ends September 30, 1998.

Source: Audited financial statements.
"The Risk Association of Lending and Credit Field Professionals", "Annual Statement Studies for 1998-1999."

E - 5

INACOM CORP.
BALANCE SHEET AS A PERCENTAGE OF SALES FOR COMPS
Fiscal Years Ended December 31, 1998

| | Computer Programming Services Industry Benchmark (SIC 7371) (1) | Computer Integrated Systems Design Industry Benchmark (SIC 7373) (1) | NCR Corporation | Unisys Corporation(1) | CHS/E, Inc.(1) | Computer Horizons Corp. | Computer Task Group, Inc. | Xerox, Inc Fleet Systems Corporation | Computer Sciences Corporation | Median |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash and equivalents | 11% | 6% | 8% | 9% | 7% | 16% | 12% | 5% | 4% | 8% |
| Accounts receivable, net | 23% | 25% | 24% | 17% | 15% | 26% | 16% | 25% | 25% | 23% |
| Inventories | 1% | 3% | 6% | 7% | 6% | 0% | 0% | 0% | 4% | 2% |
| Other Current assets | 3% | 3% | 3% | 7% | 0% | 3% | 1% | 2% | 6% | 3% |
| Total current assets | 39% | 34% | 40% | 39% | 29% | 49% | 29% | 29% | 30% | 32% |
| Property and equipment | 8% | 6% | 17% | 8% | 3% | 3% | 3% | 4% | 15% | 5% |
| Intangible assets | 6% | 8% | 0% | 0% | 0% | 6% | 2% | 3% | 0% | 6% |
| Goodwill | 6% | 6% | 0% | 0% | 0% | 13% | 6% | 1% | 0% | 3% |
| Other non-current assets | 4% | 3% | 18% | 30% | 6% | 2% | 1% | 7% | 17% | 3% |
| **Total Assets** | 50% | 48% | 75% | 77% | 38% | 57% | 34% | 43% | 61% | 55% |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Current portion of long-term debt | 6% | 5% | 1% | 1% | 0% | 0% | 0% | 0% | 0% | 0% |
| Accounts payable | 5% | 8% | 6% | 13% | 2% | 1% | 3% | 2% | 5% | 5% |
| Other current liabilities | 14% | 9% | 20% | 25% | 8% | 8% | 10% | 7% | 13% | 13% |
| Total current liabilities | 25% | 22% | 26% | 30% | 10% | 9% | 15% | 9% | 18% | 20% |
| Long-term debt, net of current maturities | 5% | 5% | 1% | 0% | 0% | 0% | 0% | 0% | 11% | 5% |
| Deferred taxes | 3% | 5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 2% |
| Other non-current liabilities | 2% | 2% | 26% | 5% | 0% | 1% | 2% | 0% | 1% | 0% |
| **Minority Interest** | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Stockholders' Equity** | | | | | | | | | | |
| Preferred stock | NA | NA | 0% | 20% | 0% | 0% | 0% | 6% | 0% | 0% |
| Common stock | NA | NA | 0% | 0% | 0% | 1% | 0% | 1% | 2% | 0% |
| Paid-in capital | NA | NA | 20% | 0% | 0% | 0% | 23% | 10% | 18% | 0% |
| Additional paid-in capital | NA | NA | 0% | -21% | 0% | 24% | 14% | 23% | 19% | 13% |
| Retained earnings (deficit) | NA | NA | 2% | 22% | 13% | 0% | -10% | 0% | 0% | 0% |
| Other | NA | NA | 0% | 0% | -1% | | | -1% | | |
| Total stockholder equity | 24% | 19% | 22% | 21% | 27% | 48% | 18% | 34% | 30% | 13% |
| **Total Liabilities & Stockholder's Equity** | 50% | 48% | 75% | 77% | 38% | 57% | 34% | 43% | 61% | 55% |

| **Other Ratios** | SIC 7371 | SIC 7373 | Comp Group | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Receivable days outstanding | 84.07 | 79.64 | 73.77 | 62.43 | 76.95 | 96.01 | 57.08 | 78.83 | 80.53 | |
| Payable days outstanding | NA | NA | 24.60 | 73.23 | 15.96 | 5.93 | 16.69 | 16.59 | 22.53 | |
| Sales working capital (current assets - current liab.) | 713% | 841% | 679% | 287% | 57% | 320% | 82% | 488% | 1851% | |
| Sales as % of total assets | 178% | 209% | 133% | 129% | 260% | 175% | 298% | 234% | 165% | |
| Sales as % of fixed assets | 1335% | 1745% | 589% | 1287% | 332% | 3193% | 359% | 2193% | 66% | |
| Other current liabilities as % of sales | 14% | 9% | 20% | 22% | 8% | 8% | 7% | 7% | 13% | |
| Total liabilities as % of sales | 308% | 348% | 191% | 178% | 103% | 100% | 68% | 1115% | 325% | |
| Debt (total liabilities)/Equity | 130% | 151% | 233% | 260% | 34% | 20% | 18% | 26% | 102% | |

