IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INACOM CORP., *et al.*,<br><br>        Debtors.<br><br>_____<br><br>INACOM CORP., on behalf of all affiliated Debtors,<br><br>        Plaintiffs,<br><br>v.<br><br>INGRAM ENTERTAINMENT INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, L.P.,<br><br>        Defendant. | Civil Action No. 04-593 (GMS) |

### DECLARATION OF JONATHAN P. HERSEY IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE TESTIMONY FROM PERSONS OTHER THAN PERSON DESIGNATED BY DEFENDANT AS MOST KNOWLEDGEABLE

I, Jonathan P. Hersey, declare:

1. The matters stated herein are based on my personal knowledge, and if called as a witness, I could and would testify competently to them.

2. I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendant Ingram Entertainment Inc. ("Ingram") in this action. I am licensed to practice before all courts of the State of California, and am also admitted to practice *pro hac vice* in the United States District Court for the District of Delaware. I make this declaration in support of Ingram's Response in Opposition to Plaintiff's Motion In Limine No. 4 to Exclude Testimony From Persons Other Than Person Designated As Most Knowledgeable.

3. Attached hereto as Exhibit "A" is a true and correct copy of excerpts of the transcript of the deposition of Steven L. Gadsey, which I attended on August 3, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August, 2005, at Costa Mesa, California.

Jonathan P. Hersey