IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INACOM CORP., *et al.*,<br><br>    Debtors.<br><br>―――――――――――――――――――<br><br>INACOM CORP., on behalf of all affiliated Debtors,<br><br>    Plaintiffs,<br><br>    v.<br><br>INGRAM ENTERTAINMENT INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, L.P.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-593 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JONATHAN P. HERSEY IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE ALLEGEDLY UNDISCLOSED AND UNIDENTIFIED WITNESSES**

    I, Jonathan P. Hersey, declare:

    1.    The matters stated herein are based on my personal knowledge, and if called as a witness, I could and would testify competently to them.

    2.    I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendant Ingram Entertainment Inc. ("Ingram") in this action. I am licensed to practice before all courts of the State of California, and am also admitted to practice *pro hac vice* in the United States District Court for the District of Delaware. I make this declaration in support of Ingram's Response in Opposition to Plaintiff's Motion In Limine No. 2 to Exclude Allegedly Undisclosed an Unidentified Witnesses (the "Motion").

3. The identity of each of the witnesses that Plaintiff seeks to exclude by this Motion were previously disclosed to Inacom before the close of discovery, and Plaintiff deposed each of them.

4. Ingram, Dell, Lexmark and Tech Data have been coordinating discovery of these cases since August 2004, before the first deposition was taken in any of these Defendants' cases. On May 10, 2005, these four defendants also filed a Motion to Consolidate the Cases for Trial Pursuant to Federal Rule of Civil Procedure 42(a).

4. Attached hereto as Exhibit "A" is a true and correct copy of the Notice of Service of Defendant Dell Computer Corporation's Supplemental Responses to Plaintiff's First Set of Interrogatories, which as the Notice of Service indicates, was served on Inacom's counsel at both the law firm of Blank Rome, LLP and the law firm of Pachulski, Stang, Ziehl, Young Jones & Weintraub, P.C. Dell's Supplemental Responses included the identity of Messrs. Keller, Horton, Thomas and LaRocca.

5. Attached hereto as Exhibit "B" is a true and correct copy of the Notice of Deposition of Expert Kevin Sarkisian that Plaintiff served on Ingram, and counsel for the other defendants, on July 19, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August, 2005, at Costa Mesa, California.

_____
Jonathan P. Hersey