# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INACOM CORP., on behalf of )
All affiliated Debtors,     )
                            )
            Plaintiff,      )
                            )        Civil Action
v.                          )        No. 04-593GMS
                            )
INGRAM ENTERTAINMENT, INC.,)         Adversary Case
Successor in interest to    )        No. 02-03960PIW
NASHVILLE COMPUTER          )
LIQUIDATORS,                )
                            )
_____Defendant._____)

DEPOSITION OF STEVEN GADSEY

August 3, 2005

Taken on Behalf of the Plaintiff

_____

APPEARANCES:

For the Plaintiff:   Hon. Jeffrey P. Nolan
                     10100 Santa Monica Blvd.
                     11th Floor
                     Los Angeles, CA  90067

For the Defendant:   Hon. Jonathan P. Hersey
                     650 Town Center Drive
                     4th Floor
                     Costa Mesa, CA  92626

COPY

_____

**MORGAN REPORTING SERVICE**
3352 Parsons Street
Murfreesboro, TN  37127-6427
(615) 890-7317

Reported by:  Marilyn Gorski, CCR #0174

1    Society of CPA's.

2        Q.      When did you become a member in

3    that organization?

4        A.      1989.

5        Q.      Are you a member of the American

6    Institute of Certified Public Accountants?

7        A.      No.

8        Q.      Any other certificates?

9        A.      No.

10        Q.      When did you first come to work for

11    Ingram?

12        A.      1984.

13        Q.      And what position did you start

14    with at Ingram?

15        A.      Senior accountant.

16        Q.      Was it called Ingram Entertainment

17    at that time?

18        A.      It was called Ingram Distribution

19    Group, Inc.

20        Q.      And what were your job

21    responsibilities as a senior accountant?

22        A.      Consolidation, accounting, and

23    sales reporting.

24        Q.      And to a lay person, what does that

25    mean?

1    A.    Well, we had various divisions that

2    we consolidated, various companies that we

3    consolidated into one financial statement as a

4    combining financial statement, combining income

5    statement, combining balance sheet, all the

6    accounting related to that.  And the sales

7    reporting was reporting the daily sales of the

8    company to management.

9    Q.    The consolidation accounting, was

10    that part of like a one-time, you know,

11    downsize or one-time event, or is that just the

12    normal quarterly duties you would have on

13    behalf of the company?

14    A.    It was monthly reporting.

15    Q.    And how long were you a senior

16    accountant at Ingram?

17    A.    I believe three years before I was

18    promoted.

19    Q.    So '84 to '87, about?

20    A.    Right.

21    Q.    And what was the business of Ingram

22    at that time in 1984, Ingram Distribution

23    Group?

24    A.    They distributed books, videos, and

25    computer products.

1      Q.      And computer products, would that

2   be hardware or software or both?

3      A.      Primarily hardware.

4      Q.      What -- if you could tell me, what

5   position did you take next after your

6   promotion?

7      A.      Sales cost accounting manager.

8      Q.      How long were you sales and cost

9   accounting manager?

10      A.      Two years.

11      Q.      Until approximately 1989?

12      A.      Right.

13      Q.      Can you give me a sketch of what

14   your job duties and responsibilities were as a

15   sales and cost accounting manager?

16      A.      Monitored the daily costs related

17   to the book, video, and computer products to

18   ensure that the monthly reporting of those

19   product lines was correct.

20      Q.      And you said the book and video

21   products?

22      A.      And computer.

23      Q.      And computer.  Same question as the

24   prior topic you were on:  From a lay person's

25   perspective, can you just tell me, what does

1      A.      No.

2      Q.      What was the largest back in 1992?

3      A.      Ingram Book Company.

4      Q.      What's the next position you held

5  after accounting manager?

6      A.      Assistant controller.

7      Q.      What years did you hold the

8  position as assistant controller from 1992?

9      A.      From 1992 until 1998.

10      Q.      And you were assistant controller

11  for Ingram Entertainment, Inc.?

12      A.      Yes.

13      Q.      Can you please tell me generally

14  what your job duties and responsibilities were?

15      A.      I was responsible for the

16  accounting department, the non-product AP

17  department, and the billing department.

18      Q.      What is the non-product AP

19  department?

20      A.      Those were invoices such as

21  utilities, rent, operating supplies, items that

22  were not related to our inventory products.

23      Q.      As far as the billing department is

24  concerned, what were your job duties and

25  responsibilities with respect to the billing

1      A.      They were the same until 1999, when

2  I became responsible for the finance department

3  of Nashville Computer Liquidators.

