## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 29th day of August 2005, I caused a true and correct copy of the foregoing *Plaintiff's Opposition to Motion to Exclude the Expert Testimony and Report of Dean Vomero* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

Sandra G. McLamb (Bar No. 4283)

**InaCom Corp. v. Ingram Entertainment Inc. 04-593 GMS**
Document No. 111190
2 – Hand Delivery
2 – First Class Mail

**Hand Delivery**
(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE 19801

**Hand Delivery**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**First Class Mail**
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

**First Class Mail**
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Scott B. Lieberman, Esquire
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626

**First Class Mail**
(Counsel for Executive Sounding Board Associates, Inc.
as Plan Administrator)
Earl M. Forte, Esquire
Regina S. Kelbon, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103