1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re
INACOM CORP., et al.          Bankruptcy Case No. 00-2426 PJW

---

INACOM CORP., on behalf
of all affiliated Debtors,    : Civil Action No. 04-148 GMS
                              : (Original filed in this Action)
         Plaintiff,           : Adversary Case No. 02-03496 PJW
   v.                         :
                              :
TECH DATA CORP.,              :
                              :
         Defendant.           :

---

INACOM CORP., on behalf of   :
all affiliated Debtors,      :
                             :
         Plaintiff,          : Civil Action No. 04-582 GMS
                             :
   v.                        : Adversary Case No. 02-03499 PJW
                             :
DELL COMPUTER CORPORATION,   :
                             :
         Defendant.          :

---

INACOM CORP., on behalf of   :
all affiliated Debtors,      :
                             :
         Plaintiff,          : Civil Action No. 04-583 GMS
                             :
   v.                        : Adversary Case No. 02-03500 PJW
                             :
LEXMARK INTERNATIONAL, INC., :
                             :
         Defendant.          :

COPY

DEPOSITION OF RICHARD CHARLES OSHLO, JR.,
March 20, 2005

KATHRYN POWERS- CERTIFIED SHORTHAND REPORTER

2

```
INACOM CORP., on behalf of      :
all affiliated Debtors,         :
                                :
            Plaintiff,          :  Civil Action No. 04-584 GMS
                                :
         v.                     :  Adversary Case No. 02-03501 PJW
                                :
RESILIEN, INC., et al.,         :
                                :
            Defendant.          :
_____:
                                :
INACOM CORP., on behalf of      :
all affiliated Debtors,         :
                                :
            Plaintiff,          :  Civil Action No. 04-593-GMS
                                :
         v.                     :  Adversary Case No. 02-03960 PJW
                                :
INGRAM ENTERTAINMENT, INC.,     :
Successor in interest to        :
NASHVILLE COMPUTER              :
LIQUIDATORS,                    :
                                :
            Defendant.          :
_____:
                                ;
INACOM CORP., on behalf of      :
all affiliated Debtors,         :  Civil Action No. 04-601 GMS
                                :
            Plaintiff,          :  Adversary Case No. 02-04441 PJW
                                :
         v.                     :
                                :
SIGMA DATA, INC,                :
                                :
            Defendant.          :
_____:
```

DEPOSITION OF RICHARD CHARLES OSHLO, JR.,

taken by the Defendants before Kathryn Powers, Certified Shorthand Reporter of the State of Iowa, at the Renaissance Savery Hotel, Room 210, Des Moines, Iowa, commencing at 9:45 a.m., Sunday, March 20, 2005.

```
 1  APPEARANCES:

 2  For InaCom Corp.:              JEFFREY P. NOLAN, ESQ.
                                   Pachulski, Stang, Ziehl,
 3                                   Young, Jones & Weintraub, P.C.
                                   10100 Santa Monica Blvd.
 4                                 Eleventh Floor
                                   Los Angeles, California 90067-4100
 5
    For Executive Sounding         EARL M. FORTE, ESQ.
 6  Board Associates, Inc.,        Blank & Rome, LLP
    Liquidating Agent of           One Logan Square
 7  InaCom Corp.:                  18th and Cherry Streets
                                   Philadelphia, Pennsylvania  19103-6998
 8
    For Defendant Dell:            SABRINA L. STREUSAND, ESQ.
 9                                 G. JAMES LANDON, ESQ.
                                   Hughes & Luce, LLP
10                                 111 Congress Avenue, Suite 900
                                   Austin, Texas   78701
11
    For Defendant Tech             STEPHEN C. HUNT, ESQ.
12  Data:                          Adorno & Yoss
    (by telephone)                 350 East Las Olas Blvd.
13                                 Seventh Floor
                                   Fort Lauderdale, Florida   23301
14
    For Defendant Lexmark:         CULVER V. HALLIDAY, ESQ.
15                                 Stoll, Keenon & Park, LLP
                                   2650 Aegon Center
16                                 400 West Market St.
                                   Louisville, Kentucky 40202-3377
17
    For Defendant Ingram:          JONATHAN P. HERSEY, ESQ.
18  (by telephone)                 Bingham McCutchen, LLP
                                   600 Anton Road, 18th Floor
19                                 Costa Mesa, California   92626

20  For Third-Party                GAIL S. GREENWOOD, ESQ.
    Defendant Hewlett              Friedman, Dumas & Springwater, LLP
21  Packard, Successor in          One Maritime Plaza
    Interest to Compaq             Suite 2475
22  Computer:                      San Francisco, California   94111

23
    Also Present:                  Jason Fensterstock
24  (by telephone)                 Duff & Phelps

25
```

```
 1                        I N D E X

 2   WITNESS                                          PAGE

 3   Richard Charles Oshlo, Jr.

 4        Examination  By Ms. Streusand                 6

 5        Examination by Mr. Halliday                 132

 6        Examination by Mr. Hunt                     168

 7        Examination By Mr. Nolan                    173

 8        Examination by Ms. Greenwood                210

 9        Examination by Mr. Nolan                    211

10        Examination by Mr. Forte                    231

11        Examination by Ms. Streusand                237

12        Examination by Mr. Halliday                 242

13        Examination by Mr. Hunt                     249
```

