## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 6th day of September 2005, I caused a true and correct copy of the foregoing *Plaintiff's Reply Re Its Motion In Limine To Exclude Cumulative Expert Testimony Re Insolvency* to be served on the individual(s) listed on the attached service list in the manner indicated herein.

Sandra G. McLamb (Bar No. 4283)

**InaCom Corp. v. Ingram Entertainment Inc. Service List**
Civil Action No. 04-593 GMS
Document No. 111335
02 – Hand Delivery
02 – First Class Mail

**Hand Delivery**
(Counsel to Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators)
Thomas Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1075
Wilmington, DE 19801

**Hand Delivery**
(Counsel to InaCom)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**First Class Mail**
(Counsel to Ingram Entertainment Inc.)
John Hersey, Esquire
Bingham McCutchen LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626

**First Class Mail**
(Counsel to InaCom)
Earl M. Forte, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998