# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INACOM CORP., on behalf of ) <br> All affiliated Debtors, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INGRAM ENTERTAINMENT, INC.,) <br> Successor in interest to ) <br> NASHVILLE COMPUTER ) <br> LIQUIDATORS, ) <br> ) <br> Defendant. ) | Civil Action <br> No. 04-593GMS <br><br> Adversary Case <br> No. 02-03960PIW |

DEPOSITION OF STEVEN GADSEY

August 3, 2005

Taken on Behalf of the Plaintiff

---

APPEARANCES:

For the Plaintiff:   Hon. Jeffrey P. Nolan
                     10100 Santa Monica Blvd.
                     11th Floor
                     Los Angeles, CA   90067

For the Defendant:   Hon. Jonathan P. Hersey
                     650 Town Center Drive
                     4th Floor
                     Costa Mesa, CA   92626

**ORIGINAL**

---

MORGAN REPORTING SERVICE
3352 Parsons Street
Murfreesboro, TN   37127-6427
(615) 890-7317

Reported by:   Marilyn Gorski, CCR #0174

The deposition of STEVEN L. GADSEY, taken on behalf of the Plaintiff and taken pursuant to notice on August 3, 2005, beginning at approximately 10:00 a.m., at Two Ingram Blvd., Lavergne, Tennessee, pursuant to stipulations of counsel.

### S T I P U L A T I O N S

It is agreed that the court reporter, being a notary public for the State of Tennessee, may swear the deponent, take the deposition on the Stenograph shorthand machine and afterwards reduce the same to typewriting when it may be used for all purposes provided by the Federal Rules of Civil Procedure governing depositions.

It is further agreed that the reading of the completed deposition by the deponent and the signature of the deponent are not waived.

```
 1      A.    No.
 2      Q.    What was the largest back in 1992?
 3      A.    Ingram Book Company.
 4      Q.    What's the next position you held
 5   after accounting manager?
 6      A.    Assistant controller.
 7      Q.    What years did you hold the
 8   position as assistant controller from 1992?
 9      A.    From 1992 until 1998.
10      Q.    And you were assistant controller
11   for Ingram Entertainment, Inc.?
12      A.    Yes.
13      Q.    Can you please tell me generally
14   what your job duties and responsibilities were?
15      A.    I was responsible for the
16   accounting department, the non-product AP
17   department, and the billing department.
18      Q.    What is the non-product AP
19   department?
20      A.    Those were invoices such as
21   utilities, rent, operating supplies, items that
22   were not related to our inventory products.
23      Q.    As far as the billing department is
24   concerned, what were your job duties and
25   responsibilities with respect to the billing
```

1   department?
2       A.   I supervised the billing
3   department, and I was in just a supervisory
4   role, was all I did.
5       Q.   What does that constitute?  Like
6   personnel or with timeliness of reports?
7       A.   The manager of that department
8   reported to me, and I just ensured that the
9   department was running properly.
10      Q.   Who was the manager back in 1998?
11      A.   Juanita Bills.
12      Q.   Juanita Bills?  B-i-l-l-s?
13      A.   Yes.
14           (Whereupon, an off-the-record
15      conversation was held.)
16  BY MR. NOLAN:
17      Q.   Back on the record.  So would it be
18  a fair statement to say when you're assistant
19  controller and you're overseeing the billing
20  department, it's more of a perfunctory or more
21  of a procedural, trying to make sure everything
22  is running correctly, but not more of the
23  substance?
24      A.   Yes.
25      Q.   And how about with respect to the

```
 1   department?
 2        A.     Yes.
 3        Q.     And then 1999 comes along, and you
 4   retain your title as VP of finance, but you
 5   have a new area you're involved with?
 6        A.     Yes.
 7        Q.     Do you drop your prior duties as
 8   assistant controller?
 9        A.     Yes.
10        Q.     Then you just take on a whole new
11   line of work with Nashville Computer
12   Liquidators?
13        A.     Yes.
14        Q.     Can you tell me, from a lay
15   person's perspective, what your
16   responsibilities were in 1999 with Nashville
17   Computer Liquidators?
18        A.     I managed the finance department
19   with their controller reporting to me.
20        Q.     Was Nashville Computer Liquidators
21   created in 1999, if you know?
22        A.     The limited partnership was.  The
23   company had been in business prior to that.
24        Q.     What was the business or focus of
25   Nashville Computer Liquidators in 1999?
```

```
 1        A.    They sold overrun, outdated,
 2   refurbished computers and related accessories
 3   and other electronics.
 4        Q.    Were the other electronics also
 5   used or second-hand type of things?
 6        A.    Refurbished.
 7        Q.    Refurbished?
 8        A.    Yes.
 9        Q.    And Nashville Computer Liquidators,
10   this new limited partnership, do you remember
11   what month it came into being in 1999?
12        A.    January of 1999.
13        Q.    And so your assignment would have
14   been in January 1999 as well, if you can
15   recall?
16        A.    Yes.
17        Q.    And who would Nashville Computer
18   Liquidators be selling product to in 1999?  Is
19   there a particular market sector that they were
20   selling to?
21        A.    They sold to wholesale
22   distributors, such as Inacom, Pincor, and
23   Ingram Micro, the top three customers, along
24   with others.
25        Q.    The market of refurbishment of the
```

