# Exhibit B

## SCHEDULE 1

**Inacom Corp.**

**Business Description:** Provided IT services and products designed to enhance the productivity of information systems primarily for Fortune 1000 clients.

**Services Include:**

Technology planning: determined standard hardware technology, application software, operating system software, and networking platforms.

Technology procurement: coordinated the technology purchase process, requisitioned technology products, processed, tracked, and reported on the status of orders, customized hardware and software configurations, direct deployment to clients' desktops, and shipment tracking.

Technology integration: the Company had products and services available to assist, design and support clients' wide area networks and local area networks and to manage software procurement and license control.

Technology support: the Company provided its clients ongoing support in their distributed technology systems primarily in two major areas: break/fix hardware maintenance and installation, moves, additions and changes.

Technology management: the Company provided technology management services that assessed the current state and future needs of a clients' distributed technology network to maximize the value of the client's investment in its networked systems.

As a single-source provider of information technology services and products, the Company had strived to help its clients optimize their information technology investments and control ongoing costs throughout the entire lifecycle of the clients' technology systems. The Company combined a process improvement approach along with tools and practices gained by experience and trained personnel to assist its clients in managing the entire lifecycle and costs of distributed technology. The Company distinguished itself by being a client advocate, offered manufacturer-independent recommendations to clients that helped clients gain more value and achieve the desired return on investment from their complex and critical distributed technology infrastructure. Inacom demonstrated a leadership position as the largest provider of Intel-based computer systems in North America, the largest provider of IBM, Compaq and Hewlett-Packard PC technologies worldwide and the largest provider of Lucent Technologies communications services worldwide.