## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr. hereby certifies that on September 6, 2005 a true and correct copy of JOINT REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF STUART A. GOLLIN was served upon the following counsel of record, each via regular United States first class mail:

Laura Davis Jones, Esq.
Sandra McLamb, Esq.
Pachulski, Stang, Ziehl, Young,
   Jones &Weintraub, P.C.
919 North Market St., 16th Floor
Wilmington, Delaware 19899
Tel.: (302)652-4100

and

Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Pachulski, Stang, Ziehl, Young,
Jones &Weintraub, P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Tel.: (310) 277-6910

*Counsel for Plaintiff
InaCom Corp.*

Bonnie Glantz Fatell (DE No. 3809)
Elio Battista, Jr. (DE No. 3814)
Alisa E. Moen (DE No. 4088)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel.:   (302) 425-6400

and

William H. Sudell, Jr. Esq.
Derek C. Abbott, Esq.
Morris, Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, Delaware 19899-1347
Tel.: (302) 658-9200

and

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
One Maritime Plaza, Suite 2475
San Francisco, California 94111
Tel.: (415) 834-3800

*Counsel for Third-Party Defendant
Compaq Computer Corporation*

5

SL1 569928v1/004907.00003

Earl M. Forte
Regina S. Kelbon
One Logan Square
Philadelphia, PA 19103
Tel.: (215) 569-5500

*Counsel for Statutory Committee
of Unsecured Creditors of InaCom Corp.*

_____
Thomas G. Whalen, Jr.