## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above foregoing document was served on the following parties via first-class mail, postage prepaid, on this 6th day of September 2005.

| | |
|---|---|
| Earl M. Forte, Esq.<br>Blank Rome, L.L.P.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Elio Battista<br>Blank Rome, L.L.P.<br>Chase Manhattan Centre<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Andrew Caine<br>Jeff Nolan<br>Pachulski, Stang, Ziehl, Young,<br>    Jones & Weintraub<br>10100 Santa Monica Blvd., Ste. 1100<br>Los Angeles, CA 90067 | Attorneys for Plaintiff, Inacom Corp.<br>U.S. Mail |
| Stephen C. Hunt<br>Charles M. Tatelbaum<br>Adorno & Yoss, P.A.<br>350 E. Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301 | Attorneys for Tech Data Corporation<br>U.S. Mail |
| Culver Halliday<br>Stoll, Keenon & Park, L.L.P.<br>300 W. Vine Street, Suite 2100<br>Lexington, Kentucky 40507-1801 | Attorneys for Lexmark International |
| Patricia P. McGonigle<br>Kevin Guerke<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | Attorneys for Dell, Inc. |
| Sabrina L. Streusand<br>G. James Landon<br>Hughes & Luce, L.L.P.<br>111 Congress Avenue, Suite 900<br>Austin, TX 78701 | Attorneys for Dell, Inc. |

_____
Thomas G. Macauley (ID No. 3411)

6