IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>　　　　　Plaintiff,<br>　v.<br>INGRAM ENTERTAINMENT, INC., as successor in interest to NASHVILLE COMPUTER LIQUIDATORS, L.P.,<br><br>　　　　　Defendant. | Civil Action No. 04-593 (GMS)<br><br>[Bk. Adv. Case No. 02-3960 (PJW)] |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff InaCom Corp., *et al*, on behalf of all affiliated Debtors ("Plaintiff"), and Defendant Ingram Entertainment Inc. ("Defendant") have reached a settlement of the above-captioned adversary proceeding (the "Adversary Proceeding"). The Parties are currently reviewing the language of a draft settlement agreement, which they anticipate executing and consummating prior to the scheduled October 17, 2005 trial date. The

42125-003\DOCS_DE:111999.1

Parties will file a Stipulation to Dismiss the Adversary Proceeding promptly upon consummation of the settlement agreement.

Dated: October 4, 2004

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (DE Bar No. 2436)
Sandra G. McLamb (DE Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Andrew W. Caine (Bar No. 110345)
Jeffrey P. Nolan (Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

Counsel for Plaintiff InaCom Corp.