IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>             Plaintiff,<br>     v.<br><br>INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, L.P.,<br><br>             Defendant. | Civil Action No. 04-593 (GMS)<br>Adv. Case No. 02-3960 (PJW) |

**NOTICE AND STIPULATION OF**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff InaCom Corp., *et al*, on behalf of all affiliated Debtors, and defendant, Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators, L.P., hereby stipulate to the voluntary dismissal with prejudice of the *Complaint for Avoidance and Recovery of Preferential Transfers* (Docket No. 1 in the United States Bankruptcy Court for

the District of Delaware, Adversary Case No. 02-3960) (the "Complaint") in the above-captioned action.

Dated: October 13, 2005

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | ZUCKERMAN SPAEDER LLP |
|---|---|
| /s/ | /s/ |
| Laura Davis Jones (Bar No. 2436) | Thomas G. Macauley (Bar No. 3411) |
| Sandra G. M. Selzer (Bar No. 4283) | 919 Market Street, Suite 1075 |
| 919 North Market Street, 16th Floor | Wilmington, DE 19801 |
| P.O. Box 8705 | Telephone: (302) 427-0400 |
| Wilmington, DE 19899-8705 (Courier 19801) | Facsimile: (302) 427-8242 |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | Jonathan P. Hersey, Esquire |
| | Scott B. Lieberman, Esquire |
| Andrew W. Caine (Bar No. 110345) | Sheppard, Mullin, Richter |
| Jeffrey P. Nolan (Bar No. 158923) | & Hampton LLP |
| 10100 Santa Monica Blvd., Suite 1100 | 650 Town Center Drive, 4th Floor |
| Los Angeles, CA 90067 | Costa Mesa, CA 92626 |
| Telephone: (310) 277-6910 | Telephone: (714) 513-510 |
| Facsimile: (310) 201-0760 | Facsimile: (714) 513-5130 |
| Counsel for Debtor/Plaintiff | Counsel for Defendant, Ingram Entertainment Inc., successor in interest to Nashville Computer Liquidators, L.P. |