| **Other Ratios - Median** | SIC 7371 | SIC 7373 | Comp Group | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Receivable days outstanding | 73.00 | 81.11 | 77.80 | | | | | | | |
| Payable days outstanding | NA | NA | 18.42 | | | | | | | |
| Sales working capital (current assets - current liab.) | 980% | 860% | 661% | | | | | | | |
| Sales as % of total assets | 170% | 210% | 205% | | | | | | | |
| Sales as % of fixed assets | 1640% | 2810% | 2020% | | | | | | | |
| Other current liabilities as % of sales | 14% | 9% | 12% | | | | | | | |
| Total liabilities as % of sales | 308% | NA | 325% | | | | | | | |
| Debt/Equity | 130% | 260% | 35% | | | | | | | |

1. This data is taken from the "RMA Annual Statement Studies for 1998-1999." The study reports data for the average common-sized financial statements for those companies that have sales of over $15 million and are classified in the appropriate SIC industry code.
2. Unisys Corporation's fiscal year ends March 31, 1999 and CHS/E, Inc.'s fiscal year ends September 30, 1998.

Source: Audited financial statements
The RMA Association of Lending and Credit Risk Professionals', "Annual Statement Studies for 1998-1999."

E - 6

**RICHARD A. WHALEN**
**Managing Director**
**Duff & Phelps, LLC**

**EDUCATION**:

| | |
|---|---|
| 1988-1990 | University of Chicago - Graduate School of Business<br>M.B.A. Degree with concentration in Finance and Statistics |
| 1982-1986 | University of Notre Dame<br>B.B.A. Degree in Finance and Accounting |

**EXPERIENCE**:

2001-present         Duff & Phelps LLC – Chicago
                     *Valuation Group - Managing Director*

                     Actively involved in the selling, managing and production of a
                     variety of valuation related projects for publicly and privately held
                     companies. Concentration in the valuation of intellectual property
                     for litigation, donation, planning purposes as well as purchase
                     price allocations, including valuations of intangible assets and
                     regulatory compliance as it relates to these types of valuation
                     engagements.

1990-2001            PricewaterhouseCoopers LLP – Atlanta/Chicago
                     *Corporate Value Consulting Group – Director*

                     Engaged in all phases of valuation consulting including estimating
                     value for mergers and acquisition, tax and financial reporting
                     purposes, fairness opinions, restructuring, litigation and donation.
                     Obtained specialization in allocations of purchase price and
                     valuation of intangible assets, with a focus on the financial services
                     industry. Developed curriculum and taught classes in purchase
                     price allocations, valuations of intellectual property and other
                     intangible assets and valuations of businesses.

1986-1989            Horizon Federal Savings Bank – Chicago
                     *Direct Investments Group – Analyst*

                     Assisted and managed accounting and finance projects associated
                     with Bank's real estate development endeavors. Worked with
                     general contractors in partnership with Bank.

AFFILIATIONS:        Speaker on various valuation subjects to outside organizations
                     Two term Alderman – City of Park Ridge – 1993 to 2001

# Richard A. Whalen

Mr. Richard Whalen is a Managing Director in the Chicago office of Duff & Phelps, LLC ("Duff & Phelps"). Prior to Duff & Phelps, Mr. Whalen had been a Director in the Corporate Value Consulting ("CVC") Practice of PricewaterhouseCoopers LLP. Mr. Whalen had been with PricewaterhouseCoopers since March 1990 in Atlanta and Chicago.

Mr. Whalen has over thirteen years of experience in the identification, valuation, and determination of the remaining life of intangible assets, including most customer, marketing, contract and technology related intangible assets. He has extensive experience in the estimation of royalty rates for and the valuations of certain forms of intellectual property, namely trade names and trademarks, proprietary processes, formulas and technology and the like. He has performed valuations of intellectual property and marketing-based intangible assets for a variety of purposes including litigation, joint venture consulting, allocation of purchase price, etc. Mr. Whalen also has over thirteen years of experience in valuing business enterprises.