4              MR. NOLAN:  Can you read that

5      answer back?

6              (Whereupon, the last answer was

7      read by the court reporter.)

8  BY MR. NOLAN:

9      Q.      And as of 1999, was Nashville

10  Computer Liquidators a subsidiary or

11  subdivision of Ingram Entertainment?

12     A.      Yes.

13     Q.      Do you know which one it was?

14     A.      Nashville Computer Liquidators was

15  a limited partnership.  Ingram Entertainment,

16  Inc., was a general partner.

17     Q.      Okay.  Thank you.  So can you tell

18  me what your job duties were generally from

19  1998 to 1999?

20     A.      They were the same as the previous

21  position.

22     Q.      So I know it is a generalization,

23  but the same as assistant controller with

24  respect to the accounting department, the

25  non-product AP department, and billing

1    department?

2        A.      Yes.

3        Q.      And then 1999 comes along, and you

4    retain your title as VP of finance, but you

5    have a new area you're involved with?

6        A.      Yes.

7        Q.      Do you drop your prior duties as

8    assistant controller?

9        A.      Yes.

10        Q.      Then you just take on a whole new

11    line of work with Nashville Computer

12    Liquidators?

13        A.      Yes.

14        Q.      Can you tell me, from a lay

15    person's perspective, what your

16    responsibilities were in 1999 with Nashville

17    Computer Liquidators?

18        A.      I managed the finance department

19    with their controller reporting to me.

20        Q.      Was Nashville Computer Liquidators

21    created in 1999, if you know?

22        A.      The limited partnership was.  The

23    company had been in business prior to that.

24        Q.      What was the business or focus of

25    Nashville Computer Liquidators in 1999?

1      A.      They sold overrun, outdated,

2  refurbished computers and related accessories

3  and other electronics.

4      Q.      Were the other electronics also

5  used or second-hand type of things?

6      A.      Refurbished.

7      Q.      Refurbished?

8      A.      Yes.

9      Q.      And Nashville Computer Liquidators,

10  this new limited partnership, do you remember

11  what month it came into being in 1999?

12      A.      January of 1999.

13      Q.      And so your assignment would have

14  been in January 1999 as well, if you can

15  recall?

16      A.      Yes.

17      Q.      And who would Nashville Computer

18  Liquidators be selling product to in 1999?  Is

19  there a particular market sector that they were

20  selling to?

21      A.      They sold to wholesale

22  distributors, such as Inacom, Pincor, and

23  Ingram Micro, the top three customers, along

24  with others.

25      Q.      The market of refurbishment of the

1    computers and products, is there one particular

2    area that Nashville Computer Liquidators would

3    refurbish, like the hard drive?  I'm trying to

4    understand the business model.

5        A.      There was an e-commerce division of

6    Nashville Computer Liquidators who sold to

7    Buy.com, Amazon, refurbished computers,

8    personal computers, TV's, stereos, things of

9    that nature.

10       Q.      So you might have like new product

11   that might be manufactured by somebody like

12   Hewlett-Packard or Tech Data.  Would that be

13   the type of product that, after a couple of

14   years or maybe a couple of months, would be

15   refurbished by Nashville?

16       A.      We did not refurbish the product.

17   We bought it from HP after they refurbished it.

18       Q.      When we say refurbished, is that

19   somehow modified or remodifying or repairing

20   the functioning of the computer or software, or

21   does it maybe mean enhancing it in some

22   fashion?

23       A.      It's repairing.

24       Q.      Would it be primarily hardware?

25       A.      Yes.

1        Q.      As manager of the finance

2    department, can you tell me what that entailed?

3        A.      It entailed production of monthly

4    financial statements, managing a receivable,

5    accounts receivable department and accounts

6    payable department.  And that's it.

7        Q.      Okay.  Can you tell me how many

8    folks approximately were in the AR department

9    in 1999?

10       A.      Two.  I believe it was two.

11       Q.      And how about the AP department?

12       A.      I believe it was one.

13       Q.      And how many folks would constitute

14   Nashville Computer Liquidators in 1999, if you

15   know?

16       A.      It was roughly 50.

17       Q.      Can you tell me, Mr. Gadsey, who

18   was the controller in 1999 at Nashville

19   Computer Liquidators?

20       A.      Brenda Hubble.

21       Q.      Brenda Bubble?

22       A.      Hubble, H.

23       Q.      Like the Hubble telescope.  Is

24   Ms. Hubble still with Ingram or any of its

25   divisions?