1                        E X H I B I T S

2  EXHIBITS                                              MARKED

3   1 - InaCom Corp. Officer's Certificate               37
    2 - Third Amendment and Waiver                       41
4   3 - 8-K March 2000                                   44
    4 - Borrowing Base/Non-Default Certificate           51
5       February 26, 2000
    5 - Fourth Amendment and Waiver                      56
6   6 - 2/16/00 Memo from Davis Polk                     65
    7 - Borrowing Base/Non-DeFault Certificate           68
7       March 25, 2000
    8 - Borrowing Base Certificate 4/22/00               70
8   9 - Summary of Impact of disposed Assets             72
        and Operations
9  10 - Treasury Released Checks by Date                 78
   11 - Attachment E, Collateral Mang. Report            80
10 12 - (This number was skipped in marking)
   13 - 3/29/00 Ltr. to Bachner                          90
11 14 - 4/4/00 Memo to Tom from Dick                     93
   15 - 3/24/00 Memo to Tom rom Dick                    102
12 16 - Board of Directors Minutes                      104
   17 - Intercreditor Agreement                         104
13 18 - Separation and Sharing Agreement                108
   19 - Fifth Amendment and Waiver                      110
14 20 - Sixth Amendment and Waiver                      112
   21 - Form Notice of Borrowing                        115
15 22 - March 2000 - Wires                              127
   23 - 2/15/00 Ltr. to Oslo from Schuette              161

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

      MS. STREUSAND: Would you please swear the witness.

      ROBERT CHARLES OSHLO, JR., called as a witness by the Defendants, being first duly sworn by the Certified Shorthand Reporter, was examined and testified as follows:

EXAMINATION

BY MS. STREUSAND:

    Q.   Good morning, Mr. Oshlo. We met just briefly a moment ago. Let me reintroduce myself. I'm Sabrina Streusand. Along with James Landon, we represent Dell, Inc., in an adversary proceeding brought by InaCom.

      Can you please state your full name for the record.

    A.   Richard Charles Oshlo, Jr.

    Q.   And your address, sir, please?

    A.   3818 Lincoln Place Drive, Des Moines, Iowa, 50312.

    Q.   And have you had your deposition taken before, sir?

    A.   Yes.

    Q.   How many times?

    A.   Probably about five times.

Case 1:04-cv-00593-GMS    Document 69-6    Filed 08/29/2005    Page 7 of 7

130

1   A.   No.

2   Q.   Did you work on a proposed purchase of
3   business units with CompuCom and InaCom?

4   A.   The only thing I know about CompuCom is a
5   conversation I had with Tom Fitzpatrick, probably
6   the Wednesday, middle of the week, before we laid
7   off that Friday numerous employees.

8   Q.   That would have been June of 2000, sir?

9   A.   I forget when, but he told me that--and I
10  think a couple other individuals in the Omaha
11  finance office, that they had been trying to sell
12  something to CompuCom, and that it failed, and
13  that as of that Friday they were going to lay off
14  most of the employees of InaCom and an X number of
15  us would, you know, stay around until God knows
16  what.

17  Q.   And did you know any details with respect
18  to the transaction of CompuCom?

19  A.   No.  I just knew--that was the first I
20  heard of it, and that it had failed.

21  Q.   And I'm sorry, I know you've told me
22  this, but when did you leave InaCom?

23  A.   September 2000.

24  Q.   2000.  Several months after the
25  bankruptcy proceeding?

PETERSEN COURT REPORTERS
317 Sixth Avenue, Suite 606
Des Moines, IA 50309-4155
515/243-6596