1  computers and products, is there one particular
2  area that Nashville Computer Liquidators would
3  refurbish, like the hard drive? I'm trying to
4  understand the business model.
5      A.    There was an e-commerce division of
6  Nashville Computer Liquidators who sold to
7  Buy.com, Amazon, refurbished computers,
8  personal computers, TV's, stereos, things of
9  that nature.
10     Q.    So you might have like new product
11 that might be manufactured by somebody like
12 Hewlett-Packard or Tech Data. Would that be
13 the type of product that, after a couple of
14 years or maybe a couple of months, would be
15 refurbished by Nashville?
16     A.    We did not refurbish the product.
17 We bought it from HP after they refurbished it.
18     Q.    When we say refurbished, is that
19 somehow modified or remodifying or repairing
20 the functioning of the computer or software, or
21 does it maybe mean enhancing it in some
22 fashion?
23     A.    It's repairing.
24     Q.    Would it be primarily hardware?
25     A.    Yes.

```
 1       Q.     As manager of the finance
 2  department, can you tell me what that entailed?
 3       A.     It entailed production of monthly
 4  financial statements, managing a receivable,
 5  accounts receivable department and accounts
 6  payable department. And that's it.
 7       Q.     Okay. Can you tell me how many
 8  folks approximately were in the AR department
 9  in 1999?
10       A.     Two. I believe it was two.
11       Q.     And how about the AP department?
12       A.     I believe it was one.
13       Q.     And how many folks would constitute
14  Nashville Computer Liquidators in 1999, if you
15  know?
16       A.     It was roughly 50.
17       Q.     Can you tell me, Mr. Gadsey, who
18  was the controller in 1999 at Nashville
19  Computer Liquidators?
20       A.     Brenda Hubble.
21       Q.     Brenda Bubble?
22       A.     Hubble, H.
23       Q.     Like the Hubble telescope. Is
24  Ms. Hubble still with Ingram or any of its
25  divisions?
```

1       NCL?
2              MR. NOLAN:  Probably not.
3    BY MR. NOLAN:
4       Q.     Can you tell me, in the 1999 time
5    frame, did Nashville Liquidators have a
6    different tiering of customers like the big
7    customers might have been Inacom, Ingram Micro,
8    then some smaller ones, and then another group
9    that were even smaller?  Do you have that
10   organized in your mind in a certain way?
11      A.     The only thing I remember is we had
12   e-commerce customers such as Buy.com, Amazon,
13   and we had our traditional customers such as
14   Inacom, Pincor, Ingram Micro.  That was the
15   only distinction I recall making.
16      Q.     The e-commerce, what type of group
17   is this?
18      A.     Web sales.
19      Q.     And they would be actually buying
20   the same type of product that somebody like
21   Inacom or Pincor would be buying?
22      A.     They could.
23      Q.     Do you recall as we sit here today
24   whether or not any of the terms with any of the
25   other customers of Nashville Liquidators were