Mr. Whalen has performed numerous purchase price allocations and business valuations for acquisitions of companies and has experience with SEC expectations and procedures regarding purchase price allocations and concerning the valuation of intellectual property. Mr. Whalen is well versed with current FAS 141 and 142 statements regarding business combinations and impairment testing.

Mr. Whalen holds a BBA in Finance and Accounting from the University of Notre Dame (1986) and an MBA in Finance and Statistics from the University of Chicago (1990). Mr. Whalen is a former two term Alderman for the City of Park Ridge and is presently serving on the Board of Directors of the Economic Development Corporation of Park Ridge. He is an internal and external speaker on various valuation subjects, including the valuation of intellectual property.

## EXPERT WITNESS TESTIMONY:

2004    *Interactive Financial Services Group, Inc. and Cheryl J. Avena, v. Perkins Coie, LLP and Albert Gidari and Jane Doe Gidari;* Washington Superior Court, Seattle, Washington

### RESUME OF JASON F. FENSTERSTOCK

**Education**

| | | |
|---|---|---|
| 1977-1980 | **COLUMBIA LAW SCHOOL**<br>Phi Delta Phi: Fraternity President. | New York, New York |
| 1975-1977 | **COLUMBIA UNIVERSITY GRADUATE SCHOOL OF BUSINESS**<br>Beta Gamma Sigma (Honors Society).<br>Dean's List. Finance/Accounting. | New York, New York |
| 1971-1975 | **BOWDOIN COLLEGE**<br>Cum Laude. Economics/Government. | Brunswick, Maine |
| 1967-1971 | **THE PHILLIPS EXETER ACADEMY** | Exeter, New Hampshire |

**Employment**

| | | |
|---|---|---|
| 2005 to Present<br>1996-2004 | **SASCO HILL ADVISORS, INC.**<br>Founder—Financial Restructuring and Related Activities. | New York, New York<br>Westport, Connecticut |
| 2004-2005 | **DUFF & PHELPS, LLC**<br>Restructuring Services Team Leader—Managing Director. | New York, New York |
| 1987-1996 | **DILLON, READ & CO. INC.**<br>Senior Vice President--Corporate Finance:<br>Financial Restructuring Group (1988-96).<br>Arbitrage Fund--Invested in Distressed Situations. | New York, New York |
| 1986-1987 | **SHEARSON LEHMAN BROTHERS INC.**<br>Vice President--Corporate Finance:<br>Financial Restructuring Group. | New York, New York |
| 1982-1986 | **SHEARMAN & STERLING**<br>Associate--Corporate Reorganization<br>(Bankruptcy) & Bank Finance Teams. | New York, New York |
| 1980-1982<br>1978/1979<br>summers | **WEIL, GOTSHAL & MANGES**<br>Associate--Business Reorganization<br>(Bankruptcy) Group. Summer Associate. | New York, New York |

**Personal Background**

Married. Daughter by prior marriage. Born in NY, NY.
Traveled through U.S., Canada, Mexico, Carribean, Europe,
Middle East, Australia, South Pacific, Asia. Member-- University Club.
Sports—Tennis, Squash and Biking.

**Address/ Contacts**

10 West Street – Apt 34E, NY, NY 10004
Office: Ph: (212) 349-0080. E-mail: jasfenster@aol.com
Home: Ph: (212) 349-1111
Cell: (917) 882-7321

JASON F. FENSTERSTOCK
SELECTED TRANSACTIONS

**TECHNOLOGY SERVICES COMPANY**
Engaged to assist Post-Confirmation Committee of Unsecured Creditors review bases for litigation claims against certain officers, directors and their affiliates involving potential preferential transfers, fraudulent conveyances, breach of duties, etc.

**TECHNOLOGY SERVICES COMPANY**
Engaged to assist six law firms and their clients assess merits of solvency defense in Chapter 11 preference litigation and provide business valuation and solvency analysis.

**SELF-REGULATORY ORGANIZATION – SECURITIES INDUSTRY**
Engaged to advise NASD senior management on full range of alternatives, strategies, exposures relating to underperforming subsidiary stock exchange.

**PRINTING BLANKET/ENGINEERED FABRIC MANUFACTURER**
Engaged to assist holders of controlling economic interests assess management and business, negotiate with senior lender, select new CEO and explore merger/acquisition, other business development and exit strategies.

**INDUSTRIAL PROCESS EQUIPMENT SUPPLIER**
Hired as CEO of this Chapter 11 global trader of, and investor in, used and new industrial process equipment. Involved extensive headcount and other cost reductions, rebuild of finance and accounting group, overhaul of marketing and advertising programs (including redo of Web site), creation, negotiation and implementation of programs to use cash collateral with senior secured lender and Unsecured Creditors' Committee and oversight of foreign subsidiaries and activities.