1  subsequently downsized?

2      A.      We terminated the business in April

3  of 2001.

4      Q.      Was the name changed, or was it

5  actually the business was -- the name and the

6  business itself was terminated?

7      A.      The business was terminated.  The

8  name was changed from Nashville Computer

9  Liquidators to Action International Marketing

10 Liquidators.  I don't really recall exactly

11 what the name was.

12     Q.      Was any of the business reassigned

13 to a different entity at Ingram?

14     A.      No.

15     Q.      Just totally got out of the

16 business all together?

17     A.      Yes.

18     Q.      Who did you go to work for as of

19 April of 2001?

20     A.      I continued to work for Jeff

21 Skinner.  I was an Ingram Entertainment

22 employee the whole time during that time frame,

23 and I reported to Jeff Skinner.

24     Q.      And Mr. Skinner works for Ingram

25 Entertainment?

1  document.

2      A.      Okay.

3              (CONTINUANCE OF NOTICE WAS MARKED

4              AS EXHIBIT 1.)

5      Q.      Before I ask you a question about

6  Exhibit 1, I would like to just ask you one

7  other question on that last topic we were on.

8              Is it a fair statement, Mr. Gadsey,

9  that if Ingram Entertainment, which means

10  primarily the management at that entity or the

11  salesperson, changed the terms to Inacom

12  because they were being delinquent on an

13  account, that you would not have been privy to

14  that change of circumstance, or is it possible

15  you were privy to that?

16      A.      It's possible I would have been

17  privy to that.

18      Q.      Do you know whether or not that

19  actually occurred in early 2000?

20      A.      That the terms changed?

21      Q.      Right.

22      A.      They may have changed from 30 days

23  to 45 days.

24      Q.      And why do you say that?

25      A.      Because we did change our

1   accounting system in the spring of 2000.  And

2   we had 45 days, I believe, on some of the

3   invoices to Inacom.

4       Q.      If it did change to 45 days, the

5   terms in the spring of 2000, do you know if

6   that was attributable to a change in the

7   accounting system or the fact that Compaq had

8   purchased the assets of Inacom?

9       A.      I'm not sure why it changed.

10      Q.      And are you sure that it actually

11  changed in the spring of 2000?

12      A.      I believe it did.

13      Q.      Is there any document -- you were

14  referencing a document.  Did you get that

15  understanding from reviewing documents in

16  preparation for your deposition?

17      A.      I think so.

18      Q.      I'm asking that as opposed to you

19  sitting here today and having an independent

20  recollection of that occurring in the spring of

21  2000.

22      A.      I don't have a recollection from

23  the spring of 2000.  It seems like I do

24  remember seeing it on an invoice.

25      Q.      Do you want to take a look at this

1    you looked in the Inacom file, there were

2    invoices for the February 2000 time frame?

3         A.      There may be.  I don't specifically

4    remember looking for those.

5         Q.      Do you recall if you saw the

6    request to produce documents before you looked

7    for documents?

8         A.      I don't remember.

9         Q.      Let me show you a document.  It's

10   IE0038.  There at the bottom of the page is an

11   Invoice 00006613.

12        A.      Uh-huh.

13        Q.      Do you see that?

14        A.      Yes.

15        Q.      There's a column that says due

16   date.  Can you show me what would be the due

17   date for that invoice?

18        A.      It looks like February 21st.

19        Q.      What would be the date of the

20   invoice?

21        A.      February 21st.

22        Q.      Do you have any recollection in the

23   1999 to 2000 time frame of Inacom being changed

24   to a COD account?

25        A.      No.

1    Q.    Is it possible that could have

2    occurred?

3    A.    It may have occurred.

4    Q.    Do you recall any other accounts

5    that you were -- while you were vice president

6    of finance, that Nashville Liquidators changed

7    a customer to a COD account?

8    A.    They may have.

9    Q.    If they had, that being Nashville

10   Liquidators, had changed a customer to a cash

11   on delivery account in the 1999-2000 time

12   frame, what would that be attributable to?

13   A.    It could be attributable to the

14   financial condition of the customer.

15   Q.    I'm sorry, the what?

16   A.    The financial condition of the

17   customer and their ability to pay.

18   Q.    Meaning like questionable financial

19   condition and a greater risk of failure to pay?

20   A.    Yes.

21   Q.    And who would make that decision at

22   Nashville Liquidators in that time frame?

23   A.    It would be the sales

24   representative, the president, and the

25   management of Ingram Entertainment.