1   more lenient or more stringent than the net 30-
2   day terms?
3       A.      I don't recall there being too much
4   difference. I don't remember. I really don't
5   remember.
6       Q.      Can you recall as you sit here
7   today whether or not the e-commerce or Web sale
8   clients in the 1999 time frame actually had
9   net 30-day terms?
10      A.      I don't remember what the terms
11  were.
12      Q.      Do you recall, Mr. Gadsey, whether
13  or not the other larger customers of Nashville
14  Liquidators in the 1999 time frame had net 30-
15  day terms as well?
16      A.      I don't recall if they did or not.
17      Q.      And those other large customers
18  were Pincor, Ingram Micro, and Inacom?
19      A.      Right.
20      Q.      Any others that you can recall?
21      A.      I believe Tech Data was a customer.
22      Q.      Okay.
23      A.      I can't remember the others.
24      Q.      Do you recall what the terms, the

```
 1  given to Tech Data?
 2       A.    No, I do not.
 3       Q.    Any other groups that Nashville
 4  Liquidators was selling to other than what
 5  you've been kind enough to testify to already?
 6       A.    They did have a store where they
 7  did sell to the public there at the office.
 8       Q.    That was just kind of come in,
 9  cash, get the equipment?
10       A.    Yes.
11       Q.    Can you tell me, in this 1999-2000
12  time frame, who were the competitors of
13  Nashville Liquidators?
14       A.    A company called Matrix, BLT, Tech
15  Express. And their name has been changed to
16  Resilien now.
17       Q.    Resilien Logicare?
18       A.    Logicare.
19       Q.    Was Pincor a competitor?  In some
20  instances, I've heard of companies buying
21  product and also selling product to those two
22  entities, the same entity.
23       A.    Uh-huh.
24       Q.    Do you know whether or not
25  Nashville Liquidators not only sold product to
```

```
1   Pincor, Ingram Micro, Inacom, and Tech Data,
2   but also purchased equipment back from them?
3         A.    Yes, I believe they did.
4         Q.    So there's kind of a two-way street
5   going back and forth between those two
6   entities?
7         A.    Between some of them, yes.
8         Q.    How about with some of the folks
9   that you mentioned as were competitors of
10  Nashville Liquidators?  Do you know whether or
11  not Nashville Liquidators was selling product
12  to Resilien Logicare, Tech Express, BLT, and
13  Matrix?
14        A.    I don't recall any sales to them.
15        Q.    What does BLT stand for?
16        A.    I don't know.
17        Q.    And is Matrix, is that the full
18  name of the company?
19        A.    I don't know.
20        Q.    I've never heard of Matrix.  Any
21  other competitors of Nashville Liquidators as
22  you sit here today?
23        A.    Not that I'm aware of.
24        Q.    Do you recall what the payment
25  terms were of competitors of Nashville
```

```
 1   Liquidators in the 1999 time frame?
 2        A.    I was not aware of their terms.  I
 3   did see a document today that showed the terms
 4   for Resilien.
 5        Q.    Okay.  Was it one of the documents
 6   we looked at earlier this morning?
 7              MR. HERSEY:  I don't believe so,
 8        Counsel.
 9   BY MR. NOLAN:
10        Q.    Do you want to describe it for me?
11        A.    It was a document prepared by one
12   of your expert witnesses that showed the terms
13   of the industry.
14        Q.    Okay.  Mr. Gollin's report?
15              MR. HERSEY:  Yes.
16   BY MR. NOLAN:
17        Q.    Okay.  Other than Mr. Gollin's
18   report, do you know what Matrix's terms were in
19   the 1999 or 2000 time frame for payments of its
20   invoices?
21        A.    No.
22        Q.    How about the same question with
23   respect to BLT?
24        A.    No.
25        Q.    In the 1999-2000 time frame, did
```