**NEWSPRINT AND COATED PAPER MILL SALE**
Engaged to assist paper mill maximize profitability and cash flow to position for sale. Involved detailed work re all cost reduction and revenue enhancement opportunities; intensive negotiations with labor union and implementation of new terms of employment; negotiation of asset sale contract with domestic subsidiary of foreign company implemented thru Chapter 11 with global auction seeking higher and better offers.

**TEXTILE MANUFACTURER/DISTRIBUTOR RESTRUCTURING**
Engaged to assist with restructuring/additional financing of this manufacturer/ distributor of specialty package decorations and other specialty products.

**INTERNATIONAL WIRELESS COMMUNICATIONS HOLDINGS, INC.**
Engaged by more than thirty venture capital investors to maximize their recovery from $90+ million preferred stock investment in this bankrupt company with wireless assets in Asia and Latin America. Successfully resolved inherent conflicts within client group and obtained thru litigation a cash settlement for clients exceeding $23 million. Strategy involved the modification of a previously confirmed plan of reorganization which would have provided no payout to the preferred stock investors.

**WHOLESALE DRUG DISTRIBUTOR**
Engaged to assist company acquire or disengage from its largest customer which was unable to service its overleveraged capital structure; collected receivable in full.

**NEWSPRINT AND COATED PAPER MILL RESTRUCTURING/REFINANCING**
Engaged to assist with restructuring of paper mill owner controlled by Dillon Read's leveraged buyout group; raised required subordinated/equity capital.

## JASON F. FENSTERSTOCK
### ADDITIONAL SELECTED TRANSACTIONS

**EVERGREEN INTERNATIONAL AVIATION, INC. RESTRUCTURING/REFINANCING**
> Engaged to assist Evergreen with its restructuring and recapitalization. Evergreen owns
> an international cargo airline, an airport ground handling/logistics company, an aircraft
> maintenance facility and an international multi-service helicopter company.

**BIG RIVER MINERALS CORP. RESTRUCTURING/LIQUIDATION**
> Engaged to lead restructuring/liquidation of failing investment of firm's leveraged buyout group.
> Big River refined zinc concentrate, produced lead oxide, mined coal at leased mines and mined
> and processed iron ore. Sold all four businesses to separate international and domestic buyers. Advised
> liquidation trust on collection of notes issued by coal and iron ore purchasers and related matters.

**PRIDE COMPANIES, L.P. RESTRUCTURING/REFINANCING**
> Engaged to assist Pride, an oil refiner and gatherer, with its restructuring and refinancing.

**ALPINE GROUP, INC. ACQUISITION OF ADIENCE, INC.**
> Engaged to assist Alpine finance the acquisition of Adience with a $100 million issue of
> high yield debt. Alpine produces copper wire and cable products for the telecommunications
> industry, is commercializing a proprietary flat panel display technology and is engaged
> in the aerospace and defense electronics industries. Adience produces and installs refractory
> products and is engaged in the information display market.

**METALLGESELLSCHAFT CORP. RESTRUCTURING**
> Engaged to assist Metallgesellschaft with its financial and business restructuring.
> Metallgesellschaft was involved in the refining and marketing of petroleum
> products, natural gas operations, financial services and other operations.

**ALPINE GROUP, INC. ACQUISITION OF SUPERIOR TELETEC, INC.**
> Engaged to assist Alpine in its acquisition of Superior Teletec, Inc., to raise acquisition
> financing and to acquire minority interest in its flat panel display subsidiary. Superior
> Teletec produces copper wire and cable products for the telecommunications industry.

**SOUTHWESTERN PUBLIC SERVICE COMPANY BID FOR EL PASO ELECTRIC COMPANY**
> Engaged to assist Southwestern Public Service in its bid to acquire El Paso Electric
> out of bankruptcy. Formulated multiple plans of reorganization and negotiated with
> all capital structure groups.

**EL PASO REFINERY, L.P. RESTRUCTURING**
> Engaged to assist El Paso Refinery with its financial restructuring.

**TESORO PETROLEUM CORPORATION RESTRUCTURING**
> Engaged to assist Tesoro with its financial restructuring and resolution of claims made by the
> State of Alaska based on the pricing of purchases of Alaskan North Slope crude oil.

**PHILLIPS COLLEGES INC. RESTRUCTURING**
> Engaged to assist the largest U.S. chain of proprietary schools with its financial restructuring.