1   Liquidators concerning the receipt of payments

2   from Inacom?

3        A.      Yes.

4        Q.      Is it an accurate statement that,

5   with regard to Category 10, you're the most

6   knowledgeable person at Nashville Liquidators

7   or Ingram Entertainment concerning the standard

8   credit terms issued by Nashville Liquidators in

9   the 1998 to 2000 time frame?

10       A.      Well, the credit terms were

11  established by the sales reps, the president,

12  and the management of Ingram Entertainment.

13       Q.      So you might have knowledge -- if I

14  understood your testimony earlier today, you

15  might have knowledge as to what those terms

16  are, but you didn't establish them?

17       A.      That's correct.

18       Q.      And to the extent that you knew

19  about those terms, it would be from setting up

20  an account in the accounting department?

21       A.      Yes.

22       Q.      I'm going to show you a document

23  now that will be marked Exhibit 2.  And I'm

24  going to ask you if you've ever seen that

25  document before.

1    now?

2        A.    Yes.

3        Q.    I should have taken John's advice

4    in the beginning.

5            With respect to some of NCL's

6    competitors, such as Ingram, Micro, and Pincor,

7    do you know whether or not their standard terms

8    varied depending upon the size of the customer

9    or the customer's creditworthiness?

10       A.    I'm not aware of those two

11   competitors.

12           MR. HERSEY:   I think the problem

13       was that you mentioned folks he didn't

14       identify as competitors.   Those were

15       vendors, Ingram, Micro.

16   BY MR. NOLAN:

17       Q.    Sorry if I may have just misstated

18   the question.

19           With respect to the competitors

20   such as -- what did we have?  Who are your

21   competitors?  Matrix?

22       A.    Logicare.

23       Q.    BLT -- do you know what their

24   standard terms were?

25       A.    I have seen Logicare's terms, and

1    they range from 15 to 60 days.

2         Q.      And those were the terms that you

3    saw on Mr. Gollin's report?

4         A.      Yes.

5         Q.      And is it still your testimony that

6    you don't know what the terms were for Matrix,

7    BLT, Tech Express?

8         A.      Yes.

9         Q.      For any of the competitors of NCL,

10   do you know whether or not they utilized a cash

11   discount for early pay?

12        A.      No.

13        Q.      Do you know whether or not any of

14   the competitors in the industry for NCL varied

15   their terms depending upon the size of the

16   customer?

17        A.      I don't know.

18        Q.      Other than what you know about

19   Resilien and Logicare, do you know whether or

20   not any of NCL's competitors in the 1999-2000

21   time frame had more stringent or more lenient

22   payment terms than net 30?

23        A.      No.

24        Q.      In the 1999 to 2000 time frame, do

25   you know whether or not any of NCL's

1  competitors had an average standard for late

2  payments before they escalated the collection

3  process?

4                    MR. HERSEY:  Object to form.

5        A.      No.

6        Q.      In the 1999 to 2000 time frame, do

7  you know, Mr. Gadsey, what percentage of NCL's

8  competitors in the industry had their invoices

9  retired according to their standard terms?

10                   MR. HERSEY:  Object to form.

11       A.      No.

12       Q.      Meaning in the 1999 to 2000 time

13  frame, a competitor of NCL might have standard

14  terms that were, say, net 30 days?

15       A.      Yes.

16       Q.      Is that fair?

17       A.      Yes.

18       Q.      Do you understand so far?

19       A.      Yes.

20       Q.      Okay.  Do you have any idea as to

21  any of NCL's competitors how many of their

22  invoices were retired according to their

23  standard terms in that time frame?

24       A.      I do have knowledge of Resilien's

25  average aging of invoices, what percentage was

1   paid current and what percentage was paid past

2   30 days, 60 days.

3       Q.      That was from looking at

4   Mr. Gollin's report?

5       A.      Yes.

6       Q.      From what you saw in Mr. Gollin's

7   report, did you disagree with any of the

8   information with respect to Resilien/Logicare?

9       A.      It looked like the receivables

10  included products that were not related to

11  computers.

12      Q.      And that was with respect to

13  Resilien, or was that in respect to other

14  vendors as well?

15      A.      Others as well.

16      Q.      And how did you determine that?

17      A.      By looking at his detail report.

18      Q.      Could you determine from his report

19  what other products may have been included in

20  his analysis on Resilien?

21      A.      Yes.

22      Q.      What other product was it?

23      A.      Can I look at it?

24      Q.      You could, but I don't have a copy

25  of it.