**DAN RIVER INC. RESTRUCTURING**
> Engaged to assist this manufacturer of home fashions and apparel with its
> financial restructuring.

**PRICE COMMUNICATIONS CORPORATION RESTRUCTURING**
> Engaged to assist this diversified media company with its financial restructuring.

## JASON F. FENSTERSTOCK
### ADDITIONAL SELECTED TRANSACTIONS

**JAMES CABLE CORPORATION RESTRUCTURING**
> Engaged to assist James Cable with its financial restructuring.

**MLX CORP. RESTRUCTURING**
> Engaged to assist the nation's largest wholesale distributor of HVAC and refrigeration
> equipment with its financial restructuring.

**THE DELTONA CORPORATION SALE AND RESTRUCTURING**
> Engaged to assist this Florida home builder assess a bid for the company
> and negotiate the terms of a capital injection by the company's largest shareholder.

**AMERICAN HAWAII CRUISES RESTRUCTURING/REFINANCING**
> Engaged to assist this cruise company with the repurchase of its bank debt at a
> discount, the renegotiation of its subordinated debt and a refinancing.

**LABARGE, INC. RESTRUCTURING/REFINANCING**
> Engaged to assist this electronics manufacturer with the refinancing of its bank debt
> and the purchase at a discount of its preferred stock with proceeds from new financing.


## JASON F. FENSTERSTOCK
### ADDITIONAL EXPERIENCE

**SHEARSON LEHMAN BROTHERS INC. (1986-87)**
> Representation of both debtors and creditors, domestic and foreign, in out-of-court
> restructurings and exchange offers and in Chapter 11 reorganizations. Clients included The
> LTV Corporation, LaBarge, Inc., Tan Sri Khoo Teck Puat in the National Bank of Brunei
> (Singapore), and creditors of Zapata Corporation and Allis-Chalmers Corporation.

**SHEARMAN & STERLING (1982-86)**
> Representation of both debtors and creditors, domestic and foreign, in out-of-court
> restructurings and in Chapter 11 reorganizations. Clients included Cydsa, S.A. and
> Cerverceria Moctezuma, S.A. (Mexico) and creditors in Lear Fan Limited (Ireland) and
> Dome Petroleum Corporation (Canada). Financing documentation for leveraged buyouts
> and secured transactions.

**WEIL, GOTSHAL & MANGES (1980-82)**
> Representation of both debtors and creditors in out-of-court restructurings and in court
> reorganizations and liquidations. Clients included creditors in Itel Corporation and
> O.P.M. Lessors, Inc., and the Trustees in John Muir and W.T. Grant.

EXHIBIT 3

Rptr
CRt (212) 986-1344

# Inacom

# Supplemental Report

## By

# Sasco Hill Advisors, Inc.

## June 21, 2005

EXHIBIT 3

Rptr
CRI (212) 986-1344

# Inacom

# Supplemental Report

## By

## Sasco Hill Advisors, Inc.

## June 21, 2005

# Inacom – Supplemental Report

I.  ## Spreadsheet Correction– Working Capital Formula

> In its rebuttal report, Bridge pointed out an error in the working capital formula in our cash flow model. We have corrected for that error, reflected the correction in the attached revised Appendix B, and observe that after giving effect thereto, Inacom was solvent throughout the Period Reviewed.

II. ## Non-Core Assets/Non-Core Liabilities

> In its rebuttal report, Bridge asserts that as of April 22, 2000 our report (i) overstated the balance of Non-Core Receivables of Inacom and (ii) did not take into account the Non-Core Liabilities of Inacom. If we adjust our analyses to reflect the Bridge points as provided in the attached revised Appendix B, our analyses nevertheless result in a finding that Inacom was solvent throughout the Period Reviewed.

III. ## Conclusion

> Based upon the foregoing, our analyses indicate that Inacom was clearly solvent throughout the Period Reviewed with Aggregate Equity Value, on a Marketable Controlling Basis of between $44 million and $144 million.

This report respectfully submitted by:

_Jason F. Fensterstock_

Jason F. Fensterstock

Sasco Hill Advisors, Inc.

2

Inacom Corp.
Projected Financial Results
Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009
(in $ million)

| VALUATION ASSUMPTIONS | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Stub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000[1] | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ASSUMPTIONS** | | | | | | | | | | | | | | | | |
| Products Sales Growth | NA | 24.6% | 0.4% | -15.5% | NA | NA | NA | NA | 10.0% | 10.0% | 7.5% | 5.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Services Sales Growth | NA | 46.6% | 17.1% | -6.1% | NA | NA | NA | NA | | | | | | | | |
| Total Sales Growth | NA | 26.7% | 2.3% | -14.3% | NA | NA | NA | NA | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Products Gross Profit Margin | 7.5% | 7.3% | 6.7% | 4.3% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Services Gross Profit Margin | 40.4% | 41.2% | 39.5% | 31.4% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Total Gross Profit Margin | 10.6% | 11.6% | 10.8% | 8.0% | NA | NA | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Operating Expenses / Sales | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | 7.6% | 7.5% | 8.3% | 11.2% | NA | NA | 31.9% | 25.5% | 24.3% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| Restructuring Charges | 0.0% | 0.0% | 0.3% | 3.2% | NA | NA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Operating Expenses / Sales | 7.6% | 7.5% | 8.5% | 14.4% | NA | NA | 31.9% | 25.5% | 24.3% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| Expense Growth | NA | 21.2% | 15.3% | 46.1% | NM | NM | -75.2% | 31.5% | 4.8% | 3.0% | 7.5% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| | | | | | | | | | | | | | | | | |
| **WORKING CAPITAL INVESTMENT** | | | | | | | | | | | | | | | | |
| Receivables – DSO | 49.8 | 43.7 | 21.6 | 16.1 | NM | NA | 71.6 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 | 47.9 |
| – Receivables / revenue | 5.4% | 3.7% | 5.9% | 9.9% | NM | NA | 19.6% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% | 13.1% |
| Inventory turnover | 12.3x | 14.0x | 22.9x | 16.0x | NM | NA | 17.1x | 27.4x | 30.2x | 33.2x | 33.0x | 33.0x | 33.0x | 33.0x | 33.0x | 33.0x |
| – Inventory / revenue | 7.8% | 6.4% | 3.9% | 3.8% | NM | NA | 3.9% | 2.4% | 2.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Other current assets / revenue | 0.1% | 0.2% | 0.4% | 1.8% | NM | NA | 2.4% | 0.5% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| A/P – DPO | 31.2 | 24.9 | 23.0 | 43.0 | NM | NA | 46.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 | 17.9 |
| – A/P / revenue | 7.7% | 6.1% | 5.4% | 10.8% | NM | NA | 8.6% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% | 3.2% |
| Accrued expenses / revenue | 1.2% | 1.2% | 1.5% | 3.3% | NM | NA | 14.3% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% | 9.6% |
| | | | | | | | | | | | | | | | | |
| **FIXED CAPITAL INVESTMENT** | | | | | | | | | | | | | | | | |
| Capital expenditures | 26 | 51 | 40 | NA | NA | NA | 14 | 27 | 33 | 40 | 42 | 45 | 46 | 48 | 49 | 51 |
| – % of revenue | 0.55% | 0.8% | 0.6% | NA | NA | NA | 2.2% | 2.5% | 2.9% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Depreciation and Amortization | 39 | 58 | 78 | NA | NA | NA | 21 | 30 | 34 | 38 | 37 | 43 | 43 | 45 | 46 | 48 |
| – Days: Fixed of NFA | NA | 98.8% | 86.9% | NA | NA | NA | 28.5% | 45.2% | 53.5% | 58.3% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% |
| – % of revenue | 0.7% | 0.9% | 1.1% | NA | NA | NA | 3.1% | 2.8% | 2.8% | 2.9% | 2.6% | 2.7% | 2.8% | 2.8% | 2.9% | 2.8% |
| | | | | | | | | | | | | | | | | |
| **IMPLIED RATIOS** | | | | | | | | | | | | | | | | |
| NOPAT / Invested Capital | 26.6% | 36.5% | 18.1% | -76.6% | NM | NM | -14.5% | 41.7% | 53.4% | 65.4% | 66.9% | 65.4% | 64.1% | 63.4% | 63.2% | 63.0% |
| Sales / Fixed Assets | 89.9x | 75.0x | 73.1x | 46.1x | NM | NM | 5.9x | 16.8x | 18.7x | 20.1x | 20.3x | 19.8x | 19.3x | 19.0x | 19.0x | 19.0x |
| Sales / Working Capital | 25.4x | 32.8x | 31.9x | 28.0x | NM | NM | 6.2x | 40.0x | 34.6x | 37.6x | 34.7x | 38.3x | 37.9x | 37.9x | 37.9x | 37.9x |

[1] Projections for the period of April 22, 2000 to December 31, 2000

B-1

**Inacom Corp.**
**Projected Financial Results**
**Fiscal Years April 21, 2000 to December 31, 2000 and Years Ending December, 2001-2009**
**(in $ million)**

| INCOME STATEMENT[1] | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Stub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000[2] | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - Products | 4,810 | 5,994 | 6,019 | 5,046 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales - Services | 507 | 781 | 869 | 857 | NA | NA | 663 | 1,089 | 1,198 | 1,318 | 1,417 | 1,487 | 1,532 | 1,578 | 1,625 | 1,674 |
| Total Sales | 5,317 | 6,775 | 6,888 | 5,903 | NA | NA | 663 | 1,089 | 1,198 | 1,318 | 1,417 | 1,487 | 1,532 | 1,578 | 1,625 | 1,674 |
| COGS - Products | 4,451 | 5,556 | 5,615 | 4,828 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COGS - Services | 302 | 475 | 526 | 600 | NA | NA | 443 | 713 | 785 | 863 | 928 | 974 | 1,003 | 1,034 | 1,065 | 1,096 |
| Total Cost of Goods Sold | 4,753 | 6,031 | 6,141 | 5,428 | NA | NA | 443 | 713 | 785 | 863 | 928 | 974 | 1,003 | 1,034 | 1,065 | 1,096 |
| Gross Profit - Products | 359 | 438 | 404 | 218 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit - Services | 205 | 306 | 343 | 256 | NA | NA | 219 | 376 | 413 | 455 | 489 | 513 | 529 | 544 | 561 | 578 |
| Total Gross Profit | 564 | 744 | 747 | 475 | NA | NA | 219 | 376 | 413 | 455 | 489 | 513 | 529 | 544 | 561 | 578 |
| Gross Profit Margin - Products | 7.5% | 7.3% | 6.7% | 4.3% | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Gross Profit Margin - Services | 40.4% | 41.2% | 39.5% | 31.4% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| Gross Profit Margin | 10.6% | 11.0% | 10.8% | 8.0% | NA | NA | 33.1% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% | 34.5% |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| Selling, General and Administrative | 406 | 505 | 571 | 663 | NA | NA | 211 | 278 | 291 | 306 | 329 | 345 | 355 | 366 | 377 | 388 |
| Restructuring Charges | 0 | 0 | 12 | 189 | NA | NA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating Expenses | 406 | 505 | 583 | 852 | NA | NA | 211 | 278 | 291 | 306 | 329 | 345 | 355 | 366 | 377 | 388 |
| Depreciation and Amortization | 39 | 58 | 78 | 82 | NA | NA | 21 | 30 | 34 | 38 | 37 | 40 | 43 | 45 | 46 | 48 |
| EBITDA[3] | 158 | 239 | 176 | (189) | NA | NA | 8 | 98 | 122 | 149 | 160 | 168 | 173 | 178 | 184 | 189 |
| EBITDA Margin | 3.0% | 3.6% | 2.6% | -3.2% | NA | NA | 1.2% | 9.0% | 10.2% | 11.3% | 11.3% | 11.3% | 11.3% | 11.3% | 11.3% | 11.3% |
| EBIT[3] | 119 | 181 | 98 | (271) | NA | NA | (13) | 68 | 88 | 111 | 123 | 128 | 130 | 134 | 137 | 141 |
| EBIT Margin | 2.2% | 2.7% | 1.4% | -4.6% | NA | NA | -1.9% | 6.3% | 7.4% | 8.4% | 8.7% | 8.6% | 8.5% | 8.5% | 8.4% | 8.5% |
| Pro Forma Income Taxes | 48 | 72 | 39 | 0 | NA | NA | 0 | 27 | 35 | 45 | 49 | 51 | 52 | 54 | 55 | 57 |
| Net Operating Profit After Taxes | 71 | 109 | 59 | (271) | NA | NA | (13) | 41 | 53 | 67 | 74 | 77 | 78 | 80 | 82 | 85 |

[1] Historical income statement amounts per Inacom Corp. 1996 - 1999 unaudited (restated) financial statements (ICN 00870, 00871/03399, and 03393); historical depreciation and amortization amounts per IHL Document [23]: PP 111-

[2] Projections for the period of April 22, 2000 to December 31, 2000.

[3] Does not include restructuring charges

**Inacom Corp.**
**Projected Financial Results**
**Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009**
**(in $ millions)**

| BALANCE SHEET | Actual 1996 | Actual 1997 | Actual 1998 | Actual 1999 | Stub 4/22/00 | Pro-Forma 4/22/00 | Projected 2000 [1] | Projected 2001 | Projected 2002 | Projected 2003 | Projected 2004 | Projected 2005 | Projected 2006 | Projected 2007 | Projected 2008 | Projected 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable [1] | 288 | 252 | 408 | 583 | 342 | 277 | 130 | 143 | 157 | 173 | 186 | 195 | 201 | 207 | 213 | 220 |
| Inventory | 387 | 429 | 268 | 340 | 42 | 42 | 26 | 26 | 26 | 26 | 28 | 30 | 30 | 31 | 32 | 33 |
| Other Current Assets | 6 | 14 | 23 | 106 | 7 | 7 | 16 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 |
| Total Current Assets | 681 | 695 | 700 | 1,029 | 391 | 326 | 172 | 174 | 188 | 204 | 219 | 230 | 237 | 244 | 252 | 259 |
| Accounts Payable | 407 | 410 | 369 | 640 | 229 | 110 | 57 | 35 | 39 | 43 | 46 | 48 | 49 | 51 | 52 | 54 |
| Accrued Liabilities | 64 | 80 | 104 | 193 | 238 | 238 | 95 | 105 | 115 | 126 | 136 | 143 | 147 | 151 | 156 | 161 |
| Total Current Liabilities | 471 | 490 | 474 | 834 | 467 | 348 | 152 | 140 | 154 | 169 | 181 | 191 | 196 | 202 | 208 | 214 |
| Net Working Capital | 210 | 205 | 227 | 195 | (76) | (22) | 20 | 35 | 35 | 35 | 38 | 40 | 41 | 42 | 44 | 45 |
| Net Fixed Assets | 59 | 90 | 98 | 158 | 73 | 73 | 66 | 63 | 64 | 67 | 73 | 78 | 81 | 84 | 87 | 90 |
| Invested Capital | 269 | 295 | 325 | 353 | (3) | 51 | 86 | 98 | 99 | 102 | 111 | 118 | 122 | 127 | 130 | 135 |

[1] Includes Vendor Receivables

B - 3

**Incstar Corp.**
**Projected Financial Results**
**Fiscal Years April 22, 2000 to December 31, 2000 and Years Ending December, 2001-2009**
**(in $ millions)**

| DISCOUNTED CASH FLOW ANALYSIS | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Operating Profit After Taxes | (13) | 41 | 53 | 67 | 74 | 77 | 78 | 80 | 82 | 85 |
| Plus: Depreciation Expense | 21 | 30 | 34 | 38 | 37 | 40 | 43 | 45 | 46 | 48 |
| Total Sources of Cash | 8 | 71 | 87 | 104 | 111 | 117 | 121 | 125 | 129 | 133 |
| Less: Change in Net Working Capital | 42 | 15 | 0 | 0 | 3 | 2 | 1 | 1 | 1 | 1 |
| Less: Capital Expenditures | 14 | 27 | 35 | 40 | 42 | 45 | 46 | 48 | 49 | 51 |
| Total Uses of Cash | 57 | 42 | 35 | 40 | 45 | 47 | 47 | 49 | 50 | 52 |
| Free Cash Flow | (48) | 29 | 52 | 64 | 66 | 70 | 74 | 76 | 79 | 81 |

| | | | |
|---|---|---|---|
| Discount Rate Range - Terminal Value | 15.50% | 14.50% | 13.50% |
| Discount Rate Range - Projected Cash Flows | 15.50% | 14.50% | 13.50% |
| Terminal Value in 2009 - Gordon Growth | 663 | 721 | 789 |
| Percent Value of Terminal Value | 176 | 207 | 246 |
| Present Value of FYE 2000-2009 Cash Flows | 228 | 240 | 253 |
| Enterprise Value before net non-core assets | 404 | 447 | 499 |
| Cash collected from net non-core assets[1] | (4) | (4) | (4) |
| Enterprise Value | 401 | 444 | 495 |
| EV / 2000 Sales | NM | NM | NM |
| EV / LTM EBITDA | NM | NM | NM |
| EV / 2000 EBITDA | NM | NM | NM |
| Terminal Value / 2009 EBITDA | 3.5x | 3.8x | 4.2x |
| Terminal Value / 2009 NOPAT (Debt-free P/E) | 7.8x | 8.5x | 9.3x |
| Terminal Value / 2009 Revenue | 0.40x | 0.43x | 0.47x |

[1] Cash collected from non-core _inventory_ included in enterprise value before net non-core assets and included in enterprise value. It was determined that approximating inventory would not have a material effect on our analysis. Allocation of PP&E excluded

